1  BERT H. DEIXLER, SBN 70614
       bdeixler@proskauer.com
2  CLIFFORD S. DAVIDSON, SBN 246119
       cdavidson@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
5  Facsimile:    (310) 557-2193

6  Attorneys for Defendant,
   CORNELL UNIVERSITY

7

FILED

07 OCT 29 AM 11: 52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  KEVIN VANGINDEREN,              )  Case No. '07 CV 2045 BTM (JMA)
                                    )
12              Plaintiff,          )  Hon.
                                    )
13        v.                        )  NOTICE OF REMOVAL OF CIVIL
                                    )  ACTION FROM THE SUPERIOR
14  CORNELL UNIVERSITY,             )  COURT OF THE STATE OF
                                    )  CALIFORNIA FOR THE COUNTY
15              Defendant.          )  OF SAN DIEGO, SOUTH COUNTY
                                    )  DIVISION; DECLARATION OF
16                                  )  CLIFFORD S. DAVIDSON
                                    )
17                                  )
                                    )  (San Diego Superior Court, South
18                                  )  County Division
                                    )  Case No. 37-2007-00076496-CU-DF-
19                                  )  SC)
                                    )
20                                  )  Action Filed: October 1, 2007
                                    )
21

22

23

24

25

26

27

28

                        NOTICE OF REMOVAL
                        ORIGINAL

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2       PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 and

3  1446, defendant Cornell University ("Defendant") hereby removes to this Court the

4  state court action described below.  Removal is based on the following grounds.

5       1.    On October 1, 2007, an action was commenced in the Superior Court of

6  the State of California, County of San Diego, South County Division, entitled *Kevin*

7  *Vanginderen v. Cornell University*, Case No. 37-2007-00076496-CU-SC (the "State

8  Court Action").  A true and correct copy of the Summons and Complaint in the State

9  Court Action are collectively attached hereto as Exhibit A.  (Declaration of Clifford

10  S. Davidson ("Davidson Decl.") ¶ 2, Ex. A).

11       2.    On October 3, 2007, the Complaint in the State Court Action was

12  served on Defendant.

13       3.    The State Court Action is a civil action over which this Court has

14  original jurisdiction under 28 U.S.C. § 1332, and is one which Defendant may

15  remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b).  The State

16  Court Action is a civil action between citizens of different states.  The matter in

17  controversy exceeds the sum of $75,000 as the Complaint by plaintiff Kevin

18  Vanginderen ("Plaintiff") seeks damages in the amount of $1,000,000.  This Court

19  is the proper venue as the State Court Action is pending in the South County

20  Division of the San Diego County Superior Court, which is within this District.

21       4.    According to the Complaint in the State Court Action, and upon

22  Defendant's information and belief, Plaintiff was at the time of the filing of this

23  action, and still is, a citizen of the State of California.  (Davidson Decl. ¶ 2, Ex. A).

24       5.    Defendant was at the time of filing of this action, and still is, an

25  educational institution chartered and incorporated under the laws of the State of

26  New York, with its principal place of business in the State of New York.

27       6.    This Notice of Removal is being filed within 30 days of service of the

28  Complaint in the State Court Action, the pleading from which it appeared that

1  removal was proper. Accordingly, the notice of removal is timely filed pursuant to

2  28 U.S.C. § 1446(b).

3      7.    Notice of this removal is being given both to the adverse party

4  (Plaintiff) and to the San Diego Superior Court, South County Division, pursuant to

5  28 U.S.C. § 1446(d). A true and correct copy of the Notice to Adverse Party, which

6  will be finalized, filed and served shortly following the filing of this Notice of

7  Removal, is attached hereto as Exhibit B. (Davidson Decl. ¶ 4, Ex. B). A true and

8  correct copy of the Notice to State Court, which will be finalized and filed with the

9  San Diego County Superior Court, South County Division in the State Court Action,

10  is attached hereto as Exhibit C. (Davidson Decl. ¶ 5, Ex. C).

11     8.    In the event this Court should have any questions about the propriety of

12  removal or may be inclined to remand this action, Defendant respectfully requests

13  that this Court issue an order to show cause why the case should not be remanded,

14  affording the parties an opportunity to provide the Court with full briefing and

15  argument.

16

17

18  DATED: October 26, 2007          BERT H. DEIXLER
                                      CLIFFORD S. DAVIDSON
19                                    PROSKAUER ROSE LLP

20

21                                    Bert H. Deixler

22                                    Attorneys for Defendant,
                                      CORNELL UNIVERSITY

23

24

25

26

27

28

8085/21177-001
Current/10211364v1

## DECLARATION OF CLIFFORD S. DAVIDSON

I, Clifford S. Davidson, declare as follows:

    1.    I am an attorney associated with the law firm Proskauer Rose LLP, attorneys for defendant Cornell University ("Defendant") in the above-captioned action. I am admitted to practice before this Court and am one of the attorneys responsible for handling this matter. Except as may be expressly noted below, I have firsthand knowledge of the facts set forth herein.

    2.    I am informed and believe that on October 1, 2007, an action was commenced in the Superior Court of California, County of San Diego, South County Division, entitled *Kevin Vanginderen v. Cornell University*, Case No. 37-2007-0076496-CU-DF-SC ("State Court Action"). A true and correct copy of the Summons and Complaint in the State Court Action, as well as the Notice of Case Assignment in the State Court Action, are collectively attached hereto as Exhibit A. I am informed and believe that Exhibit A represents the entirety of the case file in the State Court Action.

    3.    I am informed and believe that on October 3, 2007, the Complaint in the State Court Action was served on Defendant. I am informed and believe that Plaintiff has not yet filed a Proof of Service of Summons in the State Court Action.

    4.    Attached hereto as Exhibit B is a true and correct copy of the Notice to Adverse Party, which will be finalized, filed and served on plaintiff Kevin Vanginderen and filed in the State Court Action shortly following the filing of this Notice of Removal.

    5.    Attached hereto as Exhibit C is a true and correct copy of the Notice to State Court, which will be finalized and filed with the Superior Court of California, County of San Diego, South County Division shortly following the filing of this Notice of Removal.

    6.    This Notice of Removal is being filed within 30 days of October 3, 2007, the date I am informed and believe that Defendant was served with the

8085/21177-001
Current/10211364v1

1   Summons and Complaint. The Complaint reveals that Plaintiff seeks $1,000,000 in

2   general and punitive damages, and that there is complete diversity of the parties.

3       I declare under penalty of perjury under the laws of the State of California

4   and the United States of America that the foregoing is true and correct.

5       Executed this 26th day of October, 2007, at Los Angeles, California.

6

7

8   Clifford S. Davidson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

DECLARATION OF CLIFFORD S. DAVIDSON

# TABLE OF CONTENTS OF EXHIBITS
### (Local Civil Rule 5.1(e))

**Tab A**

**Summons and Complaint (State Court Action)** . . . . . . . . . . . . . . . . . . . . . . . . . 6

**Tab B**

**Notice to Adverse Party of Removal** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

**Tab C**

**Notice to State Court of Removal** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16

**EXHIBIT A**

| | |
|---|---|
| **SUMMONS**<br>*(CITACION JUDICIAL)* | **SUM-100** |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CORNELL UNIVERSITY

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KEVIN VANGINDEREN

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of San Diego<br>500 3rd Ave.<br>Chula Vista, CA 91910-5649 | CASE NUMBER:<br>*(Número del Caso):*<br>37-2007-00076496-CU-DF-SC |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kevin Vanginderen
637 Third Ave., Ste. E1, Chula Vista, CA 91910

| | | | |
|---|---|---|---|
| DATE:<br>*(Fecha)* | OCT 0 1 2007 | Clerk, by _____<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. January 1, 2004] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>American LegalNet, Inc. \| www.USCourtForms.com |

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Kevin Vanginderen<br>637 Third Ave., Ste. E-1<br>Chula Vista, CA 91910<br>TELEPHONE NO.: (619) 585-7414    FAX NO.:<br>ATTORNEY FOR *(Name):* plaintiff in pro per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS: 500 3rd Ave.
MAILING ADDRESS: 500 3rd Ave.
CITY AND ZIP CODE: Chula Vista, CA 91910-5649
BRANCH NAME: South County Division

CASE NAME:
VANGINDEREN v. CORNELL UNIVERSITY

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: 37-2007-00076496-CU-DF-SC |
|---|---|---|---|---|
| [✓] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [✓] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

**2.** This case [ ] is  [✓] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
- a. [ ] Large number of separately represented parties
- b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
- c. [ ] Substantial amount of documentary evidence
- d. [ ] Large number of witnesses
- e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
- f. [ ] Substantial postjudgment judicial supervision

**3.** Remedies sought *(check all that apply):* a. [✓] monetary  b. [✓] nonmonetary; declaratory or injunctive relief  c. [✓] punitive
**4.** Number of causes of action *(specify):* Libel, Public Disclosure of Private Facts
**5.** This case [ ] is  [✓] is not  a class action suit.
**6.** If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: October 1, 2007
Kevin Vanginderen
_____
(TYPE OR PRINT NAME)          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

7

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY

Kevin Vanginderen
637 3rd Avenue, Suite E-1
Chula Vista, CA 91910

TELEPHONE NO: (619)585-7414    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*

NAME OF COURT: Superior Court of California, San Diego County
STREET ADDRESS: 500 Third Ave.
MAILING ADDRESS: 500 Third Ave.
CITY AND ZIP CODE: Chula Vista, CA 91910-5649
BRANCH NAME: South County

PLAINTIFF: Kevin Vanginderen

DEFENDANT: Cornell University

☐ DOES 1 TO _____

| COMPLAINT — Personal Injury, Property Damage, Wrongful Death | |
|---|---|
| ☐ AMENDED *(Number):* | |

**Type** *(check all that apply):*
☐ MOTOR VEHICLE          ☒ OTHER *(specify):* Public Disclosure of
   ☐ Property Damage          ☐ Wrongful Death  Private Fact/Libel
   ☒ Personal Injury          ☒ Other Damages *(specify):* loss of
reputation, mental anguish

| **Jurisdiction** *(check all that apply):* | CASE NUMBER: |
|---|---|
| ☐ ACTION IS A LIMITED CIVIL CASE | |
|   Amount demanded  ☐ does not exceed $10,000 | |
|       ☐ exceeds $10,000, but does not exceed $25,000 | 37-2007-00076496-CU-DF-SC |
| ☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000) | |
| ☐ ACTION IS RECLASSIFIED by this amended complaint | |
|    ☐ from limited to unlimited | |
|    ☐ from unlimited to limited | |

1. PLAINTIFF *(name):* Kevin Vanginderen

   alleges causes of action against DEFENDANT *(name):* Cornell University
2. This pleading, including attachments and exhibits, consists of the following number of pages: _2_____
3. Each plaintiff named above is a competent adult
   a. ☒ except plaintiff *(name):* Cornell University
     (1) ☐ a corporation qualified to do business in California
     (2) ☐ an unincorporated entity *(describe):*
     (3) ☒ a public entity *(describe):* a public university
     (4) ☐ a minor          ☐ an adult
       (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
       (b) ☐ other *(specify):*
     (5) ☐ other *(specify):*

   b. ☐ except plaintiff *(name):*
     (1) ☐ a corporation qualified to do business in California
     (2) ☐ an unincorporated entity *(describe):*
     (3) ☐ a public entity *(describe):*
     (4) ☐ a minor          ☐ an adult
       (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
       (b) ☐ other *(specify):*
     (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Complaint — Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>982.1(1) [Rev. July 1, 2002] | COMPLAINT — Personal Injury, Property<br>Damage, Wrongful Death |  | Code of Civil Procedure, § 425.12 |
|---|---|---|---|

SHORT TITLE: VANGINDEREN V. CORNELL UNIVERSITY | CASE NUMBER:

4. [X] Plaintiff (name): Kevin Vanginderen
    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
  a. [X] except defendant (name):

    (1) [ ] a business organization, form unknown
    (2) [ ] a corporation
    (3) [ ] an unincorporated entity (describe):

    (4) [X] a public entity (describe): a public university
    (5) [ ] other (specify):

  b. [ ] except defendant (name):

    (1) [ ] a business organization, form unknown
    (2) [ ] a corporation
    (3) [ ] an unincorporated entity (describe):

    (4) [ ] a public entity (describe):

    (5) [ ] other (specify):

  c. [ ] except defendant (name):

    (1) [ ] a business organization, form unknown
    (2) [ ] a corporation
    (3) [ ] an unincorporated entity (describe):

    (4) [ ] a public entity (describe):

    (5) [ ] other (specify):

  d. [ ] except defendant (name):

    (1) [ ] a business organization, form unknown
    (2) [ ] a corporation
    (3) [ ] an unincorporated entity (describe):

    (4) [ ] a public entity (describe):

    (5) [ ] other (specify):

[ ] Information about additional defendants who are not natural persons is contained in Complaint — Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff.

7. [ ] Defendants who are joined pursuant to Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
  a. [ ] at least one defendant now resides in its jurisdictional area.
  b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
  d. [ ] other (specify):

9. [X] Plaintiff is required to comply with a claims statute, and
  a. [X] plaintiff has complied with applicable claims statutes, or
  b. [ ] plaintiff is excused from complying because (specify):

982.1(1) [Rev, July 1, 2002]

**COMPLAINT — Personal Injury, Property Damage, Wrongful Death**

Page 2 of 3

SHORT TITLE: VANGINDEREN V. CORNELL UNIVERSITY          CASE NUMBER:

10. The following causes of action are attached and the statements above apply to each (*each complaint must have one or more causes of action attached*):
   a. [ ] Motor Vehicle
   b. [ ] General Negligence
   c. [X] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other (specify):

11. Plaintiff has suffered
   a. [ ] wage loss
   b. [ ] loss of use of property
   c. [ ] hospital and medical expenses
   d. [X] general damage
   e. [ ] property damage
   f. [ ] loss of earning capacity
   g. [X] other damage (specify): loss of reputation, mental anguish

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Complaint — Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **PLAINTIFF PRAYS** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [X] punitive damages
   b. The amount of damages is (you must check (1) in cases for personal injury or wrongful death):
      (1) [ ] according to proof
      (2) [X] in the amount of: $ 1,000,000.00

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: October 1, 2007

Kevin Vanginderen
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. July 1, 2002]          **COMPLAINT — Personal Injury, Property Damage, Wrongful Death**          Page 3 of 3

10

SHORT TITLE:  VANGINDEREN V. CORNELL UNIVERSITY

CASE NUMBER:

1 _____    **CAUSE OF ACTION - Intentional Tort**    Page _4_____
(number)

ATTACHMENT TO   [X] Complaint   [...] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1.   Plaintiff *(name)*: Kevin Vanginderen

alleges that defendant *(name)*:  Cornell Univeristy

[...] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant
intentionally caused the damage to plaintiff
on *(date)*:  March 17 1983, September 2, 2007, and continuing
at *(place)*:  Cornell Univeristy, Chula Vista, CA, and to all national
            and international internet service protocol adresses
*(description of reasons for liability)*:
     On March 17, 1983, a publication funded and operated by the
defendant named the "Cornell Chronicle", was published with defamatory
and libelous information about the plaintiff.  The publication stated
that an incorrect criminal charge was  brought against the plaintiff,
it misstated the basis for the actual charge brought against him and
further portrayed the plaintiff as the likely perpetrator and suspect
of numerous crimes he was never investigated for, charged with, nor
had any involvement in.  Sometime in the year 2007, the defendant
republished this article onto the internet by placing it in the public
domain on the defendant's library website for the first time, which
was over twenty four years after its first more limited publication.

     On September 2, 2007, the plainitff first became aware of the
original publication when he conducted an annual "google search" of
his name on the internet.  The false statements became prominently
available to the plaintiff and all others running a similar commonly
conducted search.  The defendant was informed of these circumstances
by the plaintiff on that date and asked to correct it, however, the
defendant has refused to delete this information from the public
domain resulting in potentially infinite occurences of new counts of
liability for libel.

     The defendant is liable for damages for multiple counts of Libel
dating back over twenty four years.  The plaintiff has suffered extreme
emotional distress and loss of reputation from the conduct of the
defendant and requests general and punitive damages in the amount of
$1,000,000.

---

Form Approved by the
Judicial Council of California
Effective January 1, 1992
Rule 982.1(4)
Optional Form

**CAUSE OF ACTION - Intentional Tort**


Legal
Solutions
Plus

CCP 425.12

| SHORT TITLE: VANGINDEREN V. CORNELL UNIVERSITY | CASE NUMBER: |
|---|---|

2_____     **CAUSE OF ACTION - Intentional Tort**     Page _5_____
   *(number)*

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1.   Plaintiff *(name)*: Kevin Vanginderen

      alleges that defendant *(name)*: Cornell Univeristy

             [ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)*: September 2, 2007, and continuing
at *(place)*: Chula Vista, CA, and to all national and international
           internet service protocol adresses
*(description of reasons for liability)*:

   On March 17, 1983, a publication funded and operated by the
defendant named the "Cornell Chronicle", was published with
information which stated that a criminal charge was brought against
the plaintiff and that he was the likely perpetrator and suspect of
numerous crimes that he was never charged with. Sometime in the year
2007, the defendant republished this article onto the internet by
placing it in the public domain on the defendant's library website for
the first time, twenty four years after its first limited publication.

   On September 2, 2007, the plaintiff first became aware of the
original publication when he conducted an annual "google search" of
his name on the internet. The defendant's statements from 1983
regarding the plaintiff have now for the first time become prominently
available to the plaintiff and all others running a similar commonly
conducted search. The information stating that a charge had been
brought against the plaintiff in 1983 was first made available by the
defendant in a prominent manner on the internet over twenty four years
after the event. The defendant was informed of these circumstances by
the plaintiff on that date and asked to delete it, however, the
defendant has refused to delete this information from the public
domain resulting in potentially infinite occurences of new counts of
liability for Public Disclosure of Private Facts.

   The defendant is liable for damages for multiple counts of tortious
Public Disclosure of Private Facts for disclosing private information
dating back over twenty four years. The plaintiff has suffered extreme
emotional distress and loss of reputation from the conduct of the
defendant and requests general and punitive damages in the amount of
$1,000,000.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)
Optional Form     **CAUSE OF ACTION - Intentional Tort**     Legal
Solutions
Plus     CCP 425.12

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: 500 Third Avenue | |
| MAILING ADDRESS: 500 Third Avenue | |
| CITY AND ZIP CODE: Chula Vista, CA 91910-5649 | |
| BRANCH NAME: South County | |
| TELEPHONE NUMBER: (619) 691-4400 | |

| PLAINTIFF(S) / PETITIONER(S): KEVIN VANGINDEREN |
|---|
| DEFENDANT(S) / RESPONDENT(S): Cornell University |
| VANGINDEREN VS. CORNELL UNIVERSITY |

| NOTICE OF CASE ASSIGNMENT | CASE NUMBER: 37-2007-00076496-CU-DF-SC |
|---|---|

Judge: William S. Cannon                              Department: S-04

**COMPLAINT/PETITION FILED:** 10/01/2007

### CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

SDSC CIV-721 (Rev. 11-06)                    NOTICE OF CASE ASSIGNMENT                    Page: 1

1  BERT H. DEIXLER (SBN 70614)
   CLIFFORD S. DAVIDSON (SBN 246119)
2  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
3  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
4  Facsimile:    (310) 557-2193

5  Attorneys for Defendant,
   CORNELL UNIVERSITY
6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   FOR THE COUNTY OF SAN DIEGO

10                     SOUTH COUNTY DIVISION

11  KEVIN VANGINDEREN,                  )  Case No. 37-2007-007-0076496-CU-DF-SC
                                        )
12              Plaintiff,              )  Hon. William S. Cannon
                                        )  Department S-04
13         v.                           )
                                        )  **NOTICE TO ADVERSE PARTY OF**
14  CORNELL UNIVERSITY,                 )  **DEFENDANT'S FILING OF NOTICE**
                                        )  **OF REMOVAL TO UNITED STATES**
15              Defendant.              )  **DISTRICT COURT FOR THE**
                                        )  **SOUTHERN DISTRICT OF**
16                                      )  **CALIFORNIA**
                                        )
17                                      )
                                        )  Action Filed: October 1, 2007
18                                      )

19

20

21

22

23

24

25

26

27

28

NOTICE TO ADVERSE PARTY OF REMOVAL

1  TO PLAINTIFF KEVIN VANGINDEREN AND HIS ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United

3  States District Court for the Southern District of California on October 29, 2007, bearing Case No.

4  _____, by Defendant Cornell University

5       A true and correct copy of the Notice of Removal is attached to this Notice as Exhibit A,

6  and is served and filed herewith.

7

8  DATED: October 30, 2007

          BERT H. DEIXLER
9            CLIFFORD S. DAVIDSON
          PROSKAUER ROSE LLP
10

11                        Bert H. Deixler

12           Attorneys for Defendant,
          CORNELL UNIVERSITY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT C**

1    BERT H. DEIXLER (SBN 70614)
     CLIFFORD S. DAVIDSON (SBN 246119)
2    PROSKAUER ROSE LLP
     2049 Century Park East, 32nd Floor
3    Los Angeles, CA 90067-3206
     Telephone:    (310) 557-2900
4    Facsimile:    (310) 557-2193

5    Attorneys for Defendant,
     CORNELL UNIVERSITY
6

7

8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        FOR THE COUNTY OF SAN DIEGO

10                          SOUTH COUNTY DIVISION

11   KEVIN VANGINDEREN,                    )  Case No. 37-2007-007-0076496-CU-DF-SC
                                           )
12                  Plaintiff,             )  Hon. William S. Cannon
                                           )  Department S-04
13          v.                             )
                                           )  **NOTICE TO STATE COURT OF**
14   CORNELL UNIVERSITY,                   )  **DEFENDANT'S FILING OF NOTICE**
                                           )  **OF REMOVAL TO UNITED STATES**
15                  Defendant.             )  **DISTRICT COURT FOR THE**
                                           )  **SOUTHERN DISTRICT OF**
16                                         )  **CALIFORNIA**
                                           )
17                                         )
     _____)
18                                            Action Filed: October 1, 2007

19

20

21

22

23

24

25

26

27

28

1  TO THE HONORABLE WILLIAM S. CANNON, JUDGE OF THE SUPERIOR COURT OF

2  THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN DIEGO, SOUTH COUNTY

3  DIVISION:

4          PLEASE TAKE NOTICE that on October 29, 2007, defendant Cornell University filed a

5  Notice of Removal of the above-entitled action, pursuant to 28 U.S.C. § 1441(b), in the United

6  States District Court for the Southern District of California, bearing Case No.

7  _____.

8          A true and correct copy of the Notice of Removal filed with the United States District

9  Court for the Central District of California is attached hereto as Exhibit A.  Pursuant to 28 U.S.C.

10 § 1446(d), the action in this Court "shall proceed no further unless and until the case is remanded."

11

12 DATED: October 30, 2007                    BERT H. DEIXLER
                                            CLIFFORD S. DAVIDSON
13                                          PROSKAUER ROSE LLP

14

15                                          _____
                                                    Bert H. Deixler
16                                          Attorneys for Defendant,
                                            CORNELL UNIVERSITY
17

18

19

20

21

22

23

24

25

26

27

28

                                    1

8085/21177-001
Current/10220782v1

1   BERT H. DEIXLER, SBN 70614
        bdeixler@proskauer.com
2   CLIFFORD S. DAVIDSON, SBN 246119
        cdavidson@proskauer.com
3   PROSKAUER ROSE LLP
    2049 Century Park East, 32nd Floor
4   Los Angeles, CA 90067-3206
    Telephone:   (310) 557-2900
5   Facsimile:   (310) 557-2193

6   Attorneys for Defendant,
    CORNELL UNIVERSITY

7

**FILED**

**07 OCT 29   AM 11:52**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____   DEPUTY

**BY FAX**

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   KEVIN VANGINDEREN,                 Case No. 07 CV 2045 BTM (CJMA)

                    Plaintiff,
12
                                        PROOF OF SERVICE
         v.
13

14   CORNELL UNIVERSITY,

                    Defendant.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

8095/21177-001
Current/10229823v1

                        PROOF OF SERVICE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On October 29, 2007, I served the foregoing documents, described as:

1. CIVIL COVER SHEET;

2. NOTICE OF REMOVAL OF CIVIL ACTION FROM THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN DIEGO, SOUTH COUNTY DIVISION; DECLARATION OF CLIFFORD S. DAVIDSON; and

3. NOTICE OF PARTY WITH FINANCIAL INTEREST

☒　by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

> Kevin Vanginderen
> 637 3rd Avenue, Suite E-1
> Chula Vista, CA 91910

☐　(By Fax) By transmitting a true and correct copy thereof via facsimile transmission to

☐　(By Mail) I am "readily familiar: with the Firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐　(By Personal Service)

☐　By personally delivering such envelope to the addressee.

☐　By causing such envelope to be delivered by messenger to the office of the addressee.

☒　By causing such envelope to be delivered by the office of the addressee by OVERNIGHT DELIVERY via Federal Express or by other similar overnight delivery service.

☒　(Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 29, 2007, at Los Angeles, California.

Ivania Munguia
Type or Print Name　　　　　　　　　　Signature

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

## I. (a) PLAINTIFFS
Kevin Vanginderen

**DEFENDANTS**
Cornell University

FILED

07 OCT 29 AM II: 50

'07 CV 2045 BTM (JMA)
SOUTHERN DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _San Diego, CA_
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _Tompkins, NY_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
(appearing in pro per)
637 Third Ave., Suite E1
Chula Vista, California 91910
(619) 585-7414

ATTORNEYS (IF KNOWN)
Bert H. Deixler, Clifford S. Davidson
Proskauer Rose LLP
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
(310) 557-2900

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Defendant removes this case pursuant to 28 U.S.C. sec. 1441(b). This court has original jurisdiction over the matter, pursuant to 28 U.S.C. sec. 1332, because it appears on the face of the complaint that the amount in controversy exceeds $75,000 and there is complete diversity of parties.

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Medical Malpractice | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [X] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 161 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence | | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **HABEAS CORPUS:** | [ ] 740 Railway Labor Act | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Conditions | | | |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [X] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] YES [X] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   Docket Number _____

DATE
October 26, 2007

SIGNATURE OF ATTORNEY OF RECORD

#143754  $360  MG  10/29/7

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

# ORIGINAL

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

## # 143754    — KD

## October 29, 2007
## 11:51:42

### Civ Fil Non-Pris
USAO #.: 07CV2045
Judge..: BARRY T MOSKOWITZ
Amount.:                $350.00 CK
Check#.: BC 64062

**Total—>  $350.00**

FROM: CIVIL FILING
     VANGINDEREN V. CORNELL UNIV.