1  BERT H. DEIXLER, SBN 70614
      bdeixler@proskauer.com
2  CLIFFORD S. DAVIDSON, SBN 246119
      cdavidson@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA  90067-3206
   Telephone:   (310) 557-2900
5  Facsimile:   (310) 557-2193

6  Attorneys for Defendant,
   CORNELL UNIVERSITY
7

FILED
07 OCT 29 AM 11:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10

11  KEVIN VANGINDEREN,              )  Case No. '07 CV 2045 BTM (JMA)
                                    )
12            Plaintiff,            )
                                    )  NOTICE OF PARTY WITH
13       v.                         )  FINANCIAL INTEREST
                                    )
14  CORNELL UNIVERSITY,             )
                                    )
15            Defendant.            )
                                    )
16  _____

---

8085/21177-001
Current/10235658v1

NOTICE OF PARTY WITH FINANCIAL INTEREST
**ORIGINAL**

| | |
|---|---|
| 1 | |
| 2 | Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2 of |
| 3 | the United States District Court for the Southern District of California, the |
| 4 | undersigned, counsel for defendant Cornell University ("Defendant"), certifies that |
| 5 | as of this date: (1) Defendant has no parent company; and (2) no publicly held |
| 6 | company owns 10 percent of Defendant's stock. |

DATED: October 26, 2007

BERT H. DEIXLER
CLIFFORD S. DAVIDSON
PROSKAUER ROSE LLP

*/s/ Bert H. Deixler*
Bert H. Deixler

Attorneys for Defendant,
CORNELL UNIVERSITY

8085/21177-001
Current/10235658v1

1

NOTICE OF PARTY WITH FINANCIAL INTEREST