AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

## APPEARANCE

VANGINDEREN v. CORNELL UNIVERSITY         Case Number: 3:07-cv-2045

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
CORNELL UNIVERSITY

I certify that I am admitted to practice in this court.

| 11/1/2007 | *[signature]* |
| Date | Signature |

Nelson E. Roth                                    SBN 67350
Print Name                                        Bar Number

Cornell University, 300 CCC Building, Garden Avenue
Address

Ithaca            New York           14853-2601
City              State              Zip Code

(607) 255-5124                    (607) 255-2794
Phone Number                      Fax Number

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

---

KEVIN VANGINDEREN,

                Plaintiff,

v.

CORNELL UNIVERSITY,

                Defendant.

Index No. 3:07-CV-02045
BTM/JMA

---

### CERTIFICATION OF SERVICE BY CM/ECF & U.S. MAIL

NELSON E. ROTH, does hereby declare, under penalty of perjury, that I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, and that a copy was sent by United States mail to:

Mr. Kevin Vanginderen
637 3rd Avenue, Suite E-1
Chula Vista, CA 91910

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on November 1, 2007.

                                          NELSON E. ROTH (SBN 67350)