AO 458 (Rev. 5/85) Appearance

# United States District Court

<u>   SOUTHERN   </u> DISTRICT OF <u>CALIFORNIA                              </u>

**APPEARANCE**

CASE NUMBER: 3:07-cv-2045-BTM-JMA

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
CORNELL UNIVERSITY

I certify that I am admitted to practice in this court.

<u>November 1, 2007         </u>
Date

Signature

<u>Clifford S. Davidson                </u>
Print Name            Bar Number  246119

<u>2049 Century Park East, 32nd Floor   </u>
Address

<u>Los Angeles</u>    <u>California</u>    <u>90067-3206</u>
City           State           Zip Code

<u>(310) 557-2900      </u>    <u>(310) 557-2193      </u>
Phone Number           Fax Number

AO-458

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN,<br><br>Plaintiff,<br><br>v.<br><br>CORNELL UNIVERSITY,<br><br>Defendant. | Case No. 07-CV-2045-BTM-JMA<br><br>CERTIFICATE OF SERVICE BY<br>CM/ECF & U.S. MAIL |

I, CLIFFORD S. DAVIDSON, declare under penalty of perjury that I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system and that a copy was sent by United States Mail to:

Kevin Vanginderen
637 3rd Avenue, Suite E-1
Chula Vista, CA 91910

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on November 1, 2007.

_____
Clifford S. Davidson (SBN 246119)