NELSON E. ROTH, SBN 67350
    ner3@cornell.edu
CORNELL UNIVERSITY
300 CCC Building
Garden Avenue
Ithaca, New York 14853-2601
Telephone:    (607)255-5124
Facsimile:    (607)255-2794

BERT H. DEIXLER, SBN 70614
    bdeixler@proskauer.com
CHARLES S. SIMS, New York Attorney Registration No. 1535640
    admitted *pro hac vice*
    csims@proskauer.com
CLIFFORD S. DAVIDSON, SBN 246119
    cdavidson@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:    (310) 557-2900
Facsimile:    (310) 557-2193

Attorneys for Defendant,
CORNELL UNIVERSITY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORNELL UNIVERSITY,<br><br>　　　　　Defendant. | Case No. 07-CV-2045-BTM-JMA<br><br>Hon. Barry T. Moskowitz<br><br>DEFENDANT'S NOTICE OF SPECIAL MOTION TO STRIKE AND SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE<br><br>[Per chambers, no oral argument unless requested by the Court]<br><br>[Request for Judicial Notice filed concurrently]<br><br>Hearing Date:  December 21, 2007<br>Time:　　　　　11:00 a.m.<br>Place:　　　　　Courtroom 15<br><br>Action Filed: October 1, 2007 |

NOTICE OF SPECIAL MOTION TO STRIKE AND SPECIAL MOTION TO STRIKE

1  TO DEFENDANT AND HIS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on December 21, 2007, at 11 a.m., or as soon
3  thereafter as counsel may be heard in the United States District Court for the
4  Southern District of California, Courtroom 15, located at 940 Front Street, San
5  Diego, California 92101, defendant Cornell University ("Cornell") will and hereby
6  does move for an order striking the Complaint of plaintiff Kevin Vanginderen
7  ("Plaintiff") in its entirety, with prejudice and without leave to amend, and, further
8  awarding Cornell its reasonable attorneys' fees and costs incurred in bringing this
9  special motion to strike.

10  This special motion to strike will be and is made upon the following grounds.
11  Plaintiff filed this action after discovering in the electronic archives of the
12  Cornell University Library a 24-year-old report in the *Cornell Chronicle* that
13  described Plaintiff's criminal activities as a Cornell undergraduate. Plaintiff alleges
14  that the news account is libelous and reflects public disclosure of private facts.

15  The Complaint is indisputably a "strategic lawsuit against public
16  participation" ("SLAPP") that is barred by the anti-SLAPP statute, California Code
17  of Civil Procedure § 425.16. The Complaint's allegations arise entirely out of
18  Cornell's actions in furtherance of the right to engage in "conduct in furtherance of
19  the exercise of the . . . constitutional right of free speech in connection with a public
20  issue or an issue of public interest." Cal. Code Civ. Pro. § 425.16(e)(4).

21  Because the Complaint is a SLAPP lawsuit, Section 425.16(b)(1) and relevant
22  Ninth Circuit authorities require that the Complaint be stricken unless Plaintiff
23  makes a prima facie showing that his claims are legally and factually sufficient.
24  Plaintiff cannot show either because, as set forth in detail in Cornell's
25  accompanying Memorandum of Points and Authorities, the *Cornell Chronicle* report
26  on Plaintiff's criminal activities is fair and true and any claim would be time-barred.
27  A simple examination of the records of the Ithaca City Court, attached as Exhibit A

28

1  to the concurrently filed Request for Judicial Notice, demonstrates the truth of the
2  news account of the criminal proceedings.
3      As the Complaint is a SLAPP lawsuit unsupported by law or fact, Cornell is
4  entitled to recover from Plaintiff Cornell's reasonable attorneys' fees and costs
5  incurred in bringing this special motion to strike, pursuant to California Code of
6  Civil Procedure § 425.16(c) and relevant Ninth Circuit authorities.
7      This special motion to strike will be and is based upon this Notice, the
8  accompanying Memorandum of Points and Authorities, the accompanying Request
9  for Judicial Notice and exhibits attached thereto, the Declarations of Valerie Cross
10 Dorn and Anne Richardson Kenney, the records and files in this action and upon
11 such further oral and documentary evidence as may be presented at or before the
12 hearing on this special motion to strike.

14 DATED: November 2, 2007

BERT H. DEIXLER
CHARLES S. SIMS
CLIFFORD S. DAVIDSON
PROSKAUER ROSE LLP

NELSON E. ROTH
CORNELL UNIVERSITY

s/Bert H. Deixler
             Bert H. Deixler

Attorneys for Defendant,
CORNELL UNIVERSITY

2

NOTICE OF SPECIAL MOTION TO STRIKE AND SPECIAL MOTION TO STRIKE