NELSON E. ROTH, SBN 67350
　　ner3@cornell.edu
CORNELL UNIVERSITY
300 CCC Building
Garden Avenue
Ithaca, New York 14853-2601
Telephone:　(607)255-5124
Facsimile:　(607)255-2794

BERT H. DEIXLER, SBN 70614
　　bdeixler@proskauer.com
CHARLES S. SIMS, New York Attorney Registration No. 1535640
　　admitted *pro hac vice*
　　csims@proskauer.com
CLIFFORD S. DAVIDSON, SBN 246119
　　cdavidson@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:　(310) 557-2900
Facsimile:　(310) 557-2193

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANDGINDEREN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORNELL UNIVERSITY,<br><br>　　　　Defendant. | Case No. 07-CV-2045-BTM-JMA<br><br>Hon. Barry T. Moskowitz<br><br>DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE<br><br>[Per chambers, no oral argument unless requested by the Court]<br><br>[Special Motion to Strike and Declarations of Valerie Cross Dorn and Anne Richardson Kenney filed concurrently]<br><br>Hearing Date: December 21, 2007<br>Time:　　　　11:00 a.m.<br>Place:　　　　Courtroom 15<br><br>Action Filed: October 1, 2007 |

8085/21177-001
Current/10227983v1

REQUEST FOR JUDICIAL NOTICE

1    Pursuant to Federal Rule of Evidence 201, defendant Cornell University
2 requests that the Court take judicial notice of the following:
3    **Exhibit A:**  Ithaca City Court records pertaining to *The People of the State of*
4 *New York v. Kevin Vanginderen*, Docket #D46-171.
5    **Exhibit B:**  The archived image of the March 17, 1983 *Cornell Chronicle*
6 that is the subject of this litigation.  The image is available at
7 http://ecommons.library.cornell.edu/bitstream/1813/5350/14/014_24.pdf.  The
8 allegedly libelous statement is contained on page 6 of the issue (page 15 of Exhibit
9 B).
10    **Exhibit C:**  September 3, 2007 e-mail from plaintiff Kevin Vanginderen
11 (kvangin1@yahoo.com) to the Cornell University Library, in which Plaintiff
12 requested that the March 17, 1983 *Cornell Chronicle* story be removed (*see* Compl.
13 ¶ 2).
14    **Exhibit D:**  The Order to Show Cause issued by the County Court of
15 Tompkins County and the moving papers submitted in support thereof.
16    Judicial notice is proper because the documents for which this Request is
17 made are "capable of accurate and ready determination by resort to sources whose
18 accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b)(2); *Lee v. City of*
19 *Los Angeles*, 250 F.3d 668, 689-90 (9th Cir. 2001) (taking judicial notice of a state
20 court's records); *Fitzgerald v. Penthouse Intern., Ltd.*, 525 F.Supp. 585, 595 n.41
21 (D. Md. 1981), *aff'd in part, rev'd in part on other grounds* 691 F.2d 666 (4th Cir.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1
REQUEST FOR JUDICIAL NOTICE

1  1982) (taking judicial notice, in defamation case, of photocopy of magazine article
2  in question).

4  DATED: November 2, 2007

BERT H. DEIXLER
CHARLES S. SIMS
CLIFFORD S. DAVIDSON
PROSKAUER ROSE LLP

NELSON E. ROTH
CORNELL UNIVERSITY


 s/Bert H. Deixler
Bert H. Deixler

Attorneys for Defendant,
CORNELL UNIVERSITY