# TABLE OF CONTENTS OF EXHIBITS
(Local Civil Rule 5.1(e))

**EXHIBIT A**

**Documents from the City Court of Ithaca . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5**

**EXHIBIT B**

**March 17, 1983 Issue of the *Cornell Chronicle* . . . . . . . . . . . . . . . . . . . . . . . . . . 10**

**"Blotter Barton," Reporting Plaintiff's Criminal Activities . . . . . . . . . . 15**

**EXHIBIT C**

**September 13, 2007 E-mail from Plaintiff to Cornell . . . . . . . . . . . . . . . . . . . . .19**

**EXHIBIT D**

**Order to Show Cause Issued by County Court of Tompkins County and Moving Papers Filed in Support Thereof . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21**

# EXHIBIT A

STATE OF NEW YORK : COUNTY OF TOMPKINS
CITY COURT : CITY OF ITHACA

THE PEOPLE OF THE STATE OF NEW YORK

- vs -

Kevin G. Vanginderen DOB 10/23/61,
*Defendant*

ACCUSATORY INSTRUMENT

## ACCUSATION

BE IT KNOWN THAT, by this Accusatory Instrument, BarXbara Bourne, as the Complainant herein, accuses Kevin G. Vanginderen, the above named Defendant, with having committed the offense of Burglary in the third Degree, in violation of the Section 140.20, Subdivision of the Penal Law of the State of New York, aViolationXXXXXXXXXXXXXXXMisdemeanorXX a Class D Felony.

## FACTS

On or about the 5th day of March 1983, the said defendant did, in the City of Ithaca, County of Tompkins, New York,
did knowingly enter or remain unlawfully in a building, to wit: defendant entered at approx. 2:00AM room 312C Fernow Hall, Tower Road, Cornell University, City of Ithaca, N.Y., to committ the crime of larceny therein by stealing books, with said office space belonging to Richard J. Baker, with all actios by defendant without authorization, are contrary to the provisions of the Statute in case made and provided.

The above allegations of fact are made by the Complainant herein:

..... upon direct knowledge

XXXXX upon information and belief, with the sources of Complainant's information and the grounds for his belief being Investigation of case(Cornell) 83-422 and sworn confession of defendant.

WHEREFORE, Complainant prays that a warrant be issued for the arrest of the said defendant.

[signature] Barbara Bourne
*Complainant*

## NOTICE
(Penal Law, Section 210.45)

IT IS A CRIME, PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF THE STATE OF NEW YORK, FOR A PERSON, IN AND BY A WRITTEN INSTRUMENT, TO KNOWINGLY MAKE A FALSE STATEMENT, OR TO MAKE A STATEMENT WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE.

Affirmed under penalty of perjury this 8th day of March, 19 83.

[signature] Barbara Bourne
*Complainant*

OR

Sworn to before me this day of , 19 .

Judge or Justice, Desk Officer or Superior, or other authorized person.

Court

ADAMS, THEISEN & NASH

ATTORNEYS AND COUNSELORS AT LAW
301 THE CLINTON HOUSE
103 WEST SENECA STREET
ITHACA, NY 14850

607-272-3442

HENRY W. THEISEN
RALPH W. NASH

STEPHEN M. BOWMAN

ARMAND L. ADAMS
1911-1983

August 16, 1983

R. James Miller, Esq.
Ithaca City Prosecutor
120 East Clinton Street
Ithaca, New York 14850

Re: People v. Kevin G. Vanginderen

Dear Jim:

This letter will confirm arrangements to be made in City Court to resolve this matter. Kevin will plead on Monday, August 22, to petit larceny in full satisfaction of any charges relative to thefts at Cornell University. Upon his plea the People will agree to a sentence of a one year conditional discharge.

I have made arrangements to have an appropriate accusatory instrument drawn. As I noted in our telephone conversation, this matter was originally handled by the District Attorney's Office, but as it is being resolved by a misdemeanor in City Court, they would like you to handle the plea and sentence for them.

Thank you for your attention to this matter.

Yours very truly,

ADAMS, THEISEN & NASH

Ralph W. Nash

RWN/dh

cc: Robert C. Mulvey, Esq.
Assistant District Attorney

STATE OF NEW YORK : COUNTY OF TOMPKINS
CITY COURT : CITY OF ITHACA

THE PEOPLE OF THE STATE OF NEW YORK

- vs -

KEVIN G. VANGINDEREN DOB: 10-23-61
*Defendant*

ACCUSATORY INSTRUMENT

ACCUSATION

BE IT KNOWN THAT, by this Accusatory Instrument, R. James Miller as the Complainant herein, accuses Kevin G. Vanginderen the above named Defendant, with having committed the offense of Petit Larceny

in violation of the Section 155.25, Subdivision of the Penal Law of the State of New York, a Violation a Class A Misdemeanor a Class Felony.

FACTS

On or about the 5th day of March, 1983, the said defendant did, in the City of Ithaca, County of Tompkins, New York,

did commit the cime of petit larceny by stealing books located at room 312C, Fernow Hall, Tower Road, Cornell University, located within the City of Ithaca, New York

The above allegations of fact are made by the Complainant herein:

upon direct knowledge

XX upon information and belief, with the sources of Complainant's information and the grounds for his belief being investigation of case (Cornell) 83-422 and sworn confession of defendant.

WHEREFORE, Complainant prays that a warrant be issued for the arrest of the said defendant.

R. James Miller *Complainant*

NOTICE
(Penal Law, Section 210.45)

IT IS A CRIME, PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF THE STATE OF NEW YORK, FOR A PERSON, IN AND BY A WRITTEN INSTRUMENT, TO KNOWINGLY MAKE A FALSE STATEMENT, OR TO MAKE A STATEMENT WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE.

Affirmed under penalty of perjury this 17th day of August, 1983.

, R. James Miller
*Complainant*

OR

Sworn to before me this day of , 19 .

Judge or Justice, Desk Officer or Superior, or other authorized person.

Court

[illegible]

# CITY COURT OF ITHACA

The People of the State of New York

—against—

Kevin Vangindaren
Defendant

Before James J. Clynes, Jr.
Judge, City Court

Defendant arraigned August 22, 19 83

Counsel Ralph Nash, Esq.

Bail $ ______ Posted ______ Remitted ______
Set

The defendant immediately on being brought before the City Court Judge was informed as follows:

1. You are charged with

Petit Larceny

Sec. 155.25 Penal Law

which is a felony ☐
misdemeanor A ☒
violation ☐

2. The information was read to the defendant and a copy furnished to him. ☐

3. The defendant was informed that being found guilty or pleading guilty to such a charge could result in a sentence and fine of

[illegible]

4. You have the right to the aid of counsel or to have an attorney represent you in every stage of the proceedings. If you are financially unable to afford counsel and you want an attorney to represent you, the Court will assign counsel to you. You are entitled to an adjournment for a reasonable time in order to obtain counsel or to have one assigned and you are entitled to communicate free of charge by letter or telephone in order to obtain counsel and in order to inform a relative or friend of your arrest. ☐

Answer Def. app'd. with Ralph Nash, Esq. This charge filed with the court in satisfaction of a charge of Burglary Third Degree. Copy of the chg. given to counsel. Waived arraignment. Plea of guilty entered to this charge as agreed upon by City Pros Miller and ADA, Frank Smithson. Def. sentenced to a Cond. Dschg. - return all books that were [illegible]

5. You are entitled to have a hearing
without jury ☐
jury trial ☐

6. If you are 16 years of age, but have not reached 19, you may be entitled to be treated as a Youthful Offender, and no such determination shall disqualify you from holding public office, public employment or as a forfeiture of right to receive any license granted by a public authority and you cannot be denominated as a criminal nor shall such determination be deemed a conviction. ☐

# EXHIBIT B

Cornell Chronicle

Volume 14, Number 24 Thursday, March 17, 1983



With careful maneuvering and some help from Masahiro Shioji, right, Thomas "Tuck" Staggs parks a 10-foot-wingspan sailplane in an 11-by-17-foot "hangar," his Room 6321 of Sperry Hall. Staggs, a freshman in mechanical and space engineering, spent 300 hours building the larger remote-control model and 100 hours on the plane on the ceiling.

# State Will Support Biotechnology Center Here

## *Cornell One of Four Advanced Technology Centers Named*

Cornell is one of four New York state universities to be designated "centers for advanced technology" by the state Science and Technology Foundation and Gov. Mario M. Cuomo.

Cuomo announced in Albany Tuesday that Cornell, Rochester, Polytechnic Institute of New York and the State University of New York at Stony Brook have been designated as centers. The center here will specialize in biotechnology.

The governor's executive budget proposes an appropriation of $2.5 million to support the program. That could mean as much as $600,000 to each of the universities.

In addition, several New York companies, including Eastman Kodak, Xerox, Bausch and Lomb, IBM and American Telephone and Telegraph, have committed more than $2.5 million to the program.

In an Albany press conference, Cuomo said "this program will create job opportunities in the years ahead" and that "thanks to the corporations and the universities, New York is once again taking a lead in shaping tomorrow's economy."

President Frank Rhodes said the designation "is a source of tremendous pride to everybody associated with the university." He called it "meaningful recognition of Cornell's continuing contribution to the vitality of our region and our state.

"The promise and the potential in our Center for Biotechnology mean an exciting future not only for the Ithaca area, but also for the State of New York, and for Cornell as a whole."

Cornell announced last year its plans to develop a biotechnology institute here. The New York State Center for Biotechnology is another component of the biotechnology program at Cornell.

The biotechnology institute is expected to be a collaboration between Cornell and several corporations that will support it. Corporate scientists will work with Cornell faculty on campus in a basic research program. All institute programs will be open and its findings available to the public.

**Continued on Page 6**

# University, Plants Union Reach 7¼% Agreement

A one-year contract agreement was reached Monday night between the university and Local 71-71A of the International Union of Operating Engineers, which represents 35 employees at the Central Heating, Walter Filtration and Chilled Water Plants.

The agreement calls for a 7¼ percent wage increase "as well as other contractual improvements designed to bring contract language into line with policy and benefit improvements provided under university policy," according to a joint statement released by the negotiating teams at the conclusion of talks. Union members had ratified the agreement in a meeting Monday evening.

A previous three-year agreement was due to expire at midnight Monday.

Senior Vice President William G. Herbster said, "We view this as a fair agreement. It demonstrates what can be achieved when both parties go to the table in good faith, make reasonable proposals, have realistic expectations and negotiate responsibly."

The university and the union met seven times during this series of contract talks.

The operating engineers' union was organized at the plants three years ago.

# Potpourri

## Annual Vet College Open House to Be April 16

Saturday, April 16, has been set as the date for the 16th annual Open House of the State College of Veterinary Medicine.

Organized by the students of the state's only veterinary medicine college, the open house each year attracts thousands of visitors including families, school and club organizations and prospective students.

The 1983 Open House is scheduled from 9 a.m. to 4 p.m. Admission is free.

Tours of the college's research and teaching laboratories, operating rooms and animal care facilities will include more than two dozen demonstrations and exhibits, many with opportunities for visitor participation.

Visitors will be introduced to a variety of exotic animals — among them, birds and snakes — as well as the more familiar household pets and farm animals. Scheduled again this year are the popular tours of the Cornell Equine Research Park, home to more than 200 horses and ponies.

Included in the features of the 1983 Open House are presentations on pet bird nutrition, nuclear medicine, pregnancy diagnosis, preparation for surgery, care of aging animals, poisonous plants, and parasites.

Making a return at the 1983 Open House are the painted horse and the painted cow, with their internal organs outlined and labeled. Those who are more curious or courageous will want to peer — with the help of a flashlight — inside one of the stomachs of the fistulated cow. Endoscopy, EKG's and ausculation (use of the stethoscope), malformations, animal breeds, mastitis, radiology, heartworms, large and small animal skeletons, and milking machines are the subjects of other presentations.

Admissions officers will be on hand to discuss careers in veterinary medicine and requirements for admission into the college, which is one of 29 in the United States.

The Open House is scheduled rain or shine. Convenient free parking can be found in the "B" lot, off New York Route 366 between Varna and Ithaca.

## Nabokov's Friend to Give Talks

A Russian scholar, novelist and poet who knew author Vladimir Nabokov when they lived in Europe will be the second speaker in this spring's Nabokov Festival here.

Nina Berberova will deliver two lectures. The first, in Russian, is set for 4:30 p.m. Monday, March 21, in 202 Uris Hall "Gift." The second, in English, will be at 4:30 p.m. Tuesday, March 22, at the A.D. White House on "Nabokov's British Ancestry," and will deal with Nabokov's readings from 1910 to 1930.

Nabokov, who died in 1977, wrote his best-known novel, "Lolita," while a member of the Cornell faculty from 1948 to 1958. He is being honored here this semester by a program that includes speakers, a film series and an Olin Library exhibition, both of which continue through March.

Berberova, who lived in several European countries before coming to the United States in 1950, describes her meeting with Nabokov in her autobiography, "Italics Are Mine." She is now at Princeton University preparing an updated edition of the work.

After becoming well-known in Europe in the 1920s for her poetry, Berberova published her first novel, "The Last and the First." It was acclaimed as the best work by a Russian emigre, about Russian emigre life.

She published three more novels while in Europe, including "Cape Storm," written while she lived in France during the 1940s and assisted victims of the Nazi occupation.

Berberova has written biographies of the composers Tchaikovsky and Borodin. Her most recent book, "Iron Woman," is the biography of a Russian woman who was the mistress and wife of many celebrities, including H.G. Wells.

Next speaker in the Nabokov Festival will be author Herbert Gold. He will do a reading on April 13 and a lecture on April 14, both at 4:30 p.m. in the Hollis Cornell Auditorium of Goldwin Smith Hall.

## TIAA/CREF Rates Listed

Teachers Insurance Annunity Association and the College Retirement Equity Fund (TIAA/CREF) recently announced both future investment returns for TIAA funds and last year's performance levels for CREF funds. Various university retirement plans for statutory and endowed employees are funded through TIAA and CREF.

Effective March 1, 1983, TIAA's new effective annual interest rate will be 12¼ percent. This rate will be applied to all premiums credited to accumulating annuities on or after Jan. 1, 1982.

Any annuity balances resulting from premiums paid between Jan. 1, 1979, and Dec. 31, 1981, will be credited with a total effective annual rate of 11 percent, for the current year. All balances resulting from premiums and dividends credited prior to 1979 will receive a total effective rate of 9¼ percent, for this year.

TIAA rates are declared annually for all balances and apply for a 12-month period. This year's rate period runs from March 1, 1983, through Feb. 29, 1984.

CREF's net rate of investment return was 22.1 percent for the twelve-month period ending Dec. 31, 1982. This includes both market value changes and dividend income, less expenses. CREF's unit value was $58.93 on Feb. 28, 1963, and had increased by 3 percent above that level as of March 9, 1983.

The CREF accumulation unit value is determined monthly, based on changes in the market or capital value of CREF's portfolio. For the most recent CREF accumulation unit value, participants can call the toll-free telephone number (800) 522-5622 from within New York State, or (800) 223-1290 from outside New York State.

## Discretionary Fund for CIS

A matching grant of $150,000 from the William and Flora Hewlett Foundation will help Cornell endow a discretionary fund for its Center for International Studies.

Cornell has agreed to match the foundation grant on a two-to-one basis over the next three years. University President Frank Rhodes said Cornell "is fully prepared to undertake this fund-raising campaign — with the Hewlett Foundation's splendid challenge grant as its keystone."

Milton J. Esman, director of the center, said the CIS would use the endowed discretionary fund for two main purposes: to foster innovations in international studies, both on substantive problems and on research methodologies, and to provide research opportunities for graduate students and junior faculty.

Two examples of new problem areas the CIS would like to investigate in greater depth are the political effects of the chronic unemployment crisis in the Caribbean, and the implications of the current wave of neutralism and pacifism among European youth, Esman said.

The fund would also alleviate the problem of finding money to support research out of the country by advanced graduate students and junior faculty, according to Esman.

"First class research in international and comparative studies usually requires some travel and residence abroad," he said. "The center has been attempting to help young scholars in these ways, but available resources have been too limited to meet the legitimate demand."

The center, established in 1961, sponsors and supports international and comparative teaching and research university-wide, principally through a network of interdisciplinary faculty and graduate student committees.

## Bethe Lecturer to Return

"Basic Research for Culture and Profit" will be the topic for high-energy physicist Leon M. Lederman in a lecture directed toward the general public at 8 p.m. Wednesday, March 23, in Cornell University's Rockefeller A.

Lederman, the director of the Fermi National Accelerator Laboratory and the Eugene Higgins Professor of Physics at Columbia University, is returning to campus for the spring portion of the 1982-83 Bethe Lecture Series.

The internationally known specialist in high-energy physics will speak on the topic of "The New Accelerators" in a lecture geared to a general scientific audience at 4:30 p.m. Thursday, March 24, in Rockefeller A. Admission to the lectures is free.

Created by the Cornell College of Arts and Sciences and the Physics Department, the lecture series honors Nobel Laureate Hans Bethe.

Lederman has been associated with Columbia as a student and faculty member for more than 25 years. He received a B.A. from City College in 1943 and the M.A. and Ph.D. fron Columbia in 1948 and 1951, respectively.


**Cornell Chronicle**

Editor, Randall E. Shew. Staff writers, H. Roger Segelken, Robert W. Smith, Barbara Jordan-Smith, Martin B. Stiles, Photographer, Sol Goldberg, Circulation Manager, Joanne Hanavan.

(USPS 456-650)

Published weekly during the academic year and once each in June and August. Distributed free of charge to Cornell University faculty, students and staff by the University News Bureau. Mail subscriptions, $13 per year. Make checks payable to Cornell Chronicle and send to Editorial Office, 110 Day Hall, Ithaca, N.Y. 14853.

Telephone (607) 256-4206.

Second-Class Postage Rates paid at Ithaca, N.Y.

POSTMASTER: Send address changes to the Cornell Chronicle (USPS 456-650), Cornell University, 110 Day Hall, Ithaca, N.Y. 14853.


It is the policy of Cornell University actively to support equality of educational and employment opportunity. No person shall be denied admission to any educational program or activity or be denied employment on the basis of any legally prohibited discrimination involving, but not limited to, such factors as race, color, creed, religion, national or ethnic origin, sex, age or handicap. The university is committed to the maintenance of affirmative action programs which will assure the continuation of such equality of opportunity.

## Jobs

**The following job openings are new this week. For information on vacant positions listed in previous issues of the Chronicle, contact Personnel Staffing Services, 130 Day Hall. Cornell is an affirmative action employer.**

NOTICE
TO ALL APPLICANTS

**Job Opportunities** will publish vacancy announcements on a limited basis until further notice.

Staffing Services will continue to accept employment applications and employee transfer requests. However, these items will be processed only after individuals with official University Layoff Status are given preferential consideration.

**Administrative/Professional**

**Applications Programmer II** (Computer Services—APS)
**Executive Staff Assistant I** (Graduate School)
**Administrative Manager II** (ILR) (Albany)

**Clerical**

**Administrative Aide, GR21** (Clinical Sciences)
**Accounts Assistant, GR19** (Office of the Bursar
**Searcher, GR18** (Acquisition—University Libraries)

**General Services**

**Duplicating Machine Operator, SO20** (Media Services—Printing)

**Part-time**

**Judicial Advisor** (Judicial Advisor's Office)
**Secretary, GR18** (Library Administration—Collection Development)
**Department Secretary, GR17** (Ornithology)
**Office Assistant, GR17** (Architecture, Art and Planning)
**Department Secretary, GR16** (CISER)
**Secretary, GR16** (Plant Introduction, Geneva)

**Technical**

**Computer Production Controller, GR20** (Clinical Sciences)

**Temporary**

**Temporary Interviewer, T-3** (Human Service Studies) (4)

**Academic**

**Faculty Position in Ophthalmology** (Clinical Sciences, Vet. Medicine)



One of the dangers of studying outdoors during early springtime in Ithaca is the wind, as George Chew, a freshman in the College of Agriculture and Life Sciences, discovers.

# Health Education Service at Gannett Clinic Helps Make Responsible Health Decisions

The Health Education Service at Gannett Health Center was launched in the fall of 1980 to provide opportunities for members of the Cornell community to develop health-promoting skills and attitudes necessary to make responsible decisions about personal health.

When the University Health Services expanded medical services to faculty and staff on a fee-for-service basis, the department also expanded its health education activities beyond students. "The focus of our patient and community education programs is to emphasize accident and disease prevention and the self-care skills necessary to maintain and promote a high level of well-being" according to Janis Talbot, health educator.

Each semester, a number of specialized workshops are offered which provide information on topics such as first aid, CPR, nutrition, weight control and exercise, and smoking. Therapists from the Psychological Service sponsor groups to enhance emotional health and discuss topics such as anxiety, depression, procrastination, emotional crisis and relationships.

Probably the most prevalent communicable disease on campus today is the common cold, according to Talbot. Although there is no known cure, there are effective means available to reduce discomfort temporarily.

"We have a portable, self-care display which contains several pamphlets describing self-care procedures for colds," Talbot said. "It is designed to help people learn how to identify symptoms that may indicate a need for professional medical assistance."

Throughout the year professional support is given to student organizations, such as ALERT and Alpha Epsilon Delta, that work on educational projects. Upon request, the health center provides guest speakers to groups in dorms, fraternities and sororities.

Patient education has traditionally been an essential part of medical care at the health center; fact sheets, pamphlets and bulletin board displays have been prepared to supplement clinical counseling. In addition a consumer library, located on the third floor, has been established to help patients find more in-depth information on a vareity of sexual health concerns.

"A new attitude that has gained in popularity and recognition is that good health is not just he absence of disease nor is it a commodity that can be bought or sold," Talbot said. "Optimal health is something one must work for and it demands time and energy and a belief that the individual must assume primary responsibility for their own health."

Talbot and her assistant, Nancy Carrey-Beaver, are always interested in receiving suggestions. Numerous volunteer opportunities are available. They can be reached by calling 256-4782.

# Magic Lanterns Turn Up in Large Quantity

## Chronicle Notice Does the Job; Now for a Screen

Archivist Gould P. Colman's search for a lantern projector through the pages of the Chronicle earlier this month not only uncovered a number on campus and elsewhere but also uncovered the information that they are called magic lanterns and that there are organizations in this country, Canada and Great Britain devoted to them.

Within a few hours of a news notice appearing in the Chronicle, Colman said he had 16 phone calls notifying him of the locations of at least 20 magic lanterns on campus, some still being used.

He needs one to be able to project nearly 6,000 glass slides in University Libraries Archives, mostly scenes of the campus and Ithaca area between 1900 and 1940.

Of the many offers of a machine, Colman has settled on a mint-condition projector with all five lenses still intact to arrive any day now from the Cornell operated National Astronomy and Ionosphere Center at Arecibo in Puerto Rico.

He has also discovered that there is a Magic Lantern Society of the United States and Canada, founded in 1977. It is an offshoot of a magic lantern society in Great Britain, a group of long standing.

The American group, which held its first national convention in Rochester in 1981, prints a newsletter with all sorts of lantern and slide information and features. A recent story dealt with Lewis Carroll's interest in magic lanterns and its possible influence on his writings.

The society's chairman is Joe Koch, 819 14th Street N.E., Auburn, Wash., 98002.

Colman learned of the society from Harriet A. Peters, assistant director of placement for the Graduate School of Business and Public Information.

Incidentally, she doesn't own a projector yet, but does have a number of slides, several of them action shots from the Russo-Japanese War.

Colman said how much he appreciated the "wonderful response" to his earlier request for a projector. He wondered if the Chronicle might mention that now he needs a screen.

"A five-by-eight foot roll-down screen with or without a stand will do fine," he said.

# Governance Campaigning Opens April 5

Campaigning by candidates for Student and Employees Assembly and for Trustee seats begins Monday, April 4, for employees and Tuesday, April 5, for students. Student elections will take place Tuesday, April 12, and Wednesday, April 13. Employees will vote by mail ballot, which will be sent Monday, April 18. Graduate and professional student ballots will be mailed Wednesday, April 6.

Employees will elect seven people for membership on the Employee Assembly and one employee trustee. Students will elect 23 people for membership on the Student Assembly and two student trustees.

Petitioning for students ends March 23; for employees petitioning will continue until March 31. Petition challenges should be filed at 165 Day Hall no later than 4 p.m. Monday, April 4, for employees and 4 p.m. Tuesday, April 5, for students.

Campaign spending for assembly candidates is limited to $50 each. Trustee candidates are limited to $100 each. Candidates will receive 150 fliers free of charge. Poster designs should be submitted to 165 Day Hall for reproduction and should measure 8½ x 11 inches.

Each candidate has the right to submit a neatly typewritten biography and personal statement suitable for photographic reproduction. Statements will be included with the ballots.

Student elections will be held by paper ballot in the following locations: 10 a.m.-3 p.m.—Carpenter Hall, Goldwin Smith Hall main lobby and Uris Hall ground floor entrance; 10 a.m.-5 p.m.—Willard Straight Hall lobby and Mann Library lobby; 4-8 p.m.—Noyes Center lobby and Robert Purcell Union lobby.

Students will be required to present a valid Cornell ID in order to vote. Candidates will not be allowed to campaign within 50 feet of the polling areas and they may not linger in polling areas.

All ballots nust be submitted in a double envelope. The outside evelope will require the printed name and signature of the voter. If the envelope does not contain this information, the ballot will be voided.

# Washington Air Service Restored

On April 1, Empire Airlines will restore non-stop Metroliner service between Ithaca and Washington, D.C. The flight schedule will be:

| LV | Flt. No. | Arr. | Frequency |
|---|---|---|---|
| **From Ithaca** | | | |
| 7:45A | 141 | 8:55A | Ex. Sunday |
| 12:50P | 541 | 1:55P | Ex. Sat. & Sun. |
| 5:40P | 941 | 6:45P | Ex. Sat. & Sun. |
| 7:10 | 971 | 8:10P | Sunday Only |
| **From Washington, D.C.** | | | |
| 9:30A | 241 | 10:35A | Ex. Sunday |
| 2:55P | 818 | 4:00P | Ex. Sat. & Sun. |
| 7:10P | 911 | 8:15P | Ex. Sat. & Sun. |
| 8:40P | 970 | 9:45P | Sunday Only |

The one-way fare will be $138, with Supersaver discounts applying where applicable conditions of sale are satisfied.

The Cornell Travel Office is notifying its clients who have placed reservations for Washington service on April 1 or thereafter.

# Calendar

| 1983 | | MARCH | | | | 1983 |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**All items for publication in the Calendar section, except for Seminar notices, must be submitted (typewritten, doublespaced) by mail or in person to Fran Apgar, Central Reservations, 532 Willard Straight Hall at least 10 days prior to publication. Seminar notices should be sent to Barbara Jordan-Smith, News Bureau, 110 Day Hall, by noon Friday prior to publication. Items should include the name and telephone number of a person who can be called if there are questions, and also the subheading of the Calendar in which it should appear (lectures, colloquia, etc.). ALL DEADLINES WILL BE STRICTLY ENFORCED.**

***—Admission charged.**

## Announcements

**Weigh Station Meetings**

Weight Station (Skinny Minnies) meetings discontinued. Other classes, call 257-0853.

**Grads for Grads**

Grads for Grads is sponsoring an ice-skating party at Lynah Rink on Monday, March 21 from 8-9 p.m. All grad students, spouses and guests are welcome. Come early to rent skates.

**Al-Anon**

Al-Anon offers confidential group support for friends and relatives of people with drinking problems. Meets every Thursday evening, 8:15-9:15 p.m., in Anabel Taylor Founders Room. No dues or fees.

**Human Ecology Sophomores and Juniors**

Announcing applications for the 1983-84 Fleischmann Scholarship for an upperclass student in Human Ecology with a background of course work in communication arts and with career interests combining the two fields. Applications are available in the Human Ecology Counseling Office, Room N101, MVR, and must be returned by April 8, 1983.

**Poetry Reading**

Gail Mazur, poet, editor, and director of the Blacksmith House Poetry Reading Series in Cambridge, Mass., will be reading her poetry on Thursday, March 17, at 4 p.m. in the Temple of Zeus, Goldwin Smith Hall. Sponsored by the Creative Writing/Reading Committee of the English Department, Cornell.

**Disarmament Study Group Breakfast**

Held every Thursday morning at 7:30 a.m. in the One World Room of Anabel Taylor Hall. All welcome. 50 cents to $1 charged to cover cost of breakfast.

## Colloquia

**Thursday**

**Mar. 17, 4:30 p.m.** Space Sciences 105. Astronomy and Space Sciences: "Timing Observations of Pulsars: Binaries and Otherwise," Professor J. Taylor, Physics Department, Princeton University.

**Friday**

**Mar. 18, 12:15-1:15 p.m.** Uris Hall 202. Sociology: "Small Area Demographics on a Microcomputer: A Demonstration Using NYS Data on an Osborne I," Thomas G. Exter, Visiting Fellow, CISEE, Dept. of Sociology, Cornell.

**Thursday**

**Mar. 24, 4:30 p.m.** Space Sciences 105. Astronomy and Space Sciences: "Three Mars Years: Mutch Memorial Station (Viking Lander I Imaging Observations.), Professor R. Arvidson, Department of Earth Sciences, Washington University, St. Louis.

## Dance

**Every Thursday**

Anabel Taylor One World Room, 8 p.m. 8-9 p.m. teaching, 9-11 p.m. requests. Beginners through advanced. Everyone welcome.

**Every Sunday**

Willard Straight North Room, 7:30 p.m. 7:30-8:30 p.m. teaching, 8:30-10:45 p.m. requests. Beginners and dancers at all levels welcome. Cornell International Folk Dancers.

**Every Monday**

Anabel Taylor Auditorium, 7:30-9:30 p.m. The Ithaca Scottish Country Dancers are looking for new members - both beginners and experienced dancers. Beginning instruction at 7:30 p.m. Free and open to the community. Call Phil Dixon at 257-2618 for more information.

**Wednesday**

**Mar. 23, 7:30-11 p.m.** Risley Dining Room, Ground Floor. International Folk Dancing: teaching 7:30-8:30 p.m. Requests 8:30-11 p.m. Beginners and dancers at all levels.

## Exhibits

**Olin Library** Vladimir Nabokov: his correspondence, photographs, first editions, butterflies, through Mar. 29. On Sat., Mar. 19, the Rare Book Room of Olin Library, which is usually closed Saturdays, will be open from 11 a.m.-3 p.m. for the benefit of visitors who are unable to get to see the exhibit during the week.

**Uris Library** Puppets and marionettes and their theatres. Through Mar. 23.

**Herbert F. Johnson Museum** An exhibition of works by artist Joshua Neustein: "Bethlehem Series" through April 17. "Prints by William Blake and His Followers" through April 17. "Emerging from the Shadows: The Art of Martin Lewis, 1881-1962" through Apr. 24. Museum hours: 10 a.m.-5 p.m. Tuesday through Sunday.

**Laboratory of Ornithology** "The Shorebirds of North America." An exhibit of accomplished bird artist Robert Verity Clem. These 29 opaque watercolors were used to illustrate the book "The Shorebirds of North America." Prints of his works are for sale at the Laboratory for $20. Exhibit runs through April. Laboratory hours: Monday through Thursday, 8 a.m.-5 p.m., Friday 9 a.m.-4 p.m., Saturday and Sunday, 10 a.m.-5 p.m. Laboratory is located at 159 Sapsucker Woods Road.

## Films

Unless otherwise noted films are under sponsorship of Cornell Cinema.

**Thursday**

**Mar. 17, 4:30 p.m.** Goldwin Smith Hollis Cornell Audit. Gay Films: Jan Oxenberg's "A Comedy in Six Unnatural Acts" and the Australian documentary "Witches and Faggots, Dykes and Poofters" will be shown. Admission is free. The films are sponsored by the Gay and Lesbian Information Project.

**Mar. 17, 7:30 p.m.** *Uris Hall Auditorium. "Not a Love Story", (1981), directed by Bonnie Scherr-Klein, with Linda Lee Tracy, Robin Morgan, Kate Millett. Co-sponsored by Ithaca College, Department of Women's Studies at Cornell. Rated X.

**Friday**

**Mar. 18, 8 p.m.** *Statler Auditorium. "Quadophenia", (1979), directed by Franc Roddam, with Phil Daniels, Sting.

**Mar. 18, 10 p.m.** *Uris Hall Auditorium. "Not a Love Story," (1981). Rated X.

**Mar. 18, 10:30 p.m.** *Statler. "Raiders of the Lost Ark", (1981), directed by Steven Spielberg, with Harrison Ford, Karen Allen.

**Saturday**

**Mar. 19, 7 & 9:30 p.m.** *Statler. "Raiders of the Lost Ark".

**Mar. 19, 8 p.m.** Risley Music Room, Risley Free Films Series, "The Awful Truth".

**Mar. 19, 8 & 10 p.m.** *Uris Hall Auditorium. "The Devil's Playground", (1976), directed by Fred Schepisi, with Arthur Dignam, Simon Burke.

**Mar. 19, 12 mid.** *Statler Auditorium. "Quadophenia", (1979).

**Sunday**

**Mar. 20, 2 p.m.** *Uris Hall Auditorium. "Raiders of the Lost Ark".

**Mar. 20, 7 p.m.** *Uris Hall Auditorium. "A Portrait of the Artist as a Young Man", (1978), directed by Joseph Strick, with T.P. McKenna, Sir John Gielgud. Co-sponsored by the English Department.

**Monday**

**Mar. 21, 7 p.m.** *Uris Hall Auditorium. "Ramparts of Clay", (1970), directed by Jean-Louis Bertucelli, with native cast. Co-sponsored by Department of Near Eastern Studies.

**Mar. 21, 9 p.m.** *Uris Hall Auditorium. "Pickpocket", (1959), directed by Robert Bresson, with Martin Lasalle, with "The Smiling Madame Beudet". Film club members.

**Tuesday**

**Mar. 22, 4:30 p.m.** Rockefeller D. "The Masked Dance". The story of the now-deposed Prime Minister of Thailand, Kukrit Pramoj.

**Mar. 22, 8 p.m.** *Uris Hall Auditorium. "Letter to Jane", (1972), directed by Jean-Luc Godard and Jean-Pierre Gorin. Also shown: "Ways of Seeing #1", directed by John Berger.

**Wednesday**

**Mar. 23, 7 p.m.** *Uris Hall Auditorium. "How Much is Enough?", directed by Andrew A. Stern with documentary cast. Co-sponsored by Physics and Government Depts.

**Mar. 23, 8:30 p.m.** *Uris Hall Auditorium. "Despair", (1977), directed by R.W. Fassbinder, with Dirk Bogarde, Andrea Ferreal.

**Thursday**

**Mar. 24, 7:30 p.m.** Stimson G-1. Jordani: Natural History Society films: "Jackass Penguins" and "Guanaco of Patagonia."

**Mar. 24, 8 p.m.** *Uris Hall Auditorium. CUSLAR Free Films: "The Traitors". This dramatic portrayal of the life of a trade union leader defines the political context of the Argentine labor movement from 1955 to 1973.

**Friday**

**Mar. 25, 8 p.m.** *Statler. "Romeo and Juliet", (1968), directed by Franco Zeffirelli, with Leonard Whiting, Olivia Hussey.

**Saturday**

**Mar. 26, 8 p.m.** *Uris Hall Auditorium. "Death in Venice", (1971), directed by Luchino Visconti, with Dirk Bogarde, Sylvana Mangano.

**Sunday**

**Mar. 27, 8 p.m.** *Uris Hall Auditorium. "Lawrence of Arabia", (1962), directed by David Lean, with Peter O'Toole, Omar Sharif.

## Lectures

**Thursday**

**Mar. 17, 12:20 p.m.** 102 West Ave. Southeast Asia Program brown-bag seminar: "Methods of Understanding the Aesthetic Preconceptions of the Balinese," Professor Hildred Geertz, Dept. of Anthropology, Princeton University.

**Mar. 17, 4 p.m.** Malott Hall, Bache Auditorium. "Symposium on Corporate Social Responsibility." Sponsored by Graduate Business Students Committee on Professional Ethics.

**Mar. 17, 4:30 p.m.** McGraw 165. "Renouncers as Protesters: Pre-Modern India," Professor Romila Thapar, Jawaharlal Nehru University, New Delhi, and A.D. White Professor-at-Large.

**Mar. 17, 4:30 p.m.** Goldwin Smith 24. "Delacroix's Liberty Leading the People: Revolutionary Romance or Political Parti Pris?" Michael J. Marrinan, Lecturer in History of Art, Columbia University. Sponsored by Department of the History of Art.

**Mar. 17, 4:30 p.m.** Goldwin Smith Kaufmann Auditorium. "On Being Half Romantic," Carl Woodring, Dept. of English & Comparative Literature, Columbia University. Sponsored by Society for the Humanities.

**Mar. 17, 7:30 p.m.** Stimson G-1. Jordani: Natural History Society: "Sex Among the Rocks: the Making of Small Sticklebacks," Hal Weeks.

**Mar. 17, 7:30 p.m.** Uris Hall Auditorium. Film and discussion: "Not a Love Story" directed by Bonnie Sherr Klein. Discussants: Sandra Bem, Professor, Psychology/Women's Studies, Cornell; Zillah Eisenstein, Professor, Politics, Ithaca College. Moderator: Patty Zimmermann, Cinema/Photography, Ithaca College. Co-sponsored by Women's Studies, Cornell. Cornell



**This carving is on view at the Herbert F. Johnson Museum of Art in its China collection. The carving is on loan to the museum from Mary Palmer Rockwell. Museum hours are 10 a.m.-5 p.m. Tuesday through Sunday.**

Cinema, Ithaca College.

**Mar. 17, 7:30 p.m.** Anabel Taylor Auditorium. Zen Master: Joshu Sasaki: "Zen: the Heart of the Great Matter." Sponsored by Cornell University Summer Session, Department of Asian Studies and The Ithaca Zen Center.

**Mar. 17, 9 p.m.** Straight Browsing Library. Rendezvous with ideas: "Why You Shouldn't Go to Professional School," Ronald Hoffman. Sponsored by Willard Straight Program Board.

**Friday**

**Mar. 18, 4 p.m.** Goldwin Smith 124. "Alter Novissimus Fuit: Trajan's Column and Flavian Epic Tradition," Steve Farrand. Sponsored by Classics Discussion Group.

**Mar. 18, 8 p.m.** Goldwin Smith Hollis Cornell Audit. "Come, Let Us Rebuild the Walls," Dr. Perkins, Founder and President Emeritus of Voice of Calvary Ministries. Sponsored by Cornell Graduate Christian Forum.

**Sunday**

**March 20, 8 p.m.** Statler Auditorm. Julian Bond, state senator from Georgia and national civil rights leader, will speak on "The University and Investments in South Africa." Free. Sponsored by the South African Divestment Coalition.

**Monday**

**Mar. 21, 4:30 p.m.** Goldwin Smith 177. "Poetic Devices and Structural Themes in 'The Gift'," Nina Berberova, Poet, Novelist, Biographer, Professor. Lecture in Russian. Sponsored by Department of Russian Literature.

**Mar. 21, 4:30 p.m.** Goldwin Smith Kaufmann Auditorium. "Mutual Recognition and Peace-The Two State Solution: An Israeli Perspective," Professor Meir Pa'il, former member of the Israeli Knesset and Professor of Military History, Tel Aviv University. Sponsored by the Committee to Support Israeli Peace Groups, the Palestine Human Rights Committee, the Progressive Zionist Alliance, the Government Department, Cornell United Religious Work, Peace Studies, and the International Student Programming Board.

**Mar. 21, 7:30 p.m.** Anabel Taylor One World Room. America and World Community: "Genetic Disease and Genetic Engineering-Threat or Promise," Adrian Srb, Professor of Genetic Development.

**Tuesday**

**Mar. 22, 4:30 p.m.** Phillips Hall 101. "Creativity," Nathaniel Wyeth, Senior Engineering Fellow at DuPont and artist. Sponsored by the School of Electrical Engineering. Reception in 101 foyer at 4 p.m.

**Mar. 22, 4:30 p.m.** Andrew D. White House. Nina Berberova lecture on "Nabokov's British Ancestry: Nabokov's Readings, 1910-30."

**Thursday**

**Mar. 24, 12:20 p.m.** McGraw 165. "Recent Investigations into the Paleolithic and Neolithic at Mt. Carmel, Israel," Dr. Avraham Ronen. Sponsored by the Intercollege Program in Archaeology.

**Mar. 24, 4:30 p.m.** James Law Auditorium, NYS College of Veterinary Medicine. Fourth Lecture in the 1982-83 James Lax Distinguished Lecturer Series: "Hormonal and Genetic Control of Sex Differentiation," Dr. Jean D. Wilson, Professor oF Internal Medicine, University of Texas. The public is invited.

## Music

**Mozart Music to be Featured**

Music by Mozart will be featured in an annual concert at 8:15 p.m. Saturday, March 19, in Barnes Hall. The performing artists in the free public event are fortepianists Robert Levin and Malcolm Bilson.

Included in the program are two Mozart pieces for piano four hands: Andante and Five Variations in C Major, K. 501 and Sonata in C Major, K. 521; also two for two pianos: Larghetto and Allegro in E flat Major and Sonata in D Major, K. 448. Mozart's works for four hands and two pianos are among the earliest examples of a genre which gained prominence in the 19th century.

Dating from 1786, the Andante and Variations was conceived originally for two pianos but was changed to the more usual fourhand combination at the suggestion of Mozart's publisher. The C Major Sonata was composed in 1787, the D Major Sonata in 1781. The Larghetto and Allegro was discovered approximately 20 years ago in Czechoslovakia as a fragment of manuscript in the archives of Archduke Rudolf. Several writers have undertaken completions of the work. The completion for this concert was composed in 1982 by Robert Levin and, according to his notes, prepared for joint performance with Bilson.

The two fortepianos which will be played are replicas of two from Mozart's day: one was built in 1970 by Philip Belt after a Louis Dulcken original housed in the Smithsonian Institution; the other was built in 1972 by Thomas McCobb from Belt's drawings of an original in the Toledo Museum of Art.

Levin's interest in Mozart performance dates from undergraduate years at Harvard. In his thesis "The Unfinished Works of W.A. Mozart," he analyzed three Mozart fragments and provided completions which were later published and recorded. He has received commissions to complete additional fragments and write cadenzas for leading artists. Levin headed the theory department of Curtis Institute of Music from 1968 to 1973 at the invitation of Rudolf Serkin. Since 1972 he has been a professor of music at the School of the Arts, SUNY Purchase.

Bilson has been a professor of music at Cornell since 1968, coming to Ithaca from the University of Illinois. Both Bilson and Levin perform extensively and both are deeply involved in the performance practices of the 18th century and its composers.

Bilson currently records primarily for Nonesuch Records. Other releases are on the Titanic, Cambridge and Advent labels. This spring he will begin recording all of the Mozart Piano Concerti for Deutsche Grammaphon-Archiv, with John Eliot Gardner and the English Baroque Soloists. Levin has made recordings for Candide, CRI, Deutsche Grammaphon, Nonesuch and Turnabout.

Bilson and Levin will present the same program in New York's Merkin Concert Hall March 22.

**Thursday**

**Mar. 17, 8:30 p.m.** Straight Memorial Room. Straight Program Board Coffeehouse with Lisa Hens. Free and open to the community.

**Saturday**

**Mar. 19, 8 p.m.** Anabel Taylor Auditorium. Federation of Alumni from Taiwan presents "Chinese Cantata: Song of Eternal Sorrow" featuring Hsiang Yin Chorus of New York.

**Mar. 19, 8:15 p.m.** Barnes Hall. Malcolm Bilson and Robert Levin, fortepiano. Works of Mozart.

**Sunday**

**Mar. 20, 7:30 p.m.** *Bailey Hall. Cornell Glee Club and Chorus with Cayuga Chamber Orchestra, conducted by Karel Husa. Works of Bruckner, Vivaldi, Ruggles.

**Thursday**

**Mar. 24, 8:30 p.m.** Straight Memorial Room. Straight Program Board Coffeehouse with guest artist. Free and open to the community.

## Religious Activities

**Every Friday**

Anabel Taylor Founders Room. 8 p.m. Weekly Christian Fellowship. All welcome to attend. Sponsored by Inter-Varsity Christian Fellowship.

**Friday**

**Mar. 18, 5:15 p.m.** Anabel Taylor Founders Room. Slide show about Ethiopian Jewry before Candlelighting.

## Religious Services

**Baptist**

Every Sunday, Ithaca Baptist Church, 1825 Slaterville Road; 9:45 a.m. Bible Study; 11 a.m. Worship Service; 6 p.m. Discipleship Training; 7 p.m. Worship Service.

**Catholic**

Every Mon.-Fri., 12:15 p.m. Catholic Mass, Anabel Taylor G-19. Every Sat., 5 p.m. Mass, Anabel Taylor Chapel. Every Sun. 9:30, 11 a.m. and 5 p.m. Masses, Anabel Taylor Auditorium Sacrament of Reconciliatiom by appointment.

**Christian Science**

Every Thurs., 7 p.m. Anabel Taylor Founders Room. Every Sun. 10:30 a.m. First Church of Christ, Scientist, Univ. Ave. at Cascadilla Park.

**Episcopal**

Every Sun., 9:30 a.m. Anabel Taylor Chapel.

**Friends (Quakers)**

Every Sun. 9:45 a.m. Anabel Taylor Edwards Room. 9:45 a.m. adult discussion; 11 a.m. meeting for worship.

**Jewish**

Call Hillel Office, 256-4227 for exact times and locations.

**Lutheran**

Every Sun. 10:45 a.m. Lutheran Church, Oak Ave. at College Ave.

**Muslim**

Every Mon-Thurs., 1 p.m. Anabel Taylor 218; Every Fri., 1 p.m. Anabel Taylor Edwards Room.

**Protestant**

Every Sun., 11:15 a.m. Anabel Taylor Chapel.

**Friday**

**Mar. 18, 5:30 p.m.** Anabel Taylor Chapel. Hillel Services (Reform).

**Mar. 18, 5:30 p.m.** Anabel Taylor Founders Room. Hillel Services (Conservative/Egalitarian).

**Sunday**

**Mar. 20, 11 a.m.** Sage Chapel. Sage Chapel Services; Robert L. Johnson, Director, C.U.R.W.

**Mar. 20, 11:15 a.m.** Anabel Taylor Chapel. Protestant Cooperative Ministry Services: Robert V. Smith, Chaplain Protestant Cooperative Ministry.

**Mar. 20, 11 & 11:15 a.m.** University Recess. There will be no Sage Chapel Service or Protestant Cooperative Ministry Service.

## Seminars

**Agronomy:** "Nickel—A New Essential Element for Legumes and Possibly other Higher Plants," Ross M. Welch, 4 p.m. Tuesday, March 22, 135 Emerson Hall.

**Atomic and Solid State Physics: Theory Seminar:** "Interaction of Hydrogen Molecules with Metal Surfaces," B. Lundqvist, Chalmers Institute of Technology, University of Goteborg, 1:15 p.m. Thursday, March 17, 701 Clark Hall.

**Biochemistry:** "Molecular Analysis of Replication Control Functions in ColEI DNA," Barry Polisky, University of Indiana, 4:30 p.m. Friday, March 18, 204 Stocking.

**Biochemistry:** "DNA Replication in Yeast," Bik-kwoon Tye, 12:20 p.m. Monday, March 21, 125 Riley Robb.

**Biophysics:** "Immobilized Enzymes: Preparation and Characterization," Howard Weetall, Corning Glass, 4:30 p.m. Wednesday, March 23, 700 Clark Hall.

**Chemistry: Baker Lecture Series:** "Magic-anglespinning NMR: Its Value as a Structural Tool for the Chemist, Geochemist, Physicist and Materials Scientist," John M. Thomas, Cambridge, 11:15 a.m. Tuesday, March 22, 200 Baker. Thomas will also conduct an imformal discussion on "The Structures of Caesium-containing Minerals: Their Relevance to the Chemical Problems of the Disposal of Radioactive Wastes," at 4:30 p.m. Wednesday, March 23, 132 Baker. He will also speak on "Compton Scattering and the Chemist," at 11:15 a.m. Thursday, March 24, im 200 Baker.

**China-Japan Program:** "Corporate Careers," Warren Harms, Eastman Kodak; Marjorie Rath, Bank of New England; David Shapiro, Mitsubishi International, 4:30 p.m. Friday, March 18, 251 Malott Hall.

**CISER Program on Life Studies:** "Class in Children's Lives: Why Does it Matter?" Urie Bronfenbrenner, Marlee Campbell, Ritch Savin-Williams, with Glen Elder, moderating, 12:15 p.m. Wednesday, March 23, 202 Uris Hall.

**Consumer Economics and Housing/Human Service Studies/ Field Studies/City and Regional Planning:** "Chicago Politics 1983," Lew Kreinberg, Jewish Council on Urban Affairs, Center for Neighborhood Technology, Chicago, co-author "Street Signs Chicago: Neighborhood and Other Illusions of Big City Life," 4 p.m. Thursday, March 17, N-225 MVR.

**Cornell Education Society/Education Field Seminar:** "Educating and Conceptual Development in Disadvantaged Pre-Nursing Baccalaureate Nursing Students," Kathleen Byrne Colling, 4:20 p.m. Monday, March 21, Stone Hall Lounge.

**Ecology and Systematics:** "The Serial Discontinuity Concept of Lotic Ecosystems," James V. Ward, Colorado State University, 4:30 p.m. Wednesday, March 23, Morison Seminar Room, Corson Hall.

**Floriculture and Ornamental Horticulture:** "Soil Compaction and Its Effect on Turfgrass Rootgrowth," Steve Cuddeback, 12:15 p.m. Thursday, March 17, 37 Plant Science.

**General Chemistry:** "Active Sites in Copper Proteins," Edward I. Solomon, Stanford University, 3:15 p.m. Friday, March 18, 119 Baker Laboratory.

**Geological Sciences:** "Burial of Organic Carbon and Sulfur During the Panerozoic-Steady State or Episodic?" Michael A. Arthur, University of South Carolina, 4:30 p.m. Tuesday, March 22, 205 Thurston.

**Geological Sciences:** "Identification of a Precambrian Rift Zone through Missouri by Digital Image Processing of Geophysical and Remote Sensing Data," Ray Arvidson, Washington University, 4:30 p.m. Wednesday, March 23, 205 Thurston.

**Housing:** "Neighborhood and Housing Issues," Lew Kreinberg, Center for Neighborhood Technology, Chicago, 2 p.m. Friday, March 18, 208 Sibley Hall.

**Immunology:** "Immunological Aspects of Dendritic Cells," William Bowers, Mary Imogene Basset Hospital, 12:15 p.m. Friday, March 18, G-3 Vet Research Tower.

**JUGATAE:** "Host Plant Relationships of the Colorado Potato Beetle: Modification by Plant Seasonality and Potato Fungicide," J. Daniel Hare, Connecticut Experimemt Station, 4 p.m. Monday, March 21, 100 Caldwell Hall.

**Materials Science and Engineering:** "Epitaxial Growth of Fluorides on Semiconductors," Julia Phillips, Bell Labs, 4:30 p.m. Thursday, March 17, 140 Bard Hall.

**Mechanical and Aerospace Engineering:** "Growth of Turbulent Spots in Plane Poiseuille Flow," Sheila Widnall, MIT, 4:30 p.m. Tuesday, March 22, Grumman Hall.

**Microbiology:** "Genetic and Biochemical Analyses of Branched-chain Amino Acid Biosynthesis in Bacillus subtilis: Evidence for an ilvBC-leu Operon," Robert Lipsky, 4:30 p.m. Thursday, March 24, 124 Stocking Hall.

**Natural Resources:** "Wilderness Preservation and the Concept of Carrying Capacity," F.R. Kuss, 4 p.m. Thursday, March 17, 304 Fernow.

**Neurobiology and Behavior:** "Primitive Social Behavior of Halictine Bees," George Eickwort, 12:20 p.m. Thursday, March 17, Morison Lecture Hall, Seeley G. Mudd Hall.

**Ornithology:** "Did the Downy Eat the Beetle That Ate the Wasp That Ate the Wasp That Ate the Fly That Ate the Goldenrod??" Jon Confer, Ithaca College, 7:45 p.m. Monday, March 21, Stuart Observatory, Sapsucker Woods.

**Physiology:** "Physiological Studies of Olfactory Receptor Neuron," Robert O'Connell, Worcester Foundation for Experimental Biology," 4:30 p.m. Tuesday, March 22, G-3 Vet Research Tower.

**Plant Biology:** "Electrogenic H+ transport by the Neurospora Plasma Membrane ATPase," David Perlin, University of Rochester, 11:15 a.m. Friday, March 18, 404 Plant Science.

**Plant Breeding:** "Recent Trends in Potato Breeding," Robert L. Plaisted, 12:20 p.m. Tuesday, March 22, 404 Plant Science.

**Pomology:** "Endogenous GA and Cytokinin-like Compounds in Developing Sweet Cherry Ovuels," Kathy Williams, 11:15 a.m. Monday, March 21, 114 Plant Science Building.

**Poultry Biology:** "Textural Changes in Frozen Gadoid Minces," Allan Samson, 4:30 p.m. Thursday, March 17, 300 Rice Hall.

**Psychology:** "The Perspective Structure of the Optic Array: Information for Spatial Layout," Harold Sedgwick, SUNY, 3:30 p.m. Friday, March 18, 202 Uris Hall.

**Remote Sensing:** "Remote Sensing Applications to Air Pollution Monitoring," W.R. Hafker, Exxon Research and Engineering Co., 4:30 p.m. Wednesday, March 23, B14 Hollister.

**Reproductive Physiology-Endocrinology:** "Mutagenicity and Teratology Drug Testing with Emphasis on Embryonic Development," John Kille, Ortho Pharmaceuticals, 4:30 p.m. Wednesday, March 23, 342 Morrison Hall.

**Statistics:** "Simultaneous Pairwise Comparisons in Mixed ANOCVA Models," Yosee Hochberg, New York University, 3:30 p.m. Wednesday, March 23, 105 ILR Conference Center.

**Toxicology:** "Drugs, Thermogenesis and the Regulation of Body Weight," David A. Levitsky, 12:20 p.m. Friday, March 18, 100 Savage Hall.

**Women in International Development:** "Women's Groups Addressing Women's Problems: Vocational Alternatives to Prostitution in Southeast Asia," Carol Compton, 12:15 p.m. Monday, March 21, 202 Uris Hall.

**Vegetable Crops:** "Effect of Regulated White Clover Living Mulch Sods on Nitrogen Availability and Sweet Corn Yield in a Sweet Corn Living Mulch Cropping System," Tom Vrabel, 4:30 p.m. Thursday, March 17, 404 Plant Science.

**Vegetable Crops:** "History of Horticulture at Cornell," D. Boynton, 4:30 p.m. Thursday, March 24, 404 Plant Science.

## Sports

**Saturday**

**Mar. 19, 8:15 p.m.** Oxley Polo Arena. Women's PoloAlumni.

## Intramurals

**Intramural Box Lacrosse (Men, Women)**

Deadline on entries is Mon., Mar. 21 at 4 p.m. in the Intramural Office, located in Helen Newman Hall. Play starts Sun., Apr. 10 in Lynah Rink. Please specify your preferred day of play when entering: 1st, 2nd, 3rd choice, Mon. through Thurs. (Fri. if necessary). Each team will probably play one Sunday, to be decided by the IM Office. A fee of $30 per team due with your roster to enter. Checks only: payable to Dept. of Phys. Ed. & Ath., Intra. Div. Minimum of 10 to enter, teams consist of 6 players. Players must supply their own sticks. Rules pages 45 & 46 IM Handbook.

**Intramural Horseshoes (Men, Women, Co-ed)**

Deadline on entries is Tues., Mar. 22 at 4 p.m. in the Intramural Office, Helen Newman Hall. 2 to enter straight elimination. Tournament starting Mon., Apr. 11 or Mon., Apr. 18. Fee of $2 per team due with your roster to enter. Checks only, payable to Dept. of Phys. Ed. & Ath., Intra. Div.

## Theater

**Savoyards Present 'Patience'**

The Cornell Savoyards will present Gilbert and Sullivan's "Patience; Or Bunthorne's Bride" at 8:15 p.m. April 8, 9, 15 and 16 and 2 p.m. April 10 in Statler Auditorium.

The Savoyards will perform "Patience" under the dramatic direction of Victoria Kummer and the musical direction of Charles Peltz. First performed in 1881, "Patience" is the story of a group of rapturous maidens and the men they love. The principals in the production include Diane Duke, administrative manager in computer sciences, as Patience; Fred Ahl, professor of classics, as Bunthorne, and Graham Stewart, an Ithaca College student, as Grosvenor.

"Patience" is one of two Gilbert and Sullivan operettas the Savoyards will perform this year. The theater group, with members from the academic and non-academic community, has presented the witty musical drama of Gilbert and Sullivan to Ithaca audiences each spring and fall for nearly 30 years. Past productions have included "H.M.S. Pinafore," "The Mikado," and most recently "The Pirates of Penzance."

Tickets for "Patience" are $5 for the evening performances and $3.50 for the matinee. Group rates are available. Tickets will go on sale at the Statler Box Office beginning Monday, March 28. The box office is open 2-6 p.m. Monday through Saturday. For further information call 256-7263.

**Thurs. through Sat.**

**Mar. 17-19, 8:15 p.m.** *Lincoln Drummond Studio. Theatre Cornell presents Moliere's classic farce, "The Imaginary Invalid" translated by the late Professor Morris Bishop.

**Sunday**

**Mar. 20, 2:30 p.m.** *Lincoln Drummond Studio. Theatre Cornell present Moliere's "The Imaginary Invalid."

**Thur. through Sat.**

**Mar. 24-26, 8:15 p.m.** *Lincoln Drummond Studio. Theatre Cornell presents Moliere's "The Imaginary Invalid."

## Graduate Bulletin

The deadline for initial course registration/adding courses was Friday, Feb. 11. All students who are late in turning in these forms will be charged a $10 processing fee.

The final date for course change or drop without special processing fee of $10 is tomorrow, March 18.

**Graduate and Professional School Financial Aid statements (GAPSFAS)** for 1983-84 should have been filed with the Office of Financial Aid by March 15, 1983.

April 15: **Indonesia Fulbright Grants** — The Institute of International Education (IIE) announces the availability of approximately 3 grants for the 1983-84 academic year (12 months). These grants are intended for recent recipients of bachelors degrees, or students enrolled in master's programs, in the fields of creative & performing arts, Indonesian & regional languages (advanced) and literature. Applications can be picked up from Linda Kao, 100 Sage Graduate Center.

April 15: **North Africa/South Asia Fulbright Grants** — New programs have been announced with 8 countries in the North African/South Asian areas. Graduating seniors and graduate students up to the Ph.D. level will be accepted as candidates for grants, subject to individual country preferences. For further information and applications, please contact Linda Kao, 100 Sage Graduate Center.

**Singapore, Malaysia, Thailand-1983-84 Fulbright Study Abroad Program** — The USIA announces the availability of up to 10 grants in all fields of study. Applicants must have a bachelor's degree by the beginning date of the grant, and not hold a Ph.D. at the time of application. For information and applications, contact L.S. Kao in the Graduate Deans' Office. Campus deadline has been extended to April 15.

**Note: DEADLINE FOR SUBMITTING 1982-83 GUARANTEED STUDENT LOAN APPLICATIONS TO THE STATE LOAN OFFICE, 124 DAY HALL IS MAY 1, 1983.**

**Veterinary Medicine students** should submit applications to the VET Financial Aid Office, 101-D James Law Auditorium.

**Business and Public Administration students** should submit applications to the BPA Financial Aid Office, 313 Malott Hall.

**Law School students** should submit applications to the Law Admissions Office, Myron Taylor Hall.

**1983-84 Guaranteed Student Loans** — Cornell University's State Loan Office, 124 Day Hall, will accept guaranteed student loan applications for the 1983-84 academic year beginning April 4, 1983. Students applying for a guaranteed student loan for the 1983-84 academic year are required to complete a "Needs Test." This form is expected to be available at your lender or the State Loan Office by April 4th. The Needs Test must be completed and attached to your guaranteed student loan application before the application can be submitted to the State Loan Office for processing.

**Veterinary Medicine students** should submit applications to the VET Financial Aid Office, 101-D James Law Auditorium.

**Business and Public Administration students** should submit applications to the BPA Financial Aid Office, 313 Malott Hall.

**Law School students** should submit applications to the Law Admissions Office, Myron Taylor Hall.

Applications for 1983 **Graduate School Summer Fellowships and Summer Tuition Awards** should be available after March 21, 1983. Summer Fellowship applications may be obtained at the office of your graduate faculty representative. Summer Tuition Award applications will be available at the Fellowship Office, 116 Sage Graduate Center.

**REMINDER:** All graduate students who are NYS residents and who receive tuition from Cornell administered sources must apply for a 1982-83 Tuition Assistance Program (TAP) award. The deadline to file is March 31, 1983 for the 1982-83 academic year. TAP applications and TAP acceptance forms are available at the Bursar's Office, 260 Day Hall and at the Fellowship Office, 116 Sage Graduate Center. Questions should be referred to the Bursar's Office, 6-6414 or the Fellowship Office, 6-4884.

## Blotter Barton

Department of Public Safety officials have charged Kevin G. Vanginderen of 603 Winston Court Apartments with third degree burglary in connection with 10 incidents of petit larceny and five burglaires on campus over a period of a year. Safety reported recovering some $474 worth of stolen goods from him.

Also, according to the morning reports of the department for the period March 7 through 13, there were 23 thefts on campus involving a total of $1,860 in cash and valuables. These included five wallets and one purse with contents estimated at $269. Three license plates were stolen from cars parked at various locations on campus.

Safety recovered a $1,000 computer terminal stolen from a room in Uris Hall. Based on an anonymous phone call, safety officials found the terminal and a desk phone in a parking lot in Ithaca.

Two students were referred to the Judicial Administrator for walking on the hoods of cars in the West Campus Parking Lot. Two automobile tires valued at a total of $240 were slashed on a car parked in front of 726 University Avenue.

## CIVITAS

**TRAINED GYMNAST SOUGHT FOR SATURDAY MORNING PROGRAM:** In downtown Youth Center which has just received a lot of new gym equipment. There is an assistant ready to help, but the Center hopes to find a volunteer trained instructor. Saturday mornings, for a couple of hours, between 9 a.m. - 1 p.m.

**OLDER WOMAN, FEARFUL OF GOING OUT ALONE:** Would like someone to go shopping and maybe have lunch with her every other week. She needs guidance in stores as she gets confused and can't find what she needs. Tues. and Thurs. are the most desirable days, from 10 a.m. - 1 p.m., more or less.

**SOME NEW REQUESTS FOR HIGH SCHOOL TUTORS:** Who are willing to go to Ithaca High School of help their tutees: 1) A geometry tutor, 12:55 - 1:40 p.m., any day, M-F; 2) A tutor in first year French, 12:55 - 1:40 p.m. One week either Mon., Wed., or Fri.; the next week, Tues. or Thurs.

**COMMUNITY PROGRAM WORKING WITH JAIL INMATES:** Announces training program for volunteers to help prisoners in the Tompkins County Jail on a one-to-one basis. Volunteers establish supportive relationships with prisoners, help them deal with problems of incarceration and then continue contact upon release. Training starts April 12 (7-10 p.m.) and continues April 14 (7-10 p.m.), April 16 (10-3 p.m.), April 17 (12-5 p.m.), April 19 (7-10 p.m.), April 21 (7-10 p.m.) and April 26 (7-10 p.m.). Training will enable you to work through the summer (if you plan to be in Ithaca) or as soon as the fall term starts in Sept. Come to CIVITAS for an appointment with the program soon. We also have some written information for you to read.

**DOWNTOWN YOUTH CENTER NEEDS GOPHER:** To help put up posters around the Cornell and/or Ithaca College campus and/or downtown every other week for an hour or two.

**TUTOR NEEDED FOR HIGH SCHOOL STUDENT STUDYING BOOKKEEPING:** This student can meet you on campus after 3 p.m. Mon. and Wed. are the best days for her, but other times are possible.

**FIFTH GRADER, AGED 10, HOPES TO FIND MENTOR:** To teach him a skill: model building, electronics, bicycle repair, small engine repair, or computer programming. He could come to Cornell after school (about 3 p.m.) one day a week.

**GIRL SCOUT CO-LEADERS NEEDED IMMEDIATELY: For two Junior Troops who meet on Mon. afts., one from 2:30-4 p.m., the other from 3-4:30 p.m., but for the former you will need your own transportation. Commitment for the rest of the semester.**

**TO OFFER YOUR HELP:** Come to CIVITAS, 119B Anabel Taylor Hall, or call 256-7513. Open Mon., Wed., Fri., 9-3, and Tues., Thurs., 10-2.

Funded in part by the Student Finance Commission and open to the entire Cornell community.

## New Personnel Director Pledges Accessibility to Employees

At an employee trustee-sponsored brown bag luncheon recently, Lee M. Snyder, director of University Personnel Services, told attendees that he would be personally available to employees and that he was interested in suggestions as to how Personnel Services could improve policies and procedures.

Snyder noted that his current schedule included tours of worksites around the Ithaca campus and that visits to the agricultural sites would include Geneva.

Snyder told the group he was impressed with the many channels of input into the decision-making process at Cornell and the many avenues of communication. "I assure you, this does not happen at all universities," he said. Snyder also assured the group of his commitment to maintain these levels of participation and communication and remarked that University Personnel Services does not make decisions without seeking the thoughts of a large number of people.

The roles of the Employee Assembly and Personnel Support Group in personnel matters will continue to be supported by University Personnel Services, Snyder said. He cited the development of the Employee Complaint and Grievance Procedure for non-academic staff as examples of the constructive activities University Personnel Services will continue to pursue.

He said his department would continue striving to serve both Cornell's departments and its employees. Stating that he is looking forward to reviewing the results of the recent survey of employees, Snyder promised to "take a look at critical issues and improve what we can."

The Long Term Disability plan, the prescription drug program, and the conversion of the endowed non-exempt employees to the Cornell University Retirement Plan were among the significant improvements in employee benefits over the past five years, increasing basic benefits expenditures significantly, Snyder said. He emphasized that these expenditures were generated through the university policy-making structure, not required by law.

This spring, for the first time, employees will receive personalized detailed statements for their benefits, he said. The individualized, computer-generated statements will be mailed to the homes of all regular full-time and part-time non-academic staff and all academic staff whose appointments are 50 percent of full-time or greater, by the end of May. Snyder responded to questions from the brown bag lunch group with a discussion of differing benefits philosophies.

Noting improvements each year in the promotion of employees from within Cornell, the new personnel director said the university will continue working on programs to advance current employees. He mentioned the concept of career ladders as a means to help employees identify their potential to progress along a planned path of career advancement. He said general guidelines to be developed by Personnel Services would recognize that not every employee takes the same path or pursues the same goals.

Snyder also expressed enthusiasm for the Recreation Club and other employee-generated programs, saying, "it takes a lot of employee involvement to make these things work," he said, and he encourages employees to get involved in such programs.

## James Law Lecture Scheduled

The fourth lecture in the 1982-83 James Law Distinguished Lecturer Series will be given at 4:30 p.m. Thursday, March 24, in The James Law Auditorium, by Dr. Jean D. Wilson, professor of Internal Medicine, University of Texas. Dr. Wilson's topic is the "Hormonal and Genetic Control of Sex Differentiation". Admission is free and the public is invited.

Dr. Wilson will examine the development of male and female embryos, particularly the formation of the male phenotype and the role secretions of the fetal testes play in sex differentiation. Of these secretions, testosterone is responsible for virilization of the Wolffian duct system into the epididymis, vas deferens, and seminal vesicle.

It has recently been discovered that a metabolite of testosterone, dihydrotestosterone, induces development of the prostate and male external genitalia. Dr. Wilson will discuss how impairment in the action or formation of these male sex hormones, or in the protein receptor to which they bind, results in developmental anomalies involving both internal and external genital structures.

Dr. Wilson received his B.A. from the University of Texas at Austin, and his medical degree in 1955 from the University of Texas, Southwestern Medical School. He has over 160 professional publications to his credit and is the editor of "Benign Prostatic Hyperplasia."

## Biotech—

Continued from Page 1

The institute's initial focus is expected to be in molecular genetics, cellular biology and cell production.

The New York State Center for Biotechnology will provide a program of information and technology transfer specifically designed to meet the needs of New York industry and academic institutions. New York corporations will have full access to the center.

The center will foster biotechnology research and application in the agriculture, food, chemical and pharmaceutical industries in the state.

The institute and the center will sponsor a program of research and development in those areas that are basic to biotechnology innovation and that are essential to the development of its economic potential.

# Brief Reports

## Summer Announcement Is Now Available

The 1983 edition of the Summer Session Announcement, "Cornell Summer," was recently delivered to the same drop points as the Chronicle. The Summer Session staff requests that those who are responsible for Chronicle distribution also make copies of the announcement available to all faculty, staff and students in their building.

They also suggest that departmental offices keep copies for future reference. Additional copies are available from the Information Center in Day Hall or the Summer Session Office in B12 Ives Hall.

The announcement cover was created and drawn by Zevi Blum '57, associate professor of art. Blum's etching illustrates the theme for "Cornell Summer"—"1984: How Close Are We?"

## Women's Studies Program Seeking Nominations

The Women's Studies Program is seeking nominations and self-nominations of Cornell students and staff and residents of the Ithaca area to serve on its Executive Board, effective July 1.

Students, staff and community members who wish to nominate themselves or others should contact the Women's Studies Program, 332 Uris Hall, 256-6480, for details. Nominations will be open until April 14.

New board members are selected by the existing board.

Earlier this year seven Cornell faculty were selected to serve on the board. They are Donald Barr, human service studies; Karen Brazell, Asian studies; Raymond Cypess, veterinary diagnostic laboratory; Lorna Fitzgerald, psychology; Vandra Huber, I&LR; Isabel Hull, history; and Diana Meyers, government.

Women's Studies, a permanent program in the College of Arts and Sciences, aims to encourage the development of teaching and scholarship about women and sex roles for both women and men. Policy is set by the executive board, composed of members of the Cornell and Ithaca communities, who have an interest in women's studies.

## Book Fund Will Honor Woman, Radio Pioneer

A book fund has been established at the university in memory of Margaret Ross Cuthbert, Class of 1908, a pioneer in radio broadcasting and Supervisor of Public Affairs for the National Broadcasting Co. at the time of her retirement in 1952.

The fund, which will be used for the purchase of books in the hunanities, is part of the Cornell Library Associates' Endowment Fund. The monies, which amount to $27,500, are the bequest of Alice Blinn, Cornell Class of 1917 and life-long friend of Miss Cuthbert.

Miss Blinn was an editor of the "Ladies Home Journal" from 1934 until her retirement in 1952. Miss Blinn, who died in 1982, was elected an alumni trustee of the university in 1944, becoming the second woman to serve on the Board of Trustees. She was a library associate for more than 30 years.

It was through Miss Blinn that Miss Cuthbert received her first job in radio in 1925 with station WEAF in New York City. This station became the flag station for NBC in 1926, and Miss Cuthbert became the producer of many programs and director of Women's and Children's Programs.

## 'On Being Romantic' Is Lecture Subject

**Carl Woodring,** professor of English at Columbia University, will deliver a lecture, "On Being a Romantic," at 4:30 p.m. today, in Kaufmann Auditorium of Goldwin Smith Hall.

Woodring will hold a seminar at 10 a.m. Friday in 201 A.D. White House. Discussion material for the seminar may be picked up there at the Society for the Humanities.

Woodring, known for his publications on the English literature of the Romantic period, is the author of "Politics in English Romantic Poetry." The society's theme this year is "The Humanities and Politics."

## Short Story Contest Entries Now Open

The $400 first prize in the Arthur Lynn Andrews Short Story Competition will be awarded this year to the best short story or group of short stories by a Cornell graduate or undergraduate.

Entry deadline is noon, April 15. Previous winners are not eligible to compete, although runners-up of previous years may enter. Entry length is not restricted, and the prize may be divided among entries.

Submissions, signed with an assumed name, should be taken to Jean Morehouse, Office of the Dean of the Faculty, 315 Day Hall. Each entry should be accompanied by an envelope with the author's real name sealed inside and the assumed name written on the outside.

Questions may be addressed to Morehouse at 6-4843 or to Jonathan Culler, Department of English, 342 Rockefeller Hall, 6-4535.

## Assemblies Approve Fines Collection Policy

Changes in the collection process for on-campus parking fines for faculty and staff, which was discussed in last week's Chronicle, was endorsed by the Employee Assembly by a vote of 5-4-1, and unanimously passed by the University Assembly in separate meetings last week.

The proposal will go before the Board of Trustees at that meeting later this month and, if endorsed by the board, will then go to the New York State Legislature for a Charter Change.

# Summary Annual Reports of Benefit Plans

The Employee Retirement Income Security Act of 1974 (ERISA) requires that an annual report for each employee benefit plan covered by ERISA be filed with the Internal Revenue Service. In addition, ERISA also requires that summaries of these reports be distributed to plan participants. The following summaries present all information required and conform with the style and content requirements of the U.S. Department of Labor.

SUMMARY ANNUAL REPORTS

Given below are the summaries of the annual reports for Cornell University's (EIN 15-0532082) employee benefit plans for the period July 1, 1981 to June 30, 1982, unless otherwise specified. These annual reports have been filed with the Internal Revenue Service, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

| Plan No. | Plan Name | Plan Year End |
|---|---|---|
| 001 | Retirement Plan for Faculty & Exempt Employees of the Endowed Colleges (TIAA/CREF) | 6/30 |
| 003 | Tax Deferred Annuity Plan (TIAA/CREF) | 6/30 |
| 004 | Retirement Plan for Non-Exempt Employees of Cornell University | 6/30 |
| 501 | Cornell Children's Tuition Scholarship Plan | 6/30 |
| 502 | Blue Cross Blue Shield Health Insurance | 6/30 |
| 503 | Blue Cross Blue Shield-Medicare Extended Health Insurance Plans (40010-21 and 40010-23) | 6/30 |
| 505 | Major Medical Health Insurance Plan for Endowed Colleges (Prudential) | 6/30 |
| 506 | Group Life Insurance Plan (Prudential) | 6/30 |
| 508 | Long Term Disability Plan | 6/30 |
| 513 | Air Travel Insurance Plan | 2/07 |

Cornell-Funded Plan

Cornell Children's Tuition Scholarship Plan - Plan No. 501

Basic Financial Statement

During the plan year, the Plan had total income of $2,705,982 including employer contributions of $751,325 for students attending other institutions, and $1,954,657 from internal transfer of funds for students attending Cornell University.

Plan expenses were $2,705,982. These expenses included $751,325 in benefits paid to other institutions for eligible students and $1,954,657 in benefits paid by internal transfer of funds for eligible students attending Cornell University.

Welfare Insured Plans

Blue Cross Blue Shield Health Insurance Plans (40010) Plan No. 502

Insurance Information

The Plan has contracts with Blue Cross Blue Shield of Central New York to pay all hospitalization and surgical/medical claims incurred under the terms of the Plan. The total premiums paid for the plan year ending June 30, 1982, were $3,152,709.

Because they are "experience-rated" contracts, the premium costs are affected by, among other things, the number and size of claims. Of the total insurance premiums paid for the plan year ending June 30, 1982, the premiums paid under such "experience-rated" contracts were $3,152,709 and the total of all benefit claims paid under these "experience-rated" contracts during the plan year was $2,981,859.

Blue Cross Blue Shield Medicare Extended Health Insurance Plans (40010-21 and 40010-23) - Plan No. 503

Insurance Information

The Plan has contracts with Blue Cross Blue Shield of Central New York to pay all hospitalization and surgical/medical claims incurred under the terms of the Plan. The total premiums paid for the plan year ending June 30, 1982, were $280,400.

Major Medical Health Insurance Plan for Endowed Colleges Plan No. 505

Insurance Information

The Plan has a contract with the Prudential Insurance Company of America to pay all medical expense claims incurred under the terms of the Plan. The total premiums paid for the plan year ending June 30, 1982, were $335,975.

Because it is an "experience-rated" contract, the premium costs are affected by, among other things, the number and size of claims. The total of all benefit claims paid under the "experience-rated" contract during the plan year was $453,399.

Group Life Insurance Plan - Plan No. 506

Insurance Information

The Plan has contracts with the Prudential Insurance Company of America which pay all death benefits incurred under the terms of the Plan. The total premiums paid for the plan year ending June 30, 1982, were $1,914,190.

Because they are "experience-rated" contracts, the premium costs are affected by, among other things, the number and size of claims. Of the total insurance premiums paid for the plan year ending June 30, 1982, the premiums paid under such "experience-rated" contracts were $1,914,190. The total of all benefit claims under these "experience-rated" contracts during the plan year was $1,437,520.

Long Term Disability Plan - Plan No. 508

Insurance Information

The Plan, which took effect on January 1, 1980, is operated under a contract with Teachers Insurance Annuity Association and College Retirement Equity Fund (TIAA/CREF) to pay certain long term disability claims incurred under the terms of the Plan.

Because it is an "experience-rated" contract, the premium costs are affected by, among other things, the number and size of claims. The total insurance premiums paid for the plan year ending June 30, 1982 under the "experience-rated" contract was $663,560. The total of all benefit claims under the "experience-rated" contract during the plan year was $1,471,993.

Self-Insured Long Term Disability Leave of Absence Plan

This portion of the coverage is the Long Term Disability Plan which was in effect prior to January 1, 1980. Cornell University has committed itself to certain long term disability claims incurred under the terms of this Plan.

Basic Financial Information

During the plan year, the Plan had total income of $47,901 from employer contributions.

Plan expenses were $47,901 in benefits paid to participants. This Plan will continue to pay benefits to participants who became eligible for such benefits prior to the adoption of the new Long Term Disability Plan described above.

Air Travel Insurance Plan - Plan No. 513

The summary of the Air Travel Insurance Plan is for the period February 7, 1981 to February 7, 1982.

The Plan has a contract with the Continental Casualty Company to pay all air travel death and dismemberment claims incurred under the terms of the Plan. The total premiums paid for the plan year ending February 7, 1982, were $10,583.

RETIREMENT PLANS

Retirement Plan for Faculty and Exempt Employees of the Endowed Colleges (TIAA/CREF) - Plan No. 001

Basic Financial Statement

Benefits under the Plan are provided by individually owned, fully vested annuity contracts issued by Teachers Insurance Annuity Association and College Retirement Equity Fund (TIAA/CREF). The total premiums paid on behalf of individual policyholders for the plan year ending June 30, 1982, were $6,134,313.

Tax-Deferred Annuity Plan (TIAA/CREF) - Plan No. 003

Basic Financial Statement

Benefits under this voluntary Plan are provided by individually owned, fully vested annuity contracts issued by Teachers Insurance Annuity Association and College Retirement Equity Fund (TIAA/CREF). The total premiums, paid entirely by Plan participants, for the plan year ending June 30, 1982, were $4,671,113.

Retirement Plan for Non-Exempt Employees of Cornell University Plan No. 004

Basic Financial Statement

Benefits under the Plan are provided by a trust agreement with Morgan Guaranty Trust. Plan expenses were $1,268,494 in benefits paid to participants and beneficiaries. A total of 4,298 persons were participants in or beneficiaries of the Plan at the end of the plan year, although not all of these persons had yet earned the right to receive benefits.

The value of Plan assets, after subtracting liabilities of the Plan, was $7,968,967 as of the end of the plan year, compared to $6,625,997 as of the beginning of the plan year. During the plan year, the Plan experienced an increase in its net assets of $1,342,970. This increase includes unrealized appreciation or depreciation in the value of Plan assets; that is, the difference between the value of the Plan's assets at the end of the year and the value of the assets at the beginning of the year or the cost of the assets acquired during the year. The Plan had total income of $3,226,554, including employer contributions of $2,823,032, gains of $3,666 in the sale of assets, and earnings from investments of $399,856.

Minimum Funding Requirements

The actuary's statement shows that enough money was contributed to the Plan to keep it funded in accordance with the minimum funding standards of ERISA. The Plan's actuary is Tillinghast, Nelson and Warren of Boston, Massachusetts.

Your Right to Additional Information

You have the right to receive copies of all of the full Annual Reports, or any parts thereof, on request. The items listed below are included in those reports:

1. Insurance information, including sales commissions paid by insurance carriers.
2. An accountant's report.
3. Actuarial information regarding the funding of the Retirement Plan for Non-Exempt Employees.

To obtain copies of the full Annual Reports, or any parts thereof, write or call Employee Benefits, University Personnel Services, 130 Day Hall, Ithaca, NY 14853 (607)256-3936. The charge to cover copying costs will be $1.00 for a full Annual Report or $.10 per page for any parts thereof.

You also have the legally protected right to examine the Annual Reports at the main office of the Plan Administrator at University Personnel Services, 130 Day Hall, Ithaca, NY and at the U.S. Department of Labor in Washington, D.C., or to obtain copies from the U.S. Department of Labor upon payment of copying costs. Requests to the Department should be addressed to: Public Disclosure Room, N4677, Pension and Welfare Benefits Program, Department of Labor, 200 Constitution Ave., N.W., Washington, D.C. 20216.

If you have any questions regarding any of the information presented in this summary, please contact Employee Benefits at 256-3936.

# Brief Reports

## Stop Smoking Workshop Will Be Offered In April

University Health Services, in conjunction with the Tompkins County Cancer Society, will sponsor a free workshop for members of the Cornell community who want to stop smoking.

"FreshStart" is a four-session workshop designed to help participants stop smoking by providing them with essential information and helpful strategies needed to direct efforts at stopping, according to Janis Talbot, health educator. The sessions are 1½ hours long and will be held from 7:30-9:30 p.m. April 4, 7, 11 and 14.

"FreshStart uses a straightforward, nonsense approach," Talbot said. "The program emphasizes not only how to stop, but how to stay off smoking. Individual situations are given more attention than is group process. The Cancer Society feels that it is significant that a person who takes two weeks to stop smoking is just as likely to stay off cigarettes as a person who takes months to stop."

Enrollment deadline is March 28. To register call the Health Education Office at Gannett Health Center at 256-4782. Classes are limited to 20 people.

## Kennedy Is Selected As 'Mason of Year'

Laing B. Kennedy, director of regional offices in the Division of Public Affairs, has been named "Mason of the Year" by Hobasco Lodge 716, F.& A.M.

He will receive the 24th annual award of the lodge at a public dinner and ceremony at the Masonic Temple (Seneca and Cayuga Streets in downtown Ithaca) at 6:30 p.m. Thursday, March 24.

A 1963 graduate of Cornell, Kennedy is being recognized by the Masons for his community service: United Way (1972 campaign chairman and president of the Board of Directors, 1982), active in First Presbyterian Church, 4-H leader, Ithaca Rotary Club, a former All-American hockey player active for years in coaching various hockey teams in the Ithaca area.

Dinner reservations may be made by calling Russell Martin at 256-2079 or 273-0188.

## Assyriologist to Talk About 'New' Language

An Italian Assyriologist who recently deciphered a "new" language — from the 25th century B.C. — will speak at 4:30 p.m. Thursday, March 17, in 230D Rockefeller Hall.

Giovanni Pettinato of the University of Rome will lecture on "The Archives of Ebla," the ancient north Syrian city whose civilization and language were virtually unknown until 1964.

The Italian expedition excavating the



COPY OF EBLA DOCUMENT (ca. 2500 B.C.)

mound of Tell Mardikh in Syria began to discover inscriptions on clay tablets in 1974. The next year an entire library of more than 15,000 texts and fragments was uncovered.

Pettianto, the epigraphist for the expedition, deciphered the language written in cuneiform script and has continued to publish hundreds of texts.

Many of the tablets are bilingual, written in Eblaite and Sumerian, and include a 3,000 word-bilingual dictionary, the longest ever found in antiquity, according to David I. Owen, associate professor of Near Eastern Studies at Cornell.

The archive includes economic, literary, religious and mathematical documents as well as international treaties, all of which date to the 25th century B.C., Owen said.

Pettinato's talk is sponsored by the Department of Near Eastern Studies, in cooperation with Classics, History of Art, Mathematics, Modern Languages and Linguistics and the programs of Jewish Studies and Archaeology.

## City and Regional Planning Offers Summer Program

The Department of City and Regional Planning in conjunction with the Division of Summer Session, Extramural Courses and Related Programs will offer the third annual Progressive Planning Summer Program June 6 through Aug. 5, with a combination of academic courses and shorter institutes.

Three- and six-week courses will include National Planning and Industrial Policy, Rural Planning Issues, Neighborhood Housing Strategies, Alternatives in Third World Planning, Introduction to Planning and Quantitative Techniques for Planners.

The institutes (of two and five days in length respectively) are Rational Reindustrialization: A New Agenda for Local Economic Planning, and Management Training for Community Enterprises and Non-Profit/Local Government Agencies.

Tuition for the courses is $700. Institute charges range from $150 to $375. Limited financial aid may be available in some instances.

For further information, contact Pierre Clavel or Lynn Coffey, 201 W. Sibley Hall, 256-6212.

## 'The Two-State Solution;' Second Lecture Planned

The second lecture in the two-part series, "Mutual Recognition and Peace—The Two-State Solution," will take place at 4:30 p.m. Monday, March 21, in Kaufmann Auditorium of Goldwin Smith Hall.

The speaker will be Meir Pa'il, professor of military history at Tel Aviv University and a former member of the Knesset, who will be addressing the topic from an Israeli perspective.

Pa'il was a member of the Palmach prior to Israeli independence, after which he joined the Israeli Defense Forces. He served as Commander in Chief of the Armed Forces Military Academy, and as Chief of the Department of Tactics and Operational Doctrine of the Armed Forces Supreme General Staff.

Pa'il is active in the Israeli Council for Israeli-Palestinian Peace and in Sheli, the Israel Peace Party.

The series is sponsored by: Committee to Support Israeli Peace Groups, Palestine Human Rights Committee, Progressive Zionist Alliance, Government Department, Cornell United Religious Work, International Student Programming Board and Peace Studies.

## Judicial Adviser Search Is Begun

A five-member search committee has been appointed to seek a new judicial adviser.

Dale Okonow, who has held the two-year appointment as judicial adviser since 1981, will graduate from the Cornell Law School in May.

The main function of judicial adviser is to provide advice and counsel to anyone charged by the judicial administrator at Cornell with offenses against the university community. Some legal training is required for the position.

It is a part-time paid position involving approximately 10 hours of work per week.

Joseph B. Bugliari, professor of agriculture and business law, heads the search committee.

Other committee members are Dale Grossman, lecturer in agriculture economics and communication arts; Gordon Kirkwood, the Frederic J. Whiton Professor of Classics; Kathy McCarty, research aide in University Development, and Gregory Vojnovic, Hotel '86.

Application deadline is April 7. Those interested in applying should contact Bugliari at 203 Warren Hall, telephone 256-2194.

### SAGE CHAPEL

## Director of CURW Will Be Speaker

Robert L. Johnson, director of Cornell United Religious Work, will speak at the 11 a.m. Sunday, March 20, Sage Chapel Service. His sermon topic will be "God As Father."

Johnson came to Cornell in May 1982 as director of CURW. He continues to serve as president of the National Institute for Campus Ministries, a position he has held since 1980.

A graduate of the University of North Carolina at Chapel Hill, Johnson was ordained in 1954 in the United Methodist Church. He received his master of divinity degree from Union Theological Seminary in 1955 and Master of Theology from Harvard Divinity School in 1968. He served for 18 years as director of the Wesley Foundation at Chapel Hill and is the author of "Counter Culture and the Vision of God."

Music for the service will be provided by the Sage Chapel Choir under the direction of Donald R.M. Paterson, university organist and Sage Chapel choirmaster. Glenn Burdett serves as graduate assistant and accompanist.

## Archaeology Travel Scholarships Available

Applications for Hirsch travel scholarships for summer field training for archaeology students are being accepted through April 5.

Details and application forms are available from members of the archaeology faculty or Beverly Phillips at 265 McGraw Hall between 8 a.m. and 1 p.m. Monday through Thursday.

Some 10 students, participating in properly supervised archaeological field schools and research projects in the United States and abroad, will receive up to $700 toward travel expenses. Undergraduate archaeology students will be preferred candidates, but others with a proven interest in archaeology may apply.

The Week in Sports

# Men's Lacrosse Opens Saturday

The Cornell men's lacrosse team opens up its 1983 season Saturday with a big game at home against Adelphi University, starting at 2 p.m. on Schoellkopf Field.

The Red team is anxious to begin the season and pick up where it left off in 1982 when it had an 11-2 overall record, captured its ninth straight Ivy League title and made it all the way to the semifinals of the NCAA tournament. It was the best season for the Red since 1978. Sixteen lettermen are back and there are veterans returning at nearly every position.

The Big Red should have one of its most explosive attacks in recent years, as seniors Bruce Bruno and Matt Crowley return up front. Both were first team All-Ivy a year ago, while Bruno was named third team All-American and the Ivy League Player of the Year and Crowley received honorable mention All-American honors. Bruno finished the season with 22 goals and 38 assists; Crowley with 35-17-52. Another key attackman is Kevin Cook, a transfer from Nassau Community College where he was the 1982 junior college player of the year.

Midfield is an area where the Red figures to have a great deal of depth. Among the returnees are seniors Paul Mercer and Tarik Ergin, junior Andy Phillips and sophomores Ken Entenmann, Jamie Smith and Tim Gordon. Mercer was second team All-Ivy a year ago with 16 goals and five assists, while Ergin converted on 153 of 253 faceoffs and led the team in ground balls with 106. Phillips had nine goals and four assists.

The defense will have an entirely different look this spring, as gone from last year's defensive unit are All-Americans Tim Daly and Sam Happel and fellow starter Mike Haushalter. Senior Bill Nordhausen and junior Mike Higgins both played a great deal at midfield defense in 1982, while senior Vinnie Ilardi will also receive playing time after being a goaltender during his first three years at Cornell. Senior Bob Miller, junior Kevin Loucks and freshman Steve Paletta are also being counted on. Among those who will be on the defensive midfield unit are seniors Josh Cully and Steve Fitzpatrick, and sophomores Rob Gilmartin and Steve Dadourian.

The Big Red looks solid in goal with junior Peter Ruchkin and senior J.D. Phillips. Ruchkin emerged as the starter early last year and recorded the highest save percentage by a Big Red goaltender (.765) since 1973.

Adelphi, Saturday's opponent, should be one of the top teams in the nation this season. Last year, the Panthers had a 10-4 record and qualified for the NCAA tournament where they lost to Virginia (10-4) in the quarterfinals. Adelphi topped the Big Red last spring in the season opener for the Red on Long Island, 15-7, so Cornell will be out for revenge.

In other Cornell sports action this weekend, two Big Red winter teams are scheduled for competition. The women's fencing team will be at the NCAA championships at Penn State Thursday through Saturday. The squad's last competition was at the Northeastern championships at Brandeis two weeks ago, and Cornell took first place, avenging last year's second place finish. Ellen Belknap led the team with a 15-7 record, while Christine Hamori and Sio Moss fenced well in turning in 13-6 and 13-7 scores, respectively. All three performers have a shot at placing high in individual competition this weekend.

The women's polo team will oppose an alumni squad Sunday, beginning at 8:15 p.m. at the Oxley Arena. The Red currently has an 8-4 record and its last match was an 11-10 victory over the Upstate Polo Club on Feb. 26.

# EXHIBIT C

---

Name : Kevin Vanginderen
Status : other
Email : kvangin1@yahoo.com
Question : I have done a recent google search of my name on the internet and I am very disturbed to find a website address from your library specifically at:
dspace.library.cornell.edu/bitstream/1813/5350/14/014 24.pdf
This post is slanderous and untrue and at minimum a public disclosure of private information going back over 25 years. I have google searched my name every year for the past ten years and this is the first time this disturbing post has ever come up. Why is it on your library site now? Please remove this immediately from yout website or I will be forced to take legal action to have it removed.

# EXHIBIT D

COUNTY COURT OF THE STATE OF NEW YORK
TOMPKINS COUNTY

IN THE MATTER OF THE APPLICATION OF CORNELL UNIVERSITY TO UNSEAL RECORDS FROM THE PROCEEDING CAPTIONED:

PEOPLE OF THE STATE OF NEW YORK
vs.
KEVIN VANGINDEREN,

Defendant.

**ORDER TO SHOW CAUSE**

2007 Miscer 667

Upon the annexed affidavit of Nelson E. Roth, sworn to October 15, 2007 with attached exhibit, and upon all prior papers and proceedings heretofore had herein, and sufficient cause appearing therefor; it is hereby,

ORDERED, that Kevin Vanginderen or his attorney(s) show cause before this Court, at a Motion Term thereof, to be held at the County Court, County of Tompkins, located at 320 North Tioga Street, City of Ithaca, State of New York, on November 16, 2007 at ~~9:30 a.m.~~ 5 p.m. or as soon thereafter as counsel can be heard, why an order should not be entered herein unsealing all records and papers relating to the arrest and prosecution of the above-captioned criminal matter; and it is hereby

FURTHER ORDERED, that service of a copy of this Order to Show Cause and the Affidavit of Nelson E. Roth in Support of Motion to Unseal Record with attached exhibit be made upon Kevin Vanginderen, Pro se, by Federal Express (no signature required) at the address listed on his Civil Action Case No. 37-2007-00076496-CU-DF-SC, at 637 3rd Avenue, Suite E-1, Chula Vista, CA 91910 on or before November 1, 2007 at 5:00 p.m.; and it is hereby

FURTHER ORDERED, that any and all answering affidavit and memorandum of law be served upon the attorney for movant Cornell University at the Office of University Counsel, 300 CCC Building, Garden Avenue, Ithaca, NY 14853 on or before November 13, 2007.

mjs This matter to be submitted upon papers only.

IT IS SO ORDERED.

Dated: October 17 2007

[signature]
Judge
Hon. M John Sherman

CITY OF ITHACA
CITY COURT: CRIMINAL PART

IN THE MATTER OF THE APPLICATION OF CORNELL UNIVERSITY TO UNSEAL RECORDS FROM THE PROCEEDING CAPTIONED:

PEOPLE OF THE STATE OF NEW YORK
vs.
KEVIN VANGINDEREN,

Defendant

**AFFIDAVIT OF NELSON E. ROTH IN SUPPORT OF APPLICATION TO UNSEAL RECORD**

STATE OF NEW YORK :
: ss.:
COUNTY OF TOMPKINS :

Nelson E. Roth, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before the courts of the State of New York, and am one of the attorneys defending Cornell University in a civil matter just commenced in the Superior Court of California, County of San Diego by Kevin Vanginderen. I am fully familiar with the procedural facts and circumstances of this matter as set forth below.

2. I make this affidavit in support of Cornell's application pursuant to CPL §160.50(1)(d) to unseal all records and papers relating to the arrest and prosecution of the above-captioned matter, as necessary to Cornell's defense in the civil action brought by the defendant-now-plaintiff Vanginderen, which is currently pending in Superior Court of California, County of San Diego.

3. Vanginderen's complaint, a copy of which is attached hereto as Exhibit A, was served upon Cornell University on October 3, 2007, nearly twenty four years after his arrest for crimes alleged in the above-captioned matter prosecuted in this Court. A report of his arrest was published in the Cornell Chronicle on March 17, 1983. The newly commenced civil action centers around that article published on March 17, 1983. Vanginderen contends that the article is

defamatory, and desires to re-write history by removing the article from the digitized copy of the Cornell Chronicle now available on-line.

4. As stated in his complaint, Vanginderen communicated by email to Cornell prior to filing suit. However, when Cornell requested Vanginderen to consent pursuant to CPL §160.50(1)(d) to an unsealing order so that Cornell could evaluate the facts surrounding his threatened claim, he abruptly declined to consent and instead filed the lawsuit, Exhibit A.

5. The alleged conduct of Vanginderen reported in the Cornell Chronicle on March 17, 1983 is at the very heart of his pending civil complaint, as revealed in the allegations of the complaint itself, wherein Vanginderen claims that the report of his arrest is false and libelous. Case law is clear that a plaintiff waives the statutory privilege accorded by CPL § 160.50 when the plaintiff files a civil action placing in issue the contents of the sealed records, thus warranting the unsealing of those records upon a proper application by the party who must defend against the civil action. See Commercial Union Insurance Co. v. Jones, 216 A.D.2d 967, 968 (4th Dep't 1995); In re Scott D, 13 A.D.3d 622, 623 (2d Dep't 2004); *cf.* Green v. Montgomery, 95 N.Y.2d 693, 699 (2001) (applying same waiver analysis in the context of unsealing a juvenile record).

Wherefore, Cornell respectfully requests that the records of the criminal proceeding in the above-captioned matter be unsealed forthwith, including this Court's records, the records held by the District Attorney's Office and the records held by Cornell University Police.

NELSON E. ROTH

Sworn to before me this
5th day of October, 2007.

Notary Public

KIMBERLEY J. FASSETT
Notary Public, State of New York
No. 01FA6143171
Appointed in Schuyler County
Commission Expires April 3, 2010

STATE OF NEW YORK :
: ss:
COUNTY OF TOMPKINS :

**AFFIDAVIT OF SERVICE**

I, Kimberley J. Fassett, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside at Burdett, New York.

On October 23, 2007, I served a copy of an Order to Show Cause, by delivering it to the custody of a representative of Federal Express in a pre-paid envelope addressed to the below identified individual at his last known address and scheduled for standard delivery:

To: Kevin Vanginderen
637 3rd Avenue, Suite E-1
Chula Vista, CA 91910

Kimberley J. Fassett

Sworn to before me this 23rd day of October, 2007.

Notary Public

KRISTIN ANN BURGOS
Notary Public, State of New York
No. 01BU5037955
Qualified in Tompkins County
Commission Expires Jan. 17, 2011