NELSON E. ROTH, SBN 67350
    ner3@cornell.edu
CORNELL UNIVERSITY
300 CCC Building
Garden Avenue
Ithaca, New York 14853-2601
Telephone:    (607)255-5124
Facsimile:    (607)255-2794

BERT H. DEIXLER, SBN 70614
    bdeixler@proskauer.com
CHARLES S. SIMS, New York Attorney Registration No. 1535640
    admitted *pro hac vice*
    csims@proskauer.com
CLIFFORD S. DAVIDSON, SBN 246119
    cdavidson@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:    (310) 557-2900
Facsimile:    (310) 557-2193

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANDGINDEREN,<br><br>    Plaintiff,<br><br>v.<br><br>CORNELL UNIVERSITY,<br><br>    Defendant. | Case No. 07-CV-2045-BTM-JMA<br><br>Hon. Barry T. Moskowitz<br><br>DECLARATION OF VALERIE CROSS DORN IN FURTHER SUPPORT OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE<br><br>[Per chambers, no oral argument unless requested by the Court]<br><br>[Special Motion to Strike and Request for Judicial Notice filed concurrently]<br><br>Hearing Date: December 21, 2007<br>Time:    11:00 a.m.<br>Place:    Courtroom 15<br><br>Action Filed: October 1, 2007 |

8085/21177-001
Current/10303338v1

DECLARATION OF VALERIE CROSS DORN

## DECLARATION OF VALERIE CROSS DORN

I, Valerie Cross Dorn, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of New York, among others, and I serve as Associate University Counsel at Cornell University in Ithaca, New York. I have personal knowledge of the facts set forth herein through my position with Cornell University.

2. I submit this Declaration in further support of Defendant's Request for Judicial Notice in Support of Special Motion to Strike ("Request for Judicial Notice") and to correct a clerical error contained in Exhibit D attached thereto. If called as a witness, I could and would testify competently to the following.

3. After the filing of Defendant's motion papers on November 2, 2007, I noticed an error in Exhibit D attached to Defendant's Request for Judicial Notice. The exhibit erroneously contained the Affidavit of Nelson E. Roth in Support of Application to Unseal Record that was submitted in Ithaca City Court on October 5, 2007. However, Exhibit D should have contained the Affidavit of Nelson E. Roth in Support of Application to Unseal Record that was submitted in the County Court of Tompkins County on October 15, 2007.

4. Substantively, the affidavits are virtually identical. A clerical error resulted in the scanning of the wrong affidavit to attach to Defendant's motion papers as part of Exhibit D. All other parts of Exhibit D are accurate. A true and correct copy of the corrected Exhibit D is attached hereto as Corrected Exhibit D.

5. I took immediate steps to remedy any confusion by re-serving Plaintiff with the Order to Show Cause papers in the pending Tompkins County Court application returnable November 16, 2007, and by filing this Declaration with Corrected Exhibit D in this Court.

I declare under penalty of perjury under the laws of the State of California, and the United States of America that the foregoing is true and correct

///

1  and that this declaration was executed this 7th day of November, 2007, at Ithaca,
2  New York.

_____
Valerie Cross Dorn

2

DECLARATION OF VALERIE CROSS DORN

8085/21177-001
Current/10300162v1