1  Kevin Vanginderen, Plaintiff Pro Per
  637 Third Ave., Suite E1
2  Chula Vista, CA  91910
  Telephone: (619) 585-7414
3

```
FILED
NOV 2 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY
```

4

5  **UNITED STATES DISTRICT COURT**

6  **SOUTHERN DISTRICT OF CALIFORNIA**

7

8  KEVIN VANGINDEREN,       )   Case  No. 07-CV-2045-BTM-JMA
                          )
9         Plaintiff,    )   Hon. Barry T. Moskowitz
                          )
10         v.       )   AFFIDAVIT OF PLAINTIFF KEVIN
                          )   VANGINDEREN IN SUPPORT
11  CORNELL UNIVERSITY,    )   OF PLAINTIFF'S MEMORANDUM OF
                          )   POINTS AND AUTHORITIES
12         Defendant.   )   IN OPPOSITION OF DEFENDANT'S
                          )   MOTION TO STRIKE PLAINTIFF'S
13                            )   COMPLAINT
                          )
14                            )   Hearing Date: December 21, 2007
                          )   Time:      11:00 a.m.
15                            )   Place:     Courtroom 15

16      I, Kevin Vanginderen, declare:

17      1. I am the Plaintiff for the above captioned matter commenced on October 1, 2007,

18  against Cornell University in the Superior Court of California, County of San Diego, for causes of

19  action for Public Disclosure of Private Facts and Libel regarding a publication distributed by

20  Cornell University in 1983, and now for the first time disseminated on the World Wide Web in

21  2007.  I am fully familiar with the procedural facts and circumstances of this matter as set forth

22  below.

23      2. I attended an undergraduate degree program at Cornell University (Defendant) and

24  obtained a Bachelor of Science degree between August of 1979, and May of 1983.

25      3. The causes of action stem from an article published in the *Cornell Chronicle* by Cornell

26  University  (Defendant) regarding a single specific incident: an arrest and a single charge brought

27  against myself in March of 1983.

28      4. The charge was made for the taking of books from a room in a campus academic

1  building.  The incident occurred at a cubicle attached to one of my classrooms at that time.

2       5. In August of 1983, all charges brought against me were dismissed in the County Court

3  of Tompkins County, New York on the basis that the District Attorney had overcharged me for

4  the circumstances involved.  The records were then sealed.

5       6.  On August 23, 2007, a conditional discharge was granted to my plea for petit larceny

6  on a separate Accusatory Instrument for the same incident and I subsequently learned that in 1985

7  the entire record was sealed.

8       7. The Defendant has never received an Order to Unseal Records at any court to date.

9       8. Until September 2, 2007, I had never seen any copy of, nor had even been aware of the

10  existence of, the *Cornell Chronicle* or any article within that publication regarding myself.

11       9. I first learned that a libelous article regarding myself was contained within the March

12  17, 1983, edition of the *Cornell Chronicle* on September 2, 2007, when I conducted an annual

13  *Google* search of my name on the Internet.

14

15      I declare under penalty of perjury under the laws of the State of California, that the

16  foregoing is true and correct and this AFFIDAVIT was executed this 20th day of November, 2007,

17  in San Diego County, California.

18

19      DATED: November 20, 2007

20

21                        Respectfully submitted,

22

23                        Kevin Vanginderen

24

25

26

27

28

## TABLE OF CONTENTS EXHIBITS
### (Local Civil Rule 5.1(e))

**EXHIBIT 1**

**Internet posting describing the *Cornell Chronicle* ...........................................................3,8**

**EXHIBIT 2**

**Internet Posting wherein the *Cornell Chronicle* directs users
to direct their prospective searches to *Google.com*...........................................................4,10**

**EXHIBIT 3**

***Google.com.* search results posting defamatory and private
information about the Plaintiff from the *Cornell Chronicle*
on September 2, 2007, and October 29, 2007................................................4,6,11**

**EXHIBIT 4**

***Google.com.* search results for William B. Duke, Cornell University
Professor charged with Felony Marijuana Cultivation ..................................................... 5**

**EXHIBIT 5**

**Email correspondence from Cornell University Counsel Nelson Roth
to Kevin Vanginderen dated September 19, 2007........................................................ 7,12,13**

skip to content

 **Cornell University**

Search Cornell

# CHRONICLE ONLINE

Search Chronicle Online

October 13, 2007

**Home**

---

**Research**

**Humanities**

**Business**

**Campus Life**

**Events**

**Outreach**

**Cornell People**

**All Stories**

---

**Sports**

**Weather**

**Calendar**

---

**Press Office**
**Cornell in the News**

**Get It Delivered**
RSS Feeds [RSS]
News by E-mail
Chronicle by Mail

**Chronicle in Print**
Current Issue (PDF)
PDF download help
Archive
About the Chronicle

**Cornell Chronicle**
About the office
E-mail Us

**Links**

## Cornell Chronicle/Chronicle Online

**312 College Ave.**
**Ithaca, NY 14850**
**607-255-4206**
cunews@cornell.edu

Cornell Chronicle/Chronicle Online (formerly Cornell News Service) is part of the **Division of University Communications** and serves as the primary source of news about Cornell University. Its publications include the **Cornell Chronicle** (published 37 times a year), **Chronicle Online** (updated daily), the **Chronicle Magazine** and Cornell e-News, as well as podcasts, e-mail lists and RSS feeds.

Chronicle publications cover the university's seven colleges; the four graduate professional schools; Cornell's New York City campuses; the New York State Agricultural Experiment Station in Geneva, N.Y.; Arecibo Observatory in Puerto Rico; Shoals Marine Laboratory on Appledore Island in the Gulf of Maine; and Weill Cornell Medical College in Qatar.

The **Chronicle** staff includes six news writers, a newspaper editor, a senior editor, a Web editor, a graphic designer, administrative staff and usually a few student interns. Writers report on Cornell research and events in science, technology, the humanities, the arts and the social sciences. They also write news and features on faculty, administrators and students. Regular columns cover new books, innovations, New York City campus events and the university's land-grant mission. A weekly calendar highlights upcoming events. Chronicle Online also maintains a searchable Web archive of all stories and PDF versions of past Cornell Chronicle issues.

Media queries and requests for reviews should be directed to the **Press Relations Office**.

**David Brand, Director**
deb27@cornell.edu

**Directions to campus**

skip to content
skip to content

 Cornell University

Search Cornell

# CHRONICLE ONLINE

Search Chronicle Online

**November 8, 2007**

**Home**

---

**Research**
**Humanities**
**Business**
**Campus Life**
**Events**
**Outreach**
**Cornell People**
**All Stories**

---

**Sports**
**Weather**
**Calendar**

---

**Press Office**
**Cornell in the News**

**Get It Delivered**
RSS Feeds RSS
News by E-mail
Chronicle by Mail

**Chronicle in Print**
Current Issue (PDF)
PDF download help
Archive
About the Chronicle

**Cornell Chronicle**
About the office
E-mail Us

**Links**

---

**Search Chronicle Online**

[                    ]    Search

**Please note:** We are experiencing technical difficulties in indexing our site, and some stories may not be found via this search page. Please use Google.com for a more comprehensive search.

This is a search of the full text of all stories on this server, which includes science stories from December 1994 to the present, general news releases from December 1995 to the present, and stories published in the Cornell Chronicle from January 1996 to the present. Some stories may be duplicated in all three areas.

**You may also** search all Cornell University web servers

---

Quick search hints:

- The default search is an OR with relevance. The search will find all pages containing any of the words you enter, but will list first the pages containing all of them, or many occurrences of some.
- Use "+" before a word to require it, "-" to exclude it.
- Enclose phrases in quotes.
- Plurals matter.

| Return to Chronicle Online home page |



Web   Images   Video   News   Maps   Gmail   more ▼                    Sign in

Google

[ Kevin Vanginderen ]   Search   <u>Advanced Search</u>
                                  <u>Preferences</u>
New! <u>View and manage your web history</u>

**Web**                  Results **1 - 10** of about 65 for **Kevin Vanginderen**. (0.16 seconds)

Did you mean: <u>Kevin **Van genderen**</u>

<u>Beta Theta Alumni E-mail (Pi Kappa Alpha at Cornell University)</u>
**Kevin Vanginderen**, kvangin1@yahoo.com. '84, Steve Amador,
samador@rcn.com,samador@sigaba.com. Paul Barresi, Ppabarr@aol.com ...
betathetadata.net/btemail.htm - 198k - <u>Cached</u> - <u>Similar pages</u>

<u>**Kevin G Vanginderen**</u>
**Kevin** G **Vanginderen**--San Luis Obispo, CA ... **Kevin** G **Vanginderen** Attorney **Kevin**
**Vanginderen** 895 Pismo St. San Luis Obispo, CA 93401 Telephone: 805-542-0273 ...
www.medlawplus.com/professionals/legal/951280242416.tpl - 15k - <u>Cached</u> - <u>Similar pages</u>

   <u>Los Angeles personal injury lawyers</u>
   Jeffrey D Stearman, Fullerton, CA. Armen Tashjian, Los Angeles, CA. Wilfredo Trivino-
   Perez, Los Angeles, CA. **Kevin** G **Vanginderen**, San Luis Obispo, CA ...
   www.medlawplus.com/bidinfo/personalinjurylawyers/LosAngeles.htm - 26k -
   <u>Cached</u> - <u>Similar pages</u>

<u>**Kevin Vanginderen** In Chula Vista, California - Personal Injury ...</u>
**Kevin Vanginderen** In Chula Vista, California - Personal Injury Attorneys (Internet Lawyer
Directory),Southern California attorney directory with legal ...
www.ilawyerdirectory.com/attorneyDetail/personal_injury/**kevin_vanginderen** - 23k -
<u>Cached</u> - <u>Similar pages</u>

<u>**Vanginderen Kevin** Atty Chula Vista, Chula Vista | Yelp</u>
**Vanginderen Kevin** Atty - Chula Vista reviews by real people. Yelp is a fun and easy way
to find, recommend and talk about what's great and not so great in ...
www.yelp.com/biz/_pjCfZwLHpMebojfEf_n3w - 25k - <u>Cached</u> - <u>Similar pages</u>

<u>**Vanginderen Kevin** Attorney - Chula Vista, CA - 91910 ...</u>
637 3rd Avenue located in Chula Vista, you may call them at (619)585-7414, visit site for
local reviews.
www.localattorneydir.com/local/308417.html - 6k - <u>Cached</u> - <u>Similar pages</u>

<u>**Vanginderen Kevin** Attorney - Chula Vista, CA - 91910 USLawyermaps.com</u>
637 3rd Avenue located in Chula Vista, you may call them at (619)585-7414, read reviews
and view local map for directions.
www.uslawyermaps.com/profile/30253.html - 6k - <u>Cached</u> - <u>Similar pages</u>

[PDF] <u>State Will Support Biotechnology Center Here</u>
File Format: PDF/Adobe Acrobat - <u>View as HTML</u>
charged **Kevin** G. **Vanginderen** of 603 Winston. Court Apartments with third degree
burglary in. connection with 10 incidents of petit larceny and ...
dspace.library.cornell.edu/bitstream/1813/5350/14/014_24.pdf - <u>Similar pages</u>

<u>Testimonials</u>
Teresa **Vanginderen**, **Kevin** and Justin, Morro Bay, CA "Thank you! Our birth went
superbly well. I don't think it could have gone better . . . a five hour ...
www.centerforthesacredfeminine.org/id6.html - 16k - <u>Cached</u> - <u>Similar pages</u>

**Web**   Images   Video   News   Maps   Gmail   more ▼                                            Sign in

Google

| Kevin Vanginderen | | Search | Advanced Search Preferences |

---

**Web**                                        Results **1 - 10** of about **58** for **Kevin Vanginderen**. (0.24 seconds)

Did you mean: Kevin *Van genderen*

Beta Theta Alumni E-mail (Pi Kappa Alpha at Cornell University)
**Kevin Vanginderen**, kvangin1@yahoo.com. '84, Steve Amador,
samador@rcn.com,samador@sigaba.com. Paul Barresi, Ppabarr@aol.com ...
betathetadata.net/btemail.htm - 258k - Cached - Similar pages

 Beta Theta Lost Contact (Pi Kappa Alpha at Cornell University)
 **Kevin Vanginderen**. '85, Dean Atkinson. Edward Castillo. James Joseph. Tom Yazdgerdi.
 '86, Adam Cohen. Clifford Dragonetti. Lars Fuchs. Joseph Kane ...
 betathetadata.net/btlost.htm - 32k - Cached - Similar pages

Kevin G Vanginderen
**Kevin G Vanginderen**--San Luis Obispo, CA ... **Kevin G Vanginderen** Attorney **Kevin
Vanginderen** 895 Pismo St. San Luis Obispo, CA 93401 Map It ...
www.medlawplus.com/professionals/Legal/951280242416.tpl - 15k -
Cached - Similar pages

 Los Angeles personal injury lawyers
 Jeffrey D Stearman, Fullerton, CA. Armen Tashjian, Los Angeles, CA. Wilfredo Trivino-
 Perez, Los Angeles, CA. **Kevin G Vanginderen**, San Luis Obispo, CA ...
 www.medlawplus.com/bidinfo/personalinjurylawyers/LosAngeles.htm - 26k -
 Cached - Similar pages
 [ More results from www.medlawplus.com ]

Kevin Vanginderen In Chula Vista, California - Employment Law ...
**Kevin Vanginderen** In Chula Vista, California - Employment Law Attorneys (Internet
Lawyer Directory),Southern California attorney directory with legal ...
www.ilawyerdirectory.com/attorneyDetail/employment_law/**kevin_vanginderen** - 23k -
Cached - Similar pages

 Personal Injury Attorneys In Chula Vista, California (Internet ...
 **Kevin Vanginderen**. Chula Vista, CA. Visit Website | View Profile, (619) 585-7414 ... **Kevin
 Vanginderen**. Chula Vista, CA. Visit Website | View Profile ...
 www.ilawyerdirectory.com/attorneys/personal_injury/0/1/chula_vista - 56k -
 Cached - Similar pages
 [ More results from www.ilawyerdirectory.com ]

Vanginderen Kevin Attorney - Chula Vista, CA - 91910 ...
637 3rd Avenue located in Chula Vista, you may call them at (619)585-7414, visit site for
local reviews.
www.localattorneydir.com/local/308417.html - 6k - Cached - Similar pages

[PDF] State Will Support Biotechnology Center Here
File Format: PDF/Adobe Acrobat - View as HTML
charged **Kevin G. Vanginderen** of 603 Winston. Court Apartments with third degree
burglary in. connection with 10 incidents of petit larceny and ...
dspace.library.cornell.edu/bitstream/1813/5350/14/014_24.pdf - Similar pages

[PDF] T J L R
File Format: PDF/Adobe Acrobat
**Kevin G. Vanginderen**, Kansas v. Hendricks: Throwing Away the Key, 20 T. J.
EFFERSON. L. R. EV . 357 (1998). - David Estes, Kansas v. ...
www.tjeffersonlrev.org/2006%20Staff%20Manual.pdf - Similar pages

**Web**  Images  Video  News  Maps  Gmail  more ▼                                    Sign in

## Google

| Professor William B. Duke at Cornell | Search | Advanced Search |
|---|---|---|

Preferences
New! View and manage your web history

**Web**          Results **1 - 10** of about **601,000** for <u>Professor</u> **William** **B**. **Duke** at <u>Cornell</u>. (0.15 seconds)

UT Law Catalog 1996-98. The Faculty
BS, **Cornell**, 1968; MPAff, Princeton, 1970; JD, Harvard, 1973; MBA, Pennsylvania,
1980 .... Charles Alan Wright, **Professor**, **William B**. Bates Chair for the ...
www.utexas.edu/student/registrar/catalogs/law/law-faculty.html - 13k -
<u>Cached</u> - <u>Similar pages</u>

6. THE FACULTY ...
H. Law Centennial **Professor** in Law BA, McGill, 1950; LLB, Yale, 1954 Charles Alan
Wright, **Professor**, **William B**. Bates Chair for the Administration of ...
www.utexas.edu/student/registrar/gopherfiles/catalog/cat-law/The_Faculty - 12k -
<u>Cached</u> - <u>Similar pages</u>
[ More results from www.utexas.edu ]

Faculty Awards: **Professor** of Merit
**Cornell** University / College of Agriculture and Life Sciences ... 1981, **William B**. **Duke**,
Agronomy. 1982, Verne N. Rockcastle, Education ...
www.cals.**cornell**.edu/cals/teaching/awards/**professor**-of-merit.cfm - 23k -
<u>Cached</u> - <u>Similar pages</u>

UA Faculty | Department of Ecology and Evolutionary Biology
Heed, **William B** (1958-92) **Professor** Emeritus of Ecology and Evolutionary ... **Professor**,
Entomology; BS, 1978, **Cornell** University; PHD, 1984, **Duke** University ...
catalog.arizona.edu/faculty/984/ECOL.html - 13k - <u>Cached</u> - <u>Similar pages</u>

Ecologist **William** E. Schlesinger Named to Head **Duke's** Nicholas ...
Schlesinger is James **B**. **Duke Professor** of Botany in the Department of Biology and ... of
Dartmouth College and received his Ph.D. from **Cornell** in 1976. ...
www.dukenews.**duke**.edu/2001/02/dean.html - 17k - <u>Cached</u> - <u>Similar pages</u>

John Simon Guggenheim Memorial Foundation 1984 Fellows Page
**William** A. Bassett, **Professor** of Geology, **Cornell** University: 1984. .... Nicholas Wright
Gillham, James **B**. **Duke Professor** of Zoology, **Duke** University: 1984. ...
www.gf.org/84fellow.html - 37k - <u>Cached</u> - <u>Similar pages</u>

John Simon Guggenheim Memorial Foundation 1981 Fellows Page
David Hershel Alpers, **William B**. Kountz **Professor** of Medicine, ..... John E. R. Staddon,
James **B**. **Duke Professor** of Psychology and **Professor** of Zoology, ...
www.gf.org/81fellow.html - 32k - <u>Cached</u> - <u>Similar pages</u>

**William** W. Van Alstyne, Lee **Professor**, **William** and Mary School of Law
Appointed to the **Duke** law faculty shortly thereafter, he was named to the **William** R. &
Thomas S. Perkins Chair of Law in 1974. **Professor** Van Alstyne's ...
www.wm.edu/law/facultyadmin/faculty/van_alstyne-873.shtml - 44k -
<u>Cached</u> - <u>Similar pages</u>

List of Guggenheim Fellowships awarded in 1981 - Wikipedia, the ...
John E. R. Staddon, James **B**. **Duke Professor** of Psychology and **Professor** of ... Hans A.
Bethe **Professor** of Physics and Astronomy, **Cornell** University: 1981. ...
en.wikipedia.org/wiki/List_of_Guggenheim_Fellowships_awarded_in_1981 - 51k -
<u>Cached</u> - <u>Similar pages</u>

**Web**   Images   Video   News   Maps   Gmail   more ▼                                    Sign in

---

Google

William Duke                          Search   Advanced Search
                                               Preferences
                                        New! View and manage your web history

---

**Web**                          Results **1 - 10** of about **6,250,000** for <u>William</u> <u>Duke</u> . (0.10 seconds)

## William Duke Photo Illustration
Portfolio Tearsheets Biography Awards & Clients Contact Links.
www.**williamduke**.com/ - 1k - <u>Cached</u> - <u>Similar pages</u>

## William Duke, Professor of Mathematics at UCLA
**William Duke**. Professor of Mathematics, UCLA; e-mail : wdduke at ucla dot edu; Phone:
310-825-1652; Fax: 310-206-6673; Mailing address: UCLA Mathematics ...
www.math.ucla.edu/~wd**duke**/ - 6k - <u>Cached</u> - <u>Similar pages</u>

## Prince William, Duke of Cumberland - Wikipedia, the free encyclopedia
(Redirected from Prince **William** Augustus, **Duke** of Cumberland) ... Detail. Titles. HRH The
**Duke** of Cumberland HRH Prince **William** Augustus of Wales ...
en.wikipedia.org/wiki/Prince_**William**_Augustus,_**Duke**_of_Cumberland - 107k -
<u>Cached</u> - <u>Similar pages</u>

### William I of England - Wikipedia, the free encyclopedia
**William** succeeded his father as **Duke** of Normandy at the young age of seven in 1035 and
was known as **Duke William** II of Normandy (French: Guillaume II, ...
en.wikipedia.org/wiki/**William**_the_Conqueror - 106k - <u>Cached</u> - <u>Similar pages</u>
[ <u>More results from en.wikipedia.org</u> ]

## William the Conqueror
**William**, the illegitimate son of Robert, **Duke** of Normandy and Herleva of ..... **William**,
**Duke** of Normandy, never allowed himself to be deterred from any ...
www.spartacus.schoolnet.co.uk/MED**william**1.htm - 74k - <u>Cached</u> - <u>Similar pages</u>

## William Grant Still Collection, Duke University Special ...
Includes biography with photographs, copies of original scores, and details about his life,
compositions, chronology of his place among other African ...
scriptorium.lib.**duke**.edu/sgo/ - 4k - <u>Cached</u> - <u>Similar pages</u>

## IMDb Name Search
aka "Christopher 'Duke' Miller". 11. **William Duke** (Camera and Electrical Department,
Melissa with a Heart Around It (2006)) ...
us.imdb.com/Name?**Duke**,%20Bill - 19k - <u>Cached</u> - <u>Similar pages</u>

## Former Duke Provost William Bevan Dies
Durham, NC — **William** Bevan, a former provost of **Duke** University and founder of **Duke's**
Talent Identification Program (TIP), died Monday at the age of 84. ...
www.**duke**news.**duke**.edu/2007/02/bevan.html - 16k - <u>Cached</u> - <u>Similar pages</u>

### William LeFevre Named Duke Gardens' First Full-time Director
Durham, NC — Philadelphia horticulturist **William** LeFevre has been hired as **Duke**
Gardens' first full-time executive director, Executive Vice President ...
www.**duke**news.**duke**.edu/2007/08/lefevre.html - 15k - <u>Cached</u> - <u>Similar pages</u>

## William Boulding - Duke University: The Fuqua School of Business
Professor **William** Boulding **Duke** University: The Fuqua School of Business 1 Towerview
Drive Durham, NC 27708 Phone: (919) 660-7822 Fax: (919) 660-7790 ...
www.fuqua.**duke**.edu/faculty/alpha/bb1.htm - 8k - <u>Cached</u> - <u>Similar pages</u>



**YAHOO! MAIL**
Classic

Print - Close Window

| | |
|---|---|
| **Date:** | Wed, 19 Sep 2007 21:15:59 -0400 |
| **To:** | "Kevin Vanginderen" <kvangin1@yahoo.com> |
| **From:** | "Nelson E. Roth" <ner3@cornell.edu> |
| **Subject:** | Re: Inquiry to Cornell University Library |

Dear Mr. Vanginderen:

Thank you for getting back to me. Before responding either to your request that the Cornell Library redact page 6 of the digitized copy of the March 27, 1983 Cornell Chronicle it maintains in its collection (or remove it from the collection) or to the assertions of law in your e-mail, we would like to be sure that we have all of the pertinent facts so that we can assess the accuracy of the publication and your present factual assertions. Thus, it would be very helpful to us in addressing your request if we could examine the original police and prosecution records relating to the matters referenced in the publication. I understand that the records are available but were sealed in 1985. For that reason, we will need to obtain a court order to unseal the records. This is routinely done, of course, in the event of litigation, but we will need a stipulation from you to obtain a court order at this point to examine the records. If you are willing to sign a stipulation so that we may attempt to resolve this matter short of litigation, please let me know and I will prepare the appropriate document.

Sincerely,

Nelson E. Roth

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF San Diego

I have read the foregoing _____

_____ and know its contents.

### ☐ CHECK APPLICABLE PARAGRAPHS

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____

a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____ , at _____ , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


_____          _____
Type or Print Name                                    Signature

### PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF San Diego

I am employed in the county of San Diego _____ , State of California.

I am over the age of 18 and not a party to the within action; my business address is: 637 Third Avenue, Suite E-1, Chula Vista, CA 91910

On, 11/21/07 _____ I served the foregoing document described as A copy of the Memorandum of Points and Authorities in Opposition of Defendant's Motion to Strike Pursuant To California Code of Civil Procedure 425

_____ on Defendant Attorney _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

Bert Deixler, Esq., Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206


☒ **BY MAIL**

☒ *I deposited such envelope in the mail at 637 Third Avenue, Chula Vista _____ , California. The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

☒ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.


Juan Ramirez
_____          _____
Type or Print Name                                    Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
& Plus

Rev. 7/99