NELSON E. ROTH, SBN 67350
   ner3@cornell.edu
CORNELL UNIVERSITY
300 CCC Building
Garden Avenue
Ithaca, New York 14853-2601
Telephone: (607)255-5124
Facsimile: (607)255-2794

BERT H. DEIXLER, SBN 70614
   bdeixler@proskauer.com
CHARLES S. SIMS, New York Attorney Registration No. 1535640
   admitted *pro hac vice*
   csims@proskauer.com
CLIFFORD S. DAVIDSON, SBN 246119
   cdavidson@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN,<br><br>    Plaintiff,<br><br>v.<br><br>CORNELL UNIVERSITY,<br><br>    Defendant. | Case No. 07-CV-2045-BTM-JMA<br><br>Hon. Barry T. Moskowitz<br><br>CORNELL'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE<br><br>[Per chambers, no oral argument unless requested by the Court]<br><br>[Declaration of Nelson E. Roth filed concurrently]<br><br>Hearing Date: December 21, 2007<br>Time: 11:00 a.m.<br>Place: Courtroom 15<br><br>Action Filed: October 1, 2007 |

Pursuant to Federal Rule of Evidence 201, defendant Cornell University ("Cornell") requests that the Court take judicial notice of the following:

**Exhibit E:** The Memorandum Decision and Order issued by the County Court of Tompkins County, dated November 16, 2007, ordering the unsealing of records sealed by that court in 1983 from the proceeding captioned *People of the State of New York v. Kevin Vanginderen* and held by the Tompkins County District Attorney's Office and Cornell University Police.

**Exhibit F:** Pertinent records of the County Court of Tompkins County, the Cornell University Police, and the Tompkins County District Attorney, unsealed on November 16, 2007.

Judicial notice is proper because the documents for which this Request is made are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *Lee v. City of Los Angeles*, 250 F.3d 668, 689-90 (9th Cir. 2001) (taking judicial notice of a state court's records); *Brooks v. Alameda*, 446 F.Supp.2d 1179, 1182 (S.D. Cal. 2006) (taking judicial notice of court file, including any orders by the court, in earlier related action).

Exhibit F constitutes the "[f]urther details of Plaintiff's criminal activities" that Cornell stated it would make available to the Court once they were unsealed. *See* Defendant's Memorandum of Points and Authorities at 3. As described in the concurrently filed Declaration of Nelson E. Roth, the records were unsealed on November 16, 2007. Roth Decl. ¶ 5 & Supp. Req. Jud. Not., Ex. E.

DATED: December 12, 2007

BERT H. DEIXLER
CHARLES S. SIMS
CLIFFORD S. DAVIDSON
PROSKAUER ROSE LLP

NELSON E. ROTH
CORNELL UNIVERSITY

s/Bert H. Deixler
                 Bert H. Deixler

Attorneys for Defendant,
CORNELL UNIVERSITY