1  NELSON E. ROTH, SBN 67350
        ner3@cornell.edu
2  CORNELL UNIVERSITY
   300 CCC Building
3  Garden Avenue
   Ithaca, New York 14853-2601
4  Telephone:    (607)255-5124
   Facsimile:    (607)255-2794
5
   BERT H. DEIXLER, SBN 70614
6        bdeixler@proskauer.com
   CHARLES S. SIMS, New York Attorney Registration No. 1535640
7        admitted *pro hac vice*
        csims@proskauer.com
8  CLIFFORD S. DAVIDSON, SBN 246119
        cdavidson@proskauer.com
9  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
10 Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
11 Facsimile:    (310) 557-2193

12                UNITED STATES DISTRICT COURT

13               SOUTHERN DISTRICT OF CALIFORNIA

14
   KEVIN VANGINDEREN,                  ) Case No. 07-CV-2045-BTM (JMA)
15                                     )
            Plaintiff,                 ) Hon. Barry T. Moskowitz
16                                     )
        v.                             ) DECLARATION OF SIMEON F.
17                                     ) MOSS IN SUPPORT OF
   CORNELL UNIVERSITY,                 ) CORNELL'S REPLY IN FURTHER
18                                     ) SUPPORT OF SPECIAL MOTION
            Defendant.                 ) TO STRIKE PLAINTIFF'S
19                                     ) COMPLAINT PURSUANT TO
   _____        ) SECTION 425.16 OF THE
20                                       CALIFORNIA CODE OF CIVIL
                                         PROCEDURE
21
                                         [Per chambers, no oral argument
22                                       unless requested by the Court]

23                                       Hearing Date:  December 21, 2007
                                         Time:          11:00 a.m.
24                                       Place:         Courtroom 15

25                                       Action Filed: October 1, 2007

26

27

28

                    DECLARATION OF SIMEON F. MOSS

## DECLARATION OF SIMEON F. MOSS

I, Simeon F. Moss, declare as follows:

1.    I am the Director of the Press Relations Office at Cornell University in Ithaca, New York, and I have held this position since 2004. Prior to this position, from 1995-2004, I was the Editor of the *Cornell Chronicle*, a weekly newspaper published by the University to keep its faculty, staff and students apprised of news relating to the Cornell community.

2.    I submit this declaration in support of Cornell's Reply in Further Support of Special Motion to Strike Plaintiff's Complaint. Unless otherwise indicated, I have personal knowledge of the facts set forth herein through my positions at Cornell. If called as a witness, I could and would testify competently to the following.

3.    I have researched the publication and distribution of the *Cornell Chronicle* in 1983 by reviewing bound volumes archived at the *Chronicle's* office, interviewing former and present *Chronicle* staff members, and consulting staff members of the *Ithaca Journal*, the city's newspaper which was responsible for printing and distributing the *Chronicle* in 1983. In my position as Director of Press Relations I work closely with the current *Chronicle* staff, and as past editor of the *Chronicle* I am aware that the *Chronicle* has compiled, and does continuously compile in the course of regularly conducted business, bound volumes of all published issues of the *Chronicle* for archival reference.

4.    The bound volumes reveal that from 1982 to 1983, the *Cornell Chronicle* was published once a week during the academic year, and once a month in June and August. There were 35 issues published between August 1982 and July 1983. The following year, there were 45 issues published, including weekly issues during the summer session in July.

5.    The *Cornell Chronicle*, for at least the past 25 years, has been available free of charge to faculty, staff and students. Subscriptions are available by mail to

1

DECLARATION OF SIMEON F. MOSS

1  those who wish to order direct delivery for a small fee. *See* page 11 of Exhibit B

2  attached to Cornell's Request for Judicial Notice In Support of Special Motion to

3  Strike Plaintiff's Complaint for distribution information relating to the March 17,

4  1983 edition of the *Cornell Chronicle*.

5      6.      My investigation further reveals that no fewer than 10,000 copies were

6  printed and distributed each week the newspaper was published during the 1982 –

7  1983 school year. The newspaper was widely distributed across campus, including

8  at the various dining halls, the campus store, and key academic and administrative

9  buildings. The *Cornell Chronicle* was available at any of these locations from the

10  day of publication until the next week's newspapers were distributed.

11      7.      The Barton Blotter section of the *Cornell Chronicle* routinely listed

12  campus crimes reported during the previous week by the Cornell University Police.

13  My review of the bound copies of the *Chronicle* revealed that between August 1982

14  and July 1983, the Blotter appeared in 25 of the 35 issues published during that

15  period.

16      8.      As noted in the Web page attached as Exhibit 1 to Plaintiff's Affidavit

17  submitted in opposition to Cornell's motion to strike:

18      Chronicle publications cover the university's seven
          colleges; the four graduate professional schools; Cornell's
19      New York City campuses; the New York State
          Agricultural Experiment Station in Geneva, N.Y.; Arecibo
20      Observatory in Puerto Rico; Shoals Marine Laboratory on
          Appledore Island in the Gulf of Maine; and Weill Cornell
21      Medical College in Qatar.

22  Exhibit 1 goes on to describe the *Chronicle* as it existed when Exhibit 1 was

23  printed, which appears to have been on October 13, 2007:

24      The Chronicle staff includes six news writers, a newspaper
          editor, a senior editor, a Web editor, a graphic designer,
25      administrative staff and usually a few student interns.
          Writers report on Cornell research and events in science,
26      technology, the humanities, the arts and the social
          sciences. They also write news and features on faculty,
27      administrators and students. Regular columns cover new
          books, innovations, New York City campus events and the
28

2

DECLARATION OF SIMEON F. MOSS

1    university's land-grant mission. A weekly calendar highlights upcoming events.

2    Based upon my review of the bound volumes of the *Chronicle*, my experience as a

3    former editor of the *Chronicle*, and my interviews with current and former

4    *Chronicle* staff members, I believe that in 1983, the mission of the *Cornell*

5    *Chronicle* was the same as described above and in Exhibit 1.

6         9.    Contrary to Plaintiff's assertion, Cornell has not disseminated any press

7    releases regarding this litigation. I know this because, as Director of the Cornell

8    Press Relations Office, I would authorize and review any such releases before they

9    were disseminated. I have not authorized or reviewed any press releases regarding

10    this litigation, nor have I seen any such releases in any publication controlled by

11    Cornell.

12         I declare under penalty of perjury under the laws of the State of New York

13    and the United States of America that the foregoing is true and correct and that this

14    declaration was executed this 13th day of December, 2007, at Ithaca, New York.

15

16

17    Simeon F. Moss

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF SIMEON F. MOSS