NELSON E. ROTH, SBN 67350
    ner3@cornell.edu
CORNELL UNIVERSITY
300 CCC Building
Garden Avenue
Ithaca, New York 14853-2601
Telephone:    (607)255-5124
Facsimile:    (607)255-2794

BERT H. DEIXLER, SBN 70614
    bdeixler@proskauer.com
CHARLES S. SIMS, New York Attorney Registration No. 1535640
    admitted *pro hac vice*
    csims@proskauer.com
CLIFFORD S. DAVIDSON, SBN 246119
    cdavidson@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:    (310) 557-2900
Facsimile:    (310) 557-2193

Attorneys for Defendant,
CORNELL UNIVERSITY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KEVIN VANGINDEREN,

                  Plaintiff,

      v.

CORNELL UNIVERSITY,

                  Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 07-CV-2045-BTM (JMA)

CERTIFICATE OF SERVICE

8085/21177-001
Current/10437546v1

CERTIFICATE OF SERVICE

1

## CERTIFICATE OF SERVICE

2

3

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

5

6

On December 14, 2007, I served the foregoing documents, described as:

7

    1.  CORNELL'S REPLY IN FURTHER SUPPORT OF SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE;

8

9

    2.  EVIDENTIARY OBJECTIONS TO AFFIDAVIT OF PLAINTIFF KEVIN VANGINDEREN IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION OF DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S COMPLAINT;

10

11

    3.  DECLARATION OF SIMEON F. MOSS IN SUPPORT OF CORNELL'S REPLY IN FURTHER SUPPORT OF SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE;

12

13

    4.  DECLARATION OF CLIFFORD S. DAVIDSON IN SUPPORT OF CORNELL'S REPLY IN FURTHER SUPPORT OF SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT PURSUANT TO SECTION 425.16 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE; and

14

15

16

    5.  NOTICE OF ELECTRONIC FILING

17

☒    by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

18

19

                  Kevin Vanginderen
                  637 3rd Avenue, Suite E-1
                  Chula Vista, CA 91910

20

21

☐    (By Fax) By transmitting a true and correct copy thereof via facsimile transmission to

22

☐    (By Mail) I am "readily familiar: with the Firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

23

24

25

☐    (By Personal Service)

26

☐    By personally delivering such envelope to the addressee.

27

☐    By causing such envelope to be delivered by messenger to the office of the addressee.

28

☒    By causing such envelope to be delivered by the office of the addressee by OVERNIGHT DELIVERY via Federal Express or by other similar overnight delivery service.

8085/21177-001
Current/10437546v1

CERTIFICATE OF SERVICE

1    ☒     (Federal) I declare that I am employed in the office of a member of the bar of this court at
2 whose direction the service was made.

3 Executed on December 14, 2007, at Los Angeles, California.

4
Ivania Munguia
Type or Print Name                                        Signature

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8085/21177-001
Current/10437546v

1