1  NELSON E. ROTH, SBN 67350
       ner3@cornell.edu
2  CORNELL UNIVERSITY
   300 CCC Building
3  Garden Avenue
   Ithaca, New York 14853-2601
4  Telephone:   (607)255-5124
   Facsimile:   (607)255-2794
5

   BERT H. DEIXLER, SBN 70614
6      bdeixler@proskauer.com
   CHARLES S. SIMS, New York Attorney Registration No. 1535640
7      admitted *pro hac vice*
       csims@proskauer.com
8  CLIFFORD S. DAVIDSON, SBN 246119
       cdavidson@proskauer.com
9  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
10 Los Angeles, CA  90067-3206
   Telephone:   (310) 557-2900
11 Facsimile:   (310) 557-2193

12 Attorneys for Defendant,
   CORNELL UNIVERSITY
13

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN, | Case No. 07-CV-2045-BTM (JMA) |
| Plaintiff, | |
| v. | **NOTICE TO COURT OF CALIFORNIA SUPREME COURT DECISION** |
| CORNELL UNIVERSITY, | Action Filed: October 1, 2007 |
| Defendant. | |

On December 24, 2007, the California Supreme Court announced its decision in *Hebrew Academy of San Francisco et al. v. Richard N. Goldman et al*, S134873, *available at* http://www.courtinfo.ca.gov/opinions/documents/S134873.PDF.  The Court held that the single-publication rule applies without limitation to all publications and that the statute of limitations for libel begins to run when the relevant work is distributed, rather than when the plaintiff first reads it or learns of its contents, even if the work is of extremely limited circulation.

1     For the convenience of the Court, a true and correct copy of the *Hebrew Academy* decision is attached hereto as Exhibit A.

DATED: December 27, 2007

NELSON E. ROTH
CORNELL UNIVERSITY

BERT H. DEIXLER
CHARLES S. SIMS
CLIFFORD S. DAVIDSON
PROSKAUER ROSE LLP

/s  Clifford S. Davidson
          Clifford S. Davidson

Attorneys for Defendant,
CORNELL UNIVERSITY