1  NELSON E. ROTH, SBN 67350
       ner3@cornell.edu
2  CORNELL UNIVERSITY
   300 CCC Building
3  Garden Avenue
   Ithaca, New York 14853-2601
4  Telephone:   (607)255-5124
   Facsimile:   (607)255-2794
5
   BERT H. DEIXLER, SBN 70614
6      bdeixler@proskauer.com
   CLIFFORD S. DAVIDSON, SBN 246119
7      cdavidson@proskauer.com
   PROSKAUER ROSE LLP
8  2049 Century Park East, 32nd Floor
   Los Angeles, CA  90067-3206
9  Telephone:   (310) 557-2900
   Facsimile:   (310) 557-2193
10
   Attorneys for Defendant,
11 CORNELL UNIVERSITY

12                UNITED STATES DISTRICT COURT

13                SOUTHERN DISTRICT OF CALIFORNIA

14

15 KEVIN VANGINDEREN,                )  Case No. 07-CV-2045-BTM (JMA)
                                     )
16         Plaintiff,                )  Hon. Barry T. Moskowitz
                                     )
17    v.                             )  **NOTICE OF RELATED CASE**
                                     )
18 CORNELL UNIVERSITY, BERT          )
   DEIXLER,                          )  Action Filed: October 1, 2007
19                                   )
           Defendants.               )
20 _____    )

21

22

23

24

25

26

27

28

8085/21177-001  Current/11096134v1

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

On April 8, 2008, an action was filed against defendant Cornell University and one of Cornell's attorneys, Bert H. Deixler. That action is captioned *Kevin Vanginderen v. Cornell University, Bert Deixler*, Case. No. 37-2008-00069807-CU-DF-SC and was filed in San Diego Superior Court, South County Division.

The undersigned counsel for Cornell wish to inform Chambers that the April 8, 2008 action has been removed to this Court and now bears the Case Number 08-CV-736-W-JMA. In their Notice of Related Case, filed with Cornell's Notice of Removal, undersigned counsel recommended that the removed April 8, 2008 action be assigned to Judge Moskowitz. Counsel so recommended because plaintiff's allegations in the April 8, 2008 action arise from evidence filed in conjunction with Cornell's Special Motion to Strike Plaintiff's Complaint Pursuant to Section 425.16 of the California Code of Civil Procedure, under submission in the October 1, 2007 case since December 21, 2007.

DATED: April 28, 2008

NELSON E. ROTH
CORNELL UNIVERSITY

BERT H. DEIXLER
CLIFFORD S. DAVIDSON
PROSKAUER ROSE LLP

/s
_____
Clifford S. Davidson

Attorneys for Defendant,
CORNELL UNIVERSITY