# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Kevin Vanginderen

              V.                    **JUDGMENT IN A CIVIL CASE**

Cornell University

                                **CASE NUMBER:**   07CV2045-BTM(JMA)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice.

| June 4, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                                      s/J. Petersen

                                                                      (By) Deputy Clerk

                                                                       ENTERED ON June 4, 2008