NELSON E. ROTH, SBN 67350
  ner3@cornell.edu
CORNELL UNIVERSITY
300 CCC Building
Garden Avenue
Ithaca, New York 14853-2601
Telephone:  (607)255-5124
Facsimile:   (607)255-2794

BERT H. DEIXLER, SBN 70614
  bdeixler@proskauer.com
CHARLES S. SIMS, New York Attorney Registration No. 1535640
  admitted *pro hac vice*
  csims@proskauer.com
CLIFFORD S. DAVIDSON, SBN 246119
  cdavidson@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:  (310) 557-2900
Facsimile:   (310) 557-2193

Attorneys for Defendant,
CORNELL UNIVERSITY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CORNELL UNIVERSITY,<br><br>　　　　　　Defendant. | Case No. 07-CV-2045-BTM (JMA)<br><br>**NOTICE TO PLAINTIFF OF RULING AND JUDGMENT**<br><br>Action Filed: October 1, 2007 |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD, IF ANY:

PLEASE TAKE NOTICE that on June 3, 2008, the Court filed its Order Granting Special Motion to Strike, attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that on June 4, 2008, the Court entered Judgment in the above-captioned case. The Entry of Judgment is attached hereto as Exhibit B.

DATED: June 4, 2008

NELSON E. ROTH
CORNELL UNIVERSITY

BERT H. DEIXLER
CHARLES S. SIMS
CLIFFORD S. DAVIDSON
PROSKAUER ROSE LLP

/s  Clifford S. Davidson
         Clifford S. Davidson

Attorneys for Defendant,
CORNELL UNIVERSITY