1  NELSON E. ROTH, SBN 67350
      ner3@cornell.edu
2  CORNELL UNIVERSITY
   300 CCC Building
3  Garden Avenue
   Ithaca, New York 14853-2601
4  Telephone:  (607)255-5124
   Facsimile:  (607)255-2794
5
   BERT H. DEIXLER, SBN 70614
6     bdeixler@proskauer.com
   CHARLES S. SIMS, New York Attorney Registration No. 1535640
7     admitted *pro hac vice*
      csims@proskauer.com
8  CLIFFORD S. DAVIDSON, SBN 246119
      cdavidson@proskauer.com
9  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
10 Los Angeles, CA  90067-3206
   Telephone:  (310) 557-2900
11 Facsimile:  (310) 557-2193

12 Attorneys for Defendant,
   CORNELL UNIVERSITY
13

14              UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA

16
17 KEVIN VANGINDEREN,              )  Case No. 07-CV-2045-BTM (JMA)
                                   )
18              Plaintiff,         )
                                   )  CERTIFICATE OF SERVICE
19       v.                        )
                                   )
20 CORNELL UNIVERSITY,             )
                                   )
21              Defendant.         )
                                   )
22 _____ )

23
24
25
26
27
28

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On June 4, 2008, I served the foregoing documents, described as:

1. NOTICE TO PLAINTIFF OF RULING AND ORDER

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

> Kevin Vanginderen
> 637 3rd Avenue, Suite E-1
> Chula Vista, CA 91910

☐ (By Fax) By transmitting a true and correct copy thereof via facsimile transmission to

☐ (By Mail) I am "readily familiar: with the Firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Personal Service)

☐ By personally delivering such envelope to the addressee.

☐ By causing such envelope to be delivered by messenger to the office of the addressee.

☒ By causing such envelope to be delivered by the office of the addressee by OVERNIGHT DELIVERY via Federal Express or by other similar overnight delivery service.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 4, 2008, at Los Angeles, California.

_____Ivania Munguia_____     ____[signature]____
Type or Print Name                        Signature