≈AO 133      (Rev. 8/06)  Bill of Costs

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

| | |
|---|---|
| KEVIN VANGINDEREN | **BILL OF COSTS** |
| V. | |
| CORNELL UNIVERSITY | Case Number: 07cv2045 BTM(JMA) |

Judgment having been entered in the above entitled action on __06/03/08__ against __KEVIN VANGINDEREN__,
                                                                Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ __530__ |
| Fees for service of summons and subpoena ............................................ | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | _____ |
| Fees and disbursements for printing ................................................ | _____ |
| Fees for witnesses (itemize on page two) ............................................ | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | _____ |
| Docket fees under 28 U.S.C. 1923 ................................................ | _____ |
| Costs as shown on Mandate of Court of Appeals ...................................... | _____ |
| Compensation of court-appointed experts ............................................ | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ....... | _____ |
| Other costs (please itemize)........................................................ | __519__ |

Service of process; delivery of courtesy copies to Court;
Messenger service related to removal from San Diego Superior       TOTAL $ __1,049__
Court.

SPECIAL NOTE:   Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[X] Electronic service by e-mail as set forth below and/or.

[X] Conventional service by first class mail, postage prepaid as set forth ~~below~~ in the Certificate of Service.

s/ Attorney: _____

Name of Attorney: CLIFFORD S. DAVIDSON

For: CORNELL UNIVERSITY                                              Date: June 18, 2008
         Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
Clerk of Court                      Deputy Clerk                     Date

AO-133

## ITEMIZATION OF TAXABLE AND NECESSARY EXPENSES

| FEES OF THE CLERK | AMOUNT |
|---|---|
| 1. Charles S. Sims *pro hac vice* application fee | $180.00 |
| 2. First filing/removal | $350 |
| Category Total | **$530** |

| OTHER COSTS ALLOWED PURSUANT TO LOCAL RULE 54.1 AND NINTH CIRCUIT CASES | |
|---|---|
| 1. Service of process – Federal Express expenses for service of filings on Plaintiff | $83.14 |
| 2. Federal Express expenses for delivery of courtesy copies to Court | $47.90 |
| 3. Messenger service necessary for removal of the action from San Diego Superior Court | $388.00 |
| Category total | **$ 519.04** |
| **Total taxable costs** | **$1,049.04** |



**U.S. Legal Management Services, Inc**

Mail Payment to:
U S Legal Management Services, Inc
P. O. Box 29680
Phoenix, AZ 85038

**invoice**

| INVOICE NUM | CUSTOMER |
|---|---|
| 39898 | 11667 |
| INVOICE DATE | INV AMOUNT |
| 10/31/07 | ~~869.56~~ |

388.00

PROSKAUER ROSE LLP
2049 CENTURY PARK EAST
STE. 3200
LOS ANGELES, CA 90067-3206

BILLING QUESTIONS CALL:
BILLING DEPT 866-4921110
PAYMENT QUESTIONS CALL:
PAQUI ABUEG (213)4813085

### PLEASE DETACH HERE AND RETURN WITH REMITTANCE

TAX ID# 34-2003879

| CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE | |
|---|---|---|---|---|---|
| 11667 | 39898 | 10/31/07 | 869.56 | 1 | U S LEGAL MANAGEMENT |

| 10/18/07 | 3933263 | BAR | SAN DIEGO SUPERIOR COURT<br>500 3RD AVENUE<br>CHULA VISTA   CA 91910-5697<br>Caller: Lucille Petersen<br>COPY ENTIRE FILE!!<br>VANGINDEREN V<br>CORNELL<br>37200700076496<br>Signed: CPY/PDF/PCH/ROR | PROSKAUER ROSE LLP<br>2049 CENTURY PARK EAST<br>LOS ANGELES   CA 90067-3206<br><br>21177.001<br><br>Ref: ~~ZZ246.009~~ | Base Chg : 139.50<br>Research : 15.00<br>Adv/Wit Ck: 4.00<br>Check Chg : 1.00 | 159.50 |
|---|---|---|---|---|---|---|
| BRANCH ASAP | RESEARCH | | | | | |

REDACTED

| 10/29/07 | 3940556 | BFL | PROSKAUER ROSE LLP<br>2049 CENTURY PARK EAST<br>LOS ANGELES   CA 90067-3206<br>Caller: Ivania Munguia  Wait: 30 Min<br>CCCS<br>NTC OF PARTY<br>NTC OF REMOVAL<br>DECLARATION<br>Signed: F/PCH | UNITED STATES DISTRICT COURT<br>880 FRONT STREET<br>SAN DIEGO   CA 92101-8900<br><br>21177.001<br><br>Ref: VANGINDEREN V CORNELL | Base Chg : 98.00<br>Wait : 20.00<br>Adv/Wit Ck: 350.00<br>Check Chg : 35.00 | ~~503.00~~<br>153.00 |
|---|---|---|---|---|---|
| BRANCH NEXTDAY FILE | | | | | |

filing fee for removal

REDACTED

REDACTED

RECEIVED
NOV 19 2007
ACCOUNTING

Please pay→ Continued

### INVOICE PAYMENT DUE UPON RECEIPT



**U.S. Legal Management Services, Inc**

Mail Payment to:
U S Legal Management Services, Inc
P. O. Box 29680
Phoenix, AZ 85038

**invoice**

| INVOICE NUM | CUSTOMER |
|---|---|
| 39898 | 11667 |
| INVOICE DATE | INV AMOUNT |
| 10/31/07 | 869.56 |

PROSKAUER ROSE LLP
2049 CENTURY PARK EAST
STE. 3200
LOS ANGELES, CA 90067-3206

BILLING QUESTIONS CALL:
BILLING DEPT 866-4921110
PAYMENT QUESTIONS CALL:
PAQUI ABUEG (213)4813085

### PLEASE DETACH HERE AND RETURN WITH REMITTANCE

| TAX ID# 34-2003879 | CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE | |
|---|---|---|---|---|---|---|
| | 11667 | 39898 | 10/31/07 | 869.56 | 2 | U S LEGAL MANAGEMENT |

| 10/30/07 | 3941969 | BFX | PROSKAUER ROSE LLP  2049 CENTURY PARK EAST  LOS ANGELES    CA 90067-3206  Caller: Cliff Davidson   Wait: 20 Min  37-2007-00076496 sc  ntc to state court o  f removal  Signed: LODGED/PCH | SAN DIEGO SUPERIOR COURT  500 3RD AVENUE  CHULA VISTA    CA 91910-5697  Ref: 21177-001 | Base Chg : 52.50  Wait     :  8.00  Ship/Fax :  15.00 | 75.50 |
|---|---|---|---|---|---|---|
| BRANCH FAXFILE | | | | | | |

```
                    Invoice Amount:   515.56
                    Fees Advanced:    354.00
                    Total Amount Due: 869.56
```

Please pay→  388.00
             ~~869.56~~

### INVOICE PAYMENT DUE UPON RECEIPT

# FedEx (Domestic)

Account Number : 0904-6938-0  Amount Due : $1,701.16
Invoice Number : 2-447-67982
Invoice Date : 12/25/07

| TRACKING NOS REFERENCE | SENDER'S NAME AND ADDRESS | RECIPIENT INFORMATION AND PROOF OF DELIVERY | SERVICES | CHARGES | NET CHARGE | INV |
|---|---|---|---|---|---|---|

REDACTED

Page 1    Account: 0904-6938-0    LA Office    Invoice Number: 2-447-67982    Invoice Date: 12/25/07    Amount Due:    $1,101.16

| TRACKING NOS REFERENCE | SENDER'S NAME AND ADDRESS | RECIPIENT INFORMATION AND PROOF OF DELIVERY | SERVICES | CHARGES | NET INV CHARGE |
|---|---|---|---|---|---|
| 791456953896 426 21177.001 | Cliff Davidson<br>Proskauer Rose LLP<br>2049 Century Park East<br>LOS ANGELES, CA  90067<br>SHIPPED (1)   12/14/07 | Kevin Vangindren<br><br>637 3RD AVE STE E1<br>CHULA VISTA, CA  91910<br>DELIVERED:   12/17/07 09:53   A1<br>SIGNED:   M.RAMIREZ | PRIORITY PAK<br>DISCOUNT<br>FUEL SURCHAR( | $17.40<br>-$6.61<br>$1.89 | $12.68 |
| 798831637665 431 21177.001 | Cliff Davidson<br>Proskauer Rose LLP<br>2049 Century Park East<br>LOS ANGELES, CA  90067<br>SHIPPED (1)   12/14/07 | Hon. Barry Moskowitz<br>U.S. District Court<br>940 FRONT ST<br>SAN DIEGO, CA  92101<br>DELIVERED:   12/17/07 09:13   A1<br>SIGNED:   C.FREIDMAN | PRIORITY LTR<br>DISCOUNT<br>FUEL SURCHAR( | $14.50<br>-$5.80<br>$1.52 | $10.22 |

REDACTED

REDACTED

Page 2   Account:  0904-6938-0   LA Office   Invoice Number:  2-447-67982   Invoice Date:  12/25/07   Amount Due:   $1,101.16

| FedEx (Domestic) | | Account Number : 0904-6938-0 | | | Amount Due : $772.45 | |
|---|---|---|---|---|---|---|
| | | Invoice Number : 2-370-77347 | | | | |
| | | Invoice Date : 11/13/07 | RECEIVED | | | |
| TRACKING NOS REFERENCE | SENDER'S NAME AND ADDRESS | | RECIPIENT INFORMATION AND PROOF OF DELIVERY | SERVICES | CHARGES | NET INV CHARGE |
| | | | NOV 2 6 2007 ACCOUNTING | | | |

REDACTED

Page 1    Account: 0904-6938-0    LA Office    Invoice Number: 2-370-77347    Invoice Date: 11/13/07    Amount Due:    $772.45

| TRACKING NOS REFERENCE | SENDER'S NAME AND ADDRESS | RECIPIENT INFORMATION AND PROOF OF DELIVERY | SERVICES | CHARGES | NET CHARGE |
|---|---|---|---|---|---|
| 790377453365 336 21177.001 | Ivania Munguia PROSKAUER ROSE LLP 2049 CENTURY PARK EAST LOS ANGELES, CA 90067 SHIPPED (1)    11/07/07 | Kevin Vangindren . . 637 3RD AVE STE E1 CHULA VISTA, CA 91910 DELIVERED:   11/08/07 09:44   A1 SIGNED:   A.RAMIREZ | PRIORITY LTR FUEL SURCHARG DISCOUNT | $14.50 $1.44 -$5.80 | $10.14 |

**REDACTED**

**REDACTED**

Page 3    Account: 0904-6938-0    LA Office    Invoice Number: 2-370-77347    Invoice Date: 11/13/07    Amount Due:    $772.45

FedEx (Domestic)  Account Number : 0904-6938-0  Amount Due : $886.79
Invoice Number : 2-357-65726
Invoice Date : 11/06/07

RECEIVED
NOV 1 2 2007
ACCOUNTING

| TRACKING NOS REFERENCE | SENDER'S NAME AND ADDRESS | RECIPIENT INFORMATION AND PROOF OF DELIVERY | SERVICES | CHARGES | NET INV CHARGE |
|---|---|---|---|---|---|

REDACTED

Page 1    Account: 0904-6938-0    LA Office    Invoice Number: 2-357-65726    Invoice Date: 11/06/07    Amount Due:    $886.79

| TRACKING NOS REFERENCE | SENDER'S NAME AND ADDRESS | RECIPIENT INFORMATION AND PROOF OF DELIVERY | SERVICES | CHARGES | NET CHARGE |
|---|---|---|---|---|---|
| 798796256491 295 21177.001 | Cliff Davidson<br>Proskauer Rose LLP<br>2049 Century Park East<br>LOS ANGELES, CA  90067<br><br>SHIPPED (1)        10/29/07 | Kevin Vangindren<br><br>637 3RD AVE STE E1<br>CHULA VISTA, CA  91910<br>DELIVERED:     10/30/07 09:17       A1<br>SIGNED:    J.RAMIREZ | PRIORITY LTR<br>DISCOUNT<br>FUEL SURCHARG | $14.50<br>-$5.80<br>$1.22 | $9.92 |

**REDACTED**

| 790863033083 301 21177.001 | Cliff Davidson<br>Proskauer Rose LLP<br>2049 Century Park East<br>LOS ANGELES, CA  90067<br><br>SHIPPED (1)        10/30/07 | Kevin Vangindren<br><br>637 3RD AVE STE E1<br>CHULA VISTA, CA  91910<br>DELIVERED:     10/31/07 10:17       A1<br>SIGNED:    J.RAMERIZ | PRIORITY PAK<br>DISCOUNT<br>FUEL SURCHARG | $18.30<br>-$6.95<br>$1.59 | $12.94 |

Page 2    Account: 0904-6938-0    LA Office    Invoice Number: 2-357-65726    Invoice Date: 11/06/07    Amount Due: $886.79

| TRACKING NOS REFERENCE | SENDER'S NAME AND ADDRESS | RECIPIENT INFORMATION AND PROOF OF DELIVERY | SERVICES | CHARGES | NET CHARGE |
|---|---|---|---|---|---|
| 792447513390 312 21177.001 | Pat Richard Proskauer Rose 2049 Century Park East LOS ANGELES, CA 90067 SHIPPED (1)  10/31/07 | Kevin Vanginderen, Esq. 637 3RD AVE STE E1 CHULA VISTA, CA 91910 DELIVERED: 11/01/07 09:40  A1 SIGNED: A. RAMIREZ | PRIORITY LTR DISCOUNT FUEL SURCHARG | $14.50 -$5.80 $1.22 | $9.92 |

REDACTED

Page 4   Account: 0904-6938-0   LA Office   Invoice Number: 2-357-65726   Invoice Date: 11/06/07   Amount Due:   $886.79

| FedEx (Domestic) | Account Number: 0904-6938-0 | | | | Amount Due: $896.80 |

Invoice Number : 2-383-80753
Invoice Date : 11/20/07

RECEIVED
JAN 0 8 2008
ACCOUNTING

| TRACKING NOS REFERENCE | SENDER'S NAME AND ADDRESS | RECIPIENT INFORMATION AND PROOF OF DELIVERY | SERVICES | CHARGES | NET INV CHARGE |
|---|---|---|---|---|---|

**REDACTED**

RECEIVED
DEC 2 1 2007
ACCOUNTING

Page 1   Account: 0904-6938-0   LA Office   Invoice Number: 2-383-80753   Invoice Date: 11/20/07   Amount Due:   $896.80

TRACKING NOS REFERENCE | SENDER'S NAME AND ADDRESS | RECIPIENT INFORMATION AND PROOF OF DELIVERY | SERVICES | CHARGES | NET INV CHARGE

Case 3:07-cv-02045-BTM-JMA    Document 32    Filed 06/18/2008    Page 13 of 17

**REDACTED**

| 798808312140 | Cliff Davidson | Hon. Barry Moskowitz | PRIORITY LTR | $14.50 | |
|---|---|---|---|---|---|
| 309 | Proskauer Rose LLP | U.S. District Court | FUEL SURCHARG | $1.44 | |
| | 2049 Century Park East | 940 FRONT ST | DISCOUNT | -$5.80 | |
| 21177.001 | LOS ANGELES, CA 90067 | SAN DIEGO, CA 92101 | | | |
| | | DELIVERED: 11/14/07 10:23  A1 | | | |
| | SHIPPED (1)  11/13/07 | SIGNED: J.OHTA | | | $10.14 |

**REDACTED**

# FedEx (Domestic)

Account Number : 0904-6938-0  
Invoice Number : 2-469-00500  
Invoice Date : 01/08/08  

Amount Due : $3,572.64

JAN 30 2008 ACCOUNTING

| TRACKING NOS REFERENCE | SENDER'S NAME AND ADDRESS | RECIPIENT INFORMATION AND PROOF OF DELIVERY | SERVICES | CHARGES | NET CHARGE |
|---|---|---|---|---|---|
| | | **REDACTED** | | | |
| 792622484895 201 21177.001 | Clifford S. Davidson<br>Proskauer Rose<br>2049 Century Park East<br>LOS ANGELES, CA 90067<br>SHIPPED (1)   12/28/07 | Judge Barry T. Moskowitz<br>U.S. District Court<br>940 FRONT ST<br>SAN DIEGO, CA 92101<br>DELIVERED:  12/31/07 09:47   A1<br>SIGNED:  J OHTA | PRIORITY PKG<br>DISCOUNT<br>FUEL SURCHARG | $17.40<br>-$6.61<br>$1.89 | $12.68 |
| | | **REDACTED** | | | .51 |

Page 1     Account: 0904-6938-0     LA Office     Invoice Number: 2-469-00500     Invoice Date: 01/08/08     Amount Due: $3,572.64

| TRACKING NOS REFERENCE | SENDER'S NAME AND ADDRESS | RECIPIENT INFORMATION AND PROOF OF DELIVERY | SERVICES | CHARGES | NET CHARGE |
|---|---|---|---|---|---|
| 799246329672 | Clifford S. Davidson | Kevin Vanginderen | PRIORITY PKG | $17.40 | |
| 204 | Proskauer Rose | | FUEL SURCHARG | $1.89 | |
| . | 2049 Century Park East | 637 3rd Avenue | DISCOUNT | -$6.61 | |
| 21177.001 | LOS ANGELES, CA  90067 | CHULA VISTA, CA  91910 | | | |
| | | DELIVERED:   12/31/07 10:44   Al | | | |
| | SHIPPED (1)           12/28/07 | SIGNED:   J.RAMIREZ | | | $12.68 |

**REDACTED**

Page 2    Account: 0904-6938-0    LA Office    Invoice Number: 2-469-00500    Invoice Date: 01/08/08    Amount Due:    $3,572.64

**FedEx (Domestic)**  Account Number : 0904-6938-0  Amount Due : $847.60
Invoice Number : 2-433-34274
Invoice Date : 12/18/07

JUN 3 2008

ACCOUNTING

| TRACKING NOS REFERENCE | SENDER'S NAME AND ADDRESS | RECIPIENT INFORMATION AND PROOF OF DELIVERY | SERVICES | CHARGES | NET CHARGE | INV |

**REDACTED**

Page 1   Account: 0904-6938-0   LA Office   Invoice Number: 2-433-34274   Invoice Date: 12/18/07   Amount Due:   $847.60

| TRACKING NOS REFERENCE | SENDER'S NAME AND ADDRESS | RECIPIENT INFORMATION AND PROOF OF DELIVERY | SERVICES | CHARGES | NET CHARGE |
|---|---|---|---|---|---|
| 792470866356 324 21177.001 | Cliff Davidson<br>Proskauer Rose LLP<br>2049 Century Park East<br>LOS ANGELES, CA 90067<br>SHIPPED (1)   12/12/07 | Hon. Barry Moskowitz<br>U.S. District Court<br>940 FRONT ST<br>SAN DIEGO, CA 92101<br>DELIVERED:   12/13/07 09:25   A1<br>SIGNED:   D.REINHARDT | PRIORITY PKG<br>DISCOUNT<br>FUEL SURCHARG | $20.40<br>-$7.75<br>$2.21 | $14.86 |
| 798829259316 327 21177.001 | Cliff Davidson<br>Proskauer Rose LLP<br>2049 Century Park East<br>LOS ANGELES, CA 90067<br>SHIPPED (1)   12/12/07 | Kevin Vangindren<br>637 3RD AVE STE E1<br>CHULA VISTA, CA 91910<br>DELIVERED:   12/13/07 09:34   A1<br>SIGNED:   J.RAMIREZ | PRIORITY PKG<br>DISCOUNT<br>FUEL SURCHARG | $20.40<br>-$7.75<br>$2.21 | $14.86 |

Page 4    Account: 0904-6938-0    LA Office    Invoice Number: 2-433-34274    Invoice Date: 12/18/07    Amount Due:    $847.60