1  NELSON E. ROTH, SBN 67350
       ner3@cornell.edu
2  CORNELL UNIVERSITY
   300 CCC Building
3  Garden Avenue
   Ithaca, New York 14853-2601
4  Telephone:    (607)255-5124
   Facsimile:    (607)255-2794
5
   BERT H. DEIXLER, SBN 70614
6      bdeixler@proskauer.com
   CHARLES S. SIMS, New York Attorney Registration No. 1535640
7      admitted *pro hac vice*
       csims@proskauer.com
8  CLIFFORD S. DAVIDSON, SBN 246119
       cdavidson@proskauer.com
9  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
10 Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
11 Facsimile:    (310) 557-2193

12 Attorneys for Defendant,
   CORNELL UNIVERSITY

13

14                    UNITED STATES DISTRICT COURT

15                   SOUTHERN DISTRICT OF CALIFORNIA

16

17 KEVIN VANGINDEREN,                )  Case No. 07-CV-2045-BTM (JMA)
                                     )
18         Plaintiff,                )
                                     )  **NOTICE TO PLAINTIFF OF**
19    v.                             )  **APPLICATION TO THE CLERK TO**
                                     )  **TAX COSTS BY DEFENDANT**
20 CORNELL UNIVERSITY,               )  **CORNELL UNIVERSITY**
                                     )
21         Defendant.                )  Date:   July 8, 2008
                                     )  Time:   10 a.m.
22                                   )  Place:  Room 4290
                                     )          (619) 557-6415
23 _____  )

24

25

26

27

28

1  TO PLAINTIFF AND HIS ATTORNEYS OF RECORD, IF ANY:

2  PLEASE TAKE NOTICE THAT on July 8, 2008, at 10 a.m. in Room 4290 of the U.S.

3  Courthouse, located at 880 Front Street, San Diego, California 92101, a hearing will be held on

4  defendant Cornell University's application to the clerk to tax costs.  Cornell will appear

5  telephonically and Plaintiff may do the same.  The dial-in number is (619) 557-6415.  The

6  application is made pursuant to the judgment entered on June 3, 2008 in favor of defendant Cornell

7  University and against plaintiff Kevin Vanginderen.

8

9
10  DATED: June 18, 2008                                          NELSON E. ROTH
                                                                  CORNELL UNIVERSITY
11
                                                                  BERT H. DEIXLER
                                                                  CHARLES S. SIMS
12                                                                CLIFFORD S. DAVIDSON
                                                                  PROSKAUER ROSE LLP
13

14                                                                /s  Clifford S. Davidson
                                                                         Clifford S. Davidson
15
                                                                  Attorneys for Defendant,
16                                                                CORNELL UNIVERSITY

17

18

19

20

21

22

23

24

25

26

27

28