1   NELSON E. ROTH, SBN 67350
      ner3@cornell.edu
2   CORNELL UNIVERSITY
      300 CCC Building
3   Garden Avenue
      Ithaca, New York 14853-2601
4   Telephone:    (607)255-5124
      Facsimile:    (607)255-2794
5

6   BERT H. DEIXLER, SBN 70614
      bdeixler@proskauer.com
7   CHARLES S. SIMS, New York Attorney Registration No. 1535640
      admitted *pro hac vice*
      csims@proskauer.com
8   CLIFFORD S. DAVIDSON, SBN 246119
      cdavidson@proskauer.com
9   PROSKAUER ROSE LLP
      2049 Century Park East, 32nd Floor
10   Los Angeles, CA  90067-3206
      Telephone:    (310) 557-2900
11   Facsimile:    (310) 557-2193

12   Attorneys for Defendant,
      CORNELL UNIVERSITY
13

14              UNITED STATES DISTRICT COURT

15           SOUTHERN DISTRICT OF CALIFORNIA

16

17   KEVIN VANGINDEREN,          )   Case No. 07-CV-2045-BTM-JMA

18         Plaintiff,           )
                               )   CERTIFICATE OF SERVICE

19        v.                 )

20   CORNELL UNIVERSITY,        )

21         Defendant.        )

22   _____ )

23

24

25

26

27

28

1          **CERTIFICATE OF SERVICE**

2

3     STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4     I declare that: I am employed in the county of Los Angeles, California.  I am over the age
      of eighteen years and not a party to the within cause; my business address is 2049 Century
5     Park East, Suite 3200, Los Angeles, California 90067-3206.

6     On June 18, 2008, I served the foregoing documents, described as:

7         1.  NOTICE TO PLAINTIFF OF APPLICATION TO THE CLERK TO TAX COSTS BY
              DEFENDANT CORNELL UNIVERSITY;

8         2.  BILL OF COSTS; and

9         3.  DECLARATION OF CLIFFORD S. DAVIDSON IN SUPPORT OF DEFENDANT
              CORNELL UNIVERSITY'S APPLICATION TO THE CLERK TO TAX COSTS.

10
      ☒     by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes
11    addressed as follows:

12                              Kevin Vanginderen
                                637 3rd Avenue, Suite E-1
13                              Chula Vista, CA 91910

14    ☐     (By Fax) By transmitting a true and correct copy thereof via facsimile transmission
      to
15
      ☒     (By Mail) I am "readily familiar: with the Firm's practice of collection and
16    processing correspondence for mailing.  Under that practice, it would be deposited with
      U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles,
17    California, in the ordinary course of business.  I am aware that on motion of the party
      served, service is presumed invalid if postal cancellation date or postage meter date is
18    more than one day after date of deposit for mailing in affidavit.

19    ☐     (By Personal Service)

20    ☐     By personally delivering such envelope to the addressee.

21    ☐     By causing such envelope to be delivered by messenger to the office of the
      addressee.
22
      ☐     By causing such envelope to be delivered by the office of the addressee by
23    OVERNIGHT DELIVERY via Federal Express or by other similar overnight delivery
      service.
24
      ☒     (Federal) I declare that I am employed in the office of a member of the bar of this
25    court at whose direction the service was made.

26    Executed on June 18, 2008, at Los Angeles, California.

27    _____Ivania Munguia_____          _____
              Type or Print Name                        Signature
28