1

## <u>TABLE OF CONTENTS OF EXHIBITS</u>

2

3 **EXHIBIT A**

4 Proskauer's bills relating to anti-SLAPP motion as submitted to Cornell . . . . . . . . .4

5

6 **EXHIBIT B**

7 Summary of Proskauer's billed time submitted to Cornell. . . . . . . . . . . . . . . . . . .17

8

9 **EXHIBIT C**

10 Detail of unbilled June 2008 related to Bill of Costs and this Motion. . . . . . . . . . . 18

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

CORNELL UNIVERSITY                                                    775667
21 BECKETT WAY                                             November 13, 2007
ITHACA, NY 14850
ATTENTION:  NELSON E. ROTH, ESQ., DEPUTY UNIVERSITY COUNSEL

PROSKAUER ROSE LLP    1585 Broadway
                      New York, NY 10036-8299    Employer Identification No. 13-1840454

CLIENT NAME:  CORNELL UNIVERSITY
MATTER NAME:  KEVIN VANGINDEREN V. CORNELL UNIVERSITY
OUR REFERENCE #: 21177.0001

FOR LEGAL SERVICES RENDERED
for the period ending October 31, 2007 as set forth
in the attached printout.

Fees:                                                    $36,837.50  30,012.50

REDACTED                                    REDACTED

FOR YOUR CONVENIENCE YOU MAY WIRE PAYMENT TO:
CITIBANK, N.A., 111 WALL STREET, NEW YORK NY 10005
ACCOUNT NO. 02838341
ABA NO. 021-000089

EXHIBIT A,
Page 4

PROSKAUER ROSE LLP

CORNELL UNIVERSITY

KEVIN VANGINDEREN V. CORNELL UNIVERSITY

November 13, 2007

Page 2

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 10/03/2007 | BERT H. DEIXLER | Review complaint; prepare memorandum to Mr. Roth. | .25 |
| 10/05/2007 | BERT H. DEIXLER | Review cases in New York and California; prepare correspondence to Mr. Roth. | .25 |
| 10/05/2007 | CHARLES S. SIMS | Emails to obtain research from Media Law Resource Center, and email to BD re same | .25 |
| 10/15/2007 | BERT H. DEIXLER | Telephone conference with Mr. Roth, Ms. McCleary and Ms. Cross; discuss removal. | .25 |
| 10/15/2007 | BERT H. DEIXLER | Legal research regarding anti-SLAPP statutes; simple publication rule. | 1.00 |
| 10/15/2007 | LARY ALAN RAPPAPORT | CORNELL - legal research for BHD | .50 |
| 10/16/2007 | BERT H. DEIXLER | Telephone conference with Mr. Vanginderen. | .50 |
| 10/16/2007 | BERT H. DEIXLER | Review memorandum; review correspondence from Mr. Roth. | .25 |
| 10/16/2007 | CLIFFORD SCOTT DAVIDSON | Received assignment. Conducted legal research on anti-SLAPP motions. | 1.00 |
| 10/17/2007 | CLIFFORD SCOTT DAVIDSON | Performed legal research. Conferred with Lary Rappaport and Bert Deixler regarding anti-SLAPP motion and removal. | 6.50 |
| 10/17/2007 | BERT H. DEIXLER | Review correspondence from C. Simms; prepare memo to C. Sims; C. Davidson regarding anti-SLAPP. | .25 |
| 10/17/2007 | BERT H. DEIXLER | Telephone conference with Mr. Roth regarding anti-SLAPP motion. | .25 |
| 10/17/2007 | BERT H. DEIXLER | Review documents; conference with C. Davidson regarding anti-SLAPP. | .25 |
| 10/17/2007 | LARY ALAN RAPPAPORT | Cornell - conference Mr. Davidson re anti-SLAPP motion; legal research; memorandum Mr. Davidson | .50 |
| | REDACTED | | |
| | | REDACTED | REDACTED |
| 10/17/2007 | CHARLES S. SIMS | Edit motion papers | .50 |
| | | | REDACTED |
| | REDACTED | | |
| 10/18/2007 | LARY ALAN | CORNELL conf Mr. Davidson re anti-SLAPP | .75 |

**EXHIBIT A,**
**Page 5**

PROSKAUER ROSE LLP
CORNELL UNIVERSITY                                    November 13, 2007
KEVIN VANGINDEREN V. CORNELL UNIVERSITY               Page 3

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
|  | RAPPAPORT | and 12 b 6 motions; legal research; conf Mr. Deixler | |
| 10/18/2007 | BERT H. DEIXLER | Review memorandum; prepare memorandum regarding 12(b) 6 motion. | .25 |
| 10/18/2007 | BERT H. DEIXLER | Conference with C. Davidson and L. Rappaport regarding research. | .25 |
| 10/18/2007 | BERT H. DEIXLER | Prepare correspondence to Mr. Roth; conference regarding judicial notice with C. Davidson. | .25 |
| 10/18/2007 | BERT H. DEIXLER | Prepare correspondence to Mr. Roth regarding removal and anti-SLAPP issues; conference with C. Davidson regarding late arriving NY criminal documents. | .25 |
| 10/18/2007 | CLIFFORD SCOTT DAVIDSON | Drafted anti-SLAPP motion. | 8.75 |
| 10/19/2007 | CLIFFORD SCOTT DAVIDSON | Drafted ~~notice of removal and~~ anti-SLAPP motion. | ~~6.25~~ 3.25 |
| 10/19/2007 | BERT H. DEIXLER | Review anti-SLAPP research. | .50 |
| 10/20/2007 | CLIFFORD SCOTT DAVIDSON | Drafted anti-SLAPP motion. | 8.75 |
| 10/21/2007 | CLIFFORD SCOTT DAVIDSON | Drafted anti-SLAPP motion. | 10.25 |
| 10/21/2007 | BERT H. DEIXLER | Prepare introduction to anti-SLAPP motion and revise. | .50 |
| 10/22/2007 | CLIFFORD SCOTT DAVIDSON | Drafted anti-SLAPP motion ~~and removal papers.~~ Conferred with Bert Deixler re same. Drafted declaration of Nelson E. Roth. | ~~8.50~~ 6.50 |
| 10/22/2007 | BERT H. DEIXLER | Revise brief; prepare correspondence to C. Sims. | 1.25 |
| 10/22/2007 | BERT H. DEIXLER | Revise brief regarding anti-SLAPP motion; conference with C. Davidson. | .75 |
| 10/23/2007 | CHARLES S. SIMS | Review, edit motion to strike (twice); various emails w/BDeixler re Cornell's special motion to strike | 1.00 |
| 10/23/2007 | BERT H. DEIXLER | Revise anti-SLAPP motion. | .50 |
| 10/23/2007 | BERT H. DEIXLER | Revise motion to dismiss. | 1.50 |
| 10/23/2007 | CLIFFORD SCOTT DAVIDSON | Drafted anti-SLAPP motion, declarations, request for judicial notice, ~~notice of removal~~ and supporting papers. | ~~6.00~~ 4.00 |
| 10/24/2007 | BERT H. DEIXLER | Revise anti-SLAPP motion. | .25 |
| 10/24/2007 | BERT H. DEIXLER | Legal research regarding anti-SLAPP (Kim motion). | .25 |
| 10/24/2007 | CLIFFORD SCOTT | Drafted memorandum of points and | ~~6.75~~ 4.75 |

**EXHIBIT A,**
**Page 6**

PROSKAUER ROSE LLP
CORNELL UNIVERSITY                                          November 13, 2007
KEVIN VANGINDEREN V. CORNELL UNIVERSITY                     Page 4

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| | DAVIDSON | authorities. ~~Prepared removal papers.~~ ~~Conferred with Bert Deixler regarding~~ ~~removal.~~ REDACTED | REDACTED |
| 10/25/2007 | BERT H. DEIXLER | Review removal material. | .25 |
| 10/25/2007 | BERT H. DEIXLER | Prepare correspondence. | .25 |
| | REDACTED | REDACTED | REDACTED |
| 10/25/2007 | CLIFFORD SCOTT DAVIDSON | ~~Drafted and finalized removal papers.~~ Revised declarations and anti-SLAPP motion. | ~~5.25~~ 3.25 |
| 10/25/2007 | CHARLES S. SIMS | Review, edit motion papers | 1.00 |
| | REDACTED | REDACTED | REDACTED |
| 10/29/2007 | BERT H. DEIXLER | Review and revise brief; conference C. Davidson regarding same. | .50 |
| 10/29/2007 | BERT H. DEIXLER | Conference with C. Davidson regarding filing; prepare correspondence to Mr. Roth regarding filing and prior delivery; conference with C. Davidson regarding same. | .25 |
| 10/29/2007 | BERT H. DEIXLER | Telephone conference with Mr. Roth. | .25 |
| 10/29/2007 | CLIFFORD SCOTT DAVIDSON | Revised anti-SLAPP motion. Revised declaration. ~~Coordinated service of Notice of~~ ~~Removal.~~ | ~~4.75~~ 3.75 |
| 10/30/2007 | BERT H. DEIXLER | Review declarations; conference with C. Davidson. | .50 |
| 10/30/2007 | BERT H. DEIXLER | Telephone conference with San Diego Court; revise memorandum of points and authorities; prepare correspondence to plaintiff; conference with C. Davidson. | 1.25 |
| 10/30/2007 | BERT H. DEIXLER | Prepare and revise correspondence. | .25 |
| 10/30/2007 | CLIFFORD SCOTT DAVIDSON | Revised anti-SLAPP motion, declarations, request for judicial notice. ~~Prepared~~ ~~documents regarding notice of removal for~~ ~~service on state court and plaintiff.~~ | ~~3.50~~ 2.50 |
| 10/31/2007 | BERT H. DEIXLER | Conference with C. Davidson; revise brief and notice. | .50 |
| 10/31/2007 | LARY ALAN RAPPAPORT | Conf Mr. Davidson re anti-SLAPP motion and review draft motion for filing | .25 |
| 10/31/2007 | CLIFFORD SCOTT DAVIDSON | Prepared exhibits for electronic filing. Finalized moving papers. Corresponded with Valerie Cross Dorn regarding Request for | 4.00 |

PROSKAUER ROSE LLP
CORNELL UNIVERSITY
KEVIN VANGINDEREN V. CORNELL UNIVERSITY

November 13, 2007
Page 5

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
|      |          | Judicial Notice and accompanying exhibits. Conferred with Bert Deixler regarding motions. |  |

## TIME AND FEE SUMMARY

| Attorney | Hours | Rate | Dollars | |
|----------|-------|------|---------|---|
| BERT H. DEIXLER | 13.75 ~~14.25~~ | 350.00 | ~~4,987.30~~ | 4812.50 |
| LARY ALAN RAPPAPORT | 2.00 ~~2.50~~ | 350.00 | ~~875.00~~ | 700.00 |
| CHARLES S. SIMS | 2.75 | 350.00 | 962.50 | |
| **TOTAL FOR PARTNER** | ~~18.50~~ 19.50 | | ~~6,825.00~~ | 6,475.00 |
| | | | | |
| CLIFFORD SCOTT DAVIDSON | ~~67.25~~ 83.75 | 350.00 | ~~29,312.50~~ | 23,537.50 |
| **TOTAL FOR ASSOCIATE** | ~~67.25~~ 83.75 | | ~~29,312.50~~ | 23,537.50 |

**REDACTED**

| MATTER TOTAL | ~~85.75~~ 196.75 | | ~~36,857.50~~ 30,012.50 |
|--------------|------|--|-------------|

**REDACTED**

**EXHIBIT A,**
**Page 8**

CORNELL UNIVERSITY                                                781073
300 CCC BUILDING                                         December 11, 2007
GARDEN AVENUE
ITHACA, NY 14853-2601
ATTENTION: NELSON E. ROTH, ESQ., DEPUTY UNIVERSITY COUNSEL

PROSKAUER ROSE LLP          1585 Broadway
                            New York, NY 10036-8299    Employer identification No. 13-1840454

CLIENT NAME: CORNELL UNIVERSITY
MATTER NAME: KEVIN VANGINDEREN V. CORNELL UNIVERSITY
OUR REFERENCE #: 21177.0001

FOR LEGAL SERVICES RENDERED
for the period ending November 30, 2007 as set forth
in the attached printout.

Fees:                                                          $9,887.50

**REDACTED**

FOR YOUR CONVENIENCE YOU MAY WIRE PAYMENT TO:
CITIBANK, N.A., 111 WALL STREET, NEW YORK NY 10005
ACCOUNT NO. 02838341
ABA NO. 021-000089

**EXHIBIT A,**
**Page 9**

PROSKAUERROSELLP
CORNELL UNIVERSITY
KEVIN VANGINDEREN V. CORNELL UNIVERSITY

December 11, 2007
Page 2

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 11/01/2007 | BERT H. DEIXLER | Prepare correspondence to opposing counsel. | .25 |
| 11/01/2007 | BERT H. DEIXLER | Prepare correspondence to Mr. Roth; conference with C. Davidson. | .25 |
| 11/01/2007 | BERT H. DEIXLER | Review and prepare correspondence to Mr. Roth. | .25 |
| 11/01/2007 | BERT H. DEIXLER | Revise brief; conference regarding same. | .25 |
| 11/01/2007 | CLIFFORD SCOTT DAVIDSON | Drafted and revised anti-SLAPP motion and related moving papers. | 3.25 |
| 11/02/2007 | CLIFFORD SCOTT DAVIDSON | Finalized and served anti-SLAPP motion and supporting papers. | 3.50 |
| 11/02/2007 | BERT H. DEIXLER | Review correspondence from opposing counsel; prepare correspondence. | .25 |
| 11/06/2007 | CLIFFORD SCOTT DAVIDSON | Conferred with Valerie Cross Dorn regarding corrections to her declaration. Drafted revised declaration. | .50 |
| 11/06/2007 | BERT H. DEIXLER | Review and prepare correspondence. | .25 |
| 11/07/2007 | CLIFFORD SCOTT DAVIDSON | Finalized, filed and served corrected declaration. | 2.25 |
| 11/09/2007 | CLIFFORD SCOTT DAVIDSON | Reviewed Vanginderen's OSC opposition. | .25 |
| 11/10/2007 | BERT H. DEIXLER | Review memorandum regarding discovery issues; review opposition to OSC. | .25 |
| 11/13/2007 | BERT H. DEIXLER | Review order; conference with C. Davidson. | .25 |
| 11/13/2007 | CLIFFORD SCOTT DAVIDSON | Prepared courtesy copy of filing to submit to court, at request of chambers. | .50 |
| 11/14/2007 | BERT H. DEIXLER | Review OSC opposition. | .25 |
| 11/14/2007 | BERT H. DEIXLER | Telephone conference with Mr. Roth. | .25 |
| 11/14/2007 | CLIFFORD SCOTT DAVIDSON | Reviewed opposition to OSC. | .25 |
| 11/20/2007 | BERT H. DEIXLER | Review police report; conference with C. Davidson regarding same. | .25 |
| 11/20/2007 | BERT H. DEIXLER | Telephone conference with Mr. Roth. | .25 |
| 11/20/2007 | CLIFFORD SCOTT DAVIDSON | Reviewed unsealed documents. | .75 |
| 11/21/2007 | CLIFFORD SCOTT DAVIDSON | Corresponded with Cornell regarding plaintiff's purported response to reply to OSC. | .25 |
| 11/21/2007 | BERT H. DEIXLER | Conference with C. Davidson regarding request for notice; review response to reply. | .25 |
| 11/26/2007 | BERT H. DEIXLER | Telephone conference with Mr. Roth. | .25 |

**EXHIBIT A,**
**Page 10**

PROSKAUER ROSE LLP
CORNELL UNIVERSITY                                              December 11, 2007
KEVIN VANGINDEREN V. CORNELL UNIVERSITY                                Page 3

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 11/26/2007 | BERT H. DEIXLER | Review opposition to anti-SLAPP motion. | .50 |
| 11/26/2007 | CLIFFORD SCOTT DAVIDSON | Reviewed opposition to anti-SLAPP motion. Outlined reply. | 1.00 |
| 11/27/2007 | CLIFFORD SCOTT DAVIDSON | Conferred with Joe Wright regarding reply and request for judicial notice in support of anti-SLAPP motion. | .50 |
| 11/27/2007 | JOSEPH K. WRIGHT | Discussed case background and research/drafting assignments with C. Davidson; read relevant portions of file in preparation to draft additional request for judicial notice | 1.00 |
| 11/28/2007 | CLIFFORD SCOTT DAVIDSON | Drafted reply in further support of anti-SLAPP motion. | 1.00 |
| 11/28/2007 | BERT H. DEIXLER | Review request for judicial notice; memorandum to J. Wright. | .25 |
| 11/28/2007 | JOSEPH K. WRIGHT | Drafted additional request for judicial notice as per C. Davidson; researched discovery rule in libel action context in preparation for Reply brief on anti-SLAPP motion | 2.75 |
| 11/29/2007 | JOSEPH K. WRIGHT | Researched discovery rule for tolling statute of limitations in a libel case and factually similar cases re reports of arrests "in connection with" multiple crimes in preparation for anti-SLAPP Motion Reply brief | 4.50 |
| 11/30/2007 | JOSEPH K. WRIGHT | Researched factually similar libel cases involving criminal cases. | 1.25 |
| 11/30/2007 | CLIFFORD SCOTT DAVIDSON | Conferred with Nelson Roth regarding reply and additional unsealed materials. | .50 |

**TIME AND FEE SUMMARY**

| Attorney | Hours | Rate | Dollars |
|----------|-------|------|---------|
| BERT H. DEIXLER | 4.25 | 350.00 | 1,487.50 |
| **TOTAL FOR PARTNER** | **4.25** | | **1,487.50** |
| | | | |
| CLIFFORD SCOTT DAVIDSON | 14.50 | 350.00 | 5,075.00 |
| JOSEPH K. WRIGHT | 9.50 | 350.00 | 3,325.00 |
| **TOTAL FOR ASSOCIATE** | **24.00** | | **8,400.00** |
| | | | |
| **MATTER TOTAL** | **28.25** | | **9,887.50** |

REDACTED

**EXHIBIT A,**
**Page 11**

PROSKAUER ROSE LLP
CORNELL UNIVERSITY
KEVIN VANGINDEREN V. CORNELL UNIVERSITY

December 11, 2007
Page 4

**REDACTED**

**CORNELL UNIVERSITY**                                                787884
**300 CCC BUILDING**                                        **January 15, 2008**
**GARDEN AVENUE**
**ITHACA, NY 14853-2601**
**ATTENTION: NELSON E. ROTH, ESQ., DEPUTY UNIVERSITY COUNSEL**

PROSKAUER ROSE LLP    1685 Broadway
New York, NY 10036-8299    Employer identification No. 13-1840454

**CLIENT NAME: CORNELL UNIVERSITY**
**MATTER NAME: KEVIN VANGINDEREN V. CORNELL UNIVERSITY**
**OUR REFERENCE #: 21177.0001**

FOR LEGAL SERVICES RENDERED
for the period ending December 31, 2007 as set forth
in the attached printout.

Fees:                                                    $20,236.25  $20,148.75

REDACTED

FOR YOUR CONVENIENCE YOU MAY WIRE PAYMENT TO:
CITIBANK, N.A., 111 WALL STREET, NEW YORK NY 10005
ACCOUNT NO. 02838341
ABA NO. 021-000089

**EXHIBIT A,**
**Page 13**

PROSKAUERROSE LLP
CORNELL UNIVERSITY
KEVIN VANGINDEREN V. CORNELL UNIVERSITY

January 15, 2008
Page 2

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 12/02/2007 | CLIFFORD SCOTT DAVIDSON | Drafted reply in support of anti-SLAPP motion. | 1.25 |
| 12/03/2007 | JOSEPH K. WRIGHT | Researched discovery rule for tolling statute of limitations in a libel case and factually similar cases re reports of arrests "in connection with" multiple crimes in preparation for anti-SLAPP Motion Reply brief; discussed research assignment progress with C. Davidson | 2.50 |
| 12/03/2007 | CLIFFORD SCOTT DAVIDSON | Corresponded with Nelson Roth and Valerie Dorn regarding declarations. Conferred with Joe Wright regarding his research in support of reply. Reviewed proposed Nelson Roth declaration. | .75 |
| 12/04/2007 | JOSEPH K. WRIGHT | Researched cases re standard for truthfulness and privilege in news report; reviewed portions of pleadings | 2.75 |
| 12/04/2007 | BERT H. DEIXLER | Review Roth declaration. | .25 |
| 12/05/2007 | BERT H. DEIXLER | Legal research. | .25 |
| 12/05/2007 | JOSEPH K. WRIGHT | Researched court rules regarding citation to unpublished cases in federal court; drafted language for anti-SLAPP motion reply brief re discovery and single-publication rules. | 6.25 |
| 12/05/2007 | CLIFFORD SCOTT DAVIDSON | Prepared police, D.A. and court records for judicial notice. Corresponded with Nelson Roth and Valerie Dorn regarding same. | .75 |
| 12/05/2007 | IVANIA MUNGUIA | Organize docs | .25 |
| 12/06/2007 | BERT H. DEIXLER | Review Roth declaration. | .25 |
| 12/06/2007 | BERT H. DEIXLER | Review Roth final declaration; conference with J. Wright regarding legal research issue. | .25 |
| 12/06/2007 | JOSEPH K. WRIGHT | Drafted portions of anti-SLAPP motion reply brief as per C. Davidson | 4.00 |
| 12/06/2007 | CLIFFORD SCOTT DAVIDSON | Corresponded with Valerie Cross Dorn and Nelson Roth regarding exhibits. Reviewed research memo of Joe Wright. Drafted reply. | 2.00 |
| 12/07/2007 | CLIFFORD SCOTT DAVIDSON | Corresponded with Valerie Cross Dorn and Nelson Roth regarding exhibits. Drafted reply. | .75 |
| 12/07/2007 | BERT H. DEIXLER | Prepare correspondence to Mr. Roth. | .25 |
| 12/07/2007 | BERT H. DEIXLER | Review memorandum from Mr. Roth. | .25 |
| 12/10/2007 | JOSEPH K. WRIGHT | Researched propriety of citing unpublished and depublished state court case law in federal | 1.25 |

**EXHIBIT A,**
**Page 14**

PROSKAUER ROSE LLP

CORNELL UNIVERSITY                                         January 15, 2008
KEVIN VANGINDEREN V. CORNELL UNIVERSITY                    Page 3

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| | | case as per C. Davidson | |
| 12/10/2007 | CLIFFORD SCOTT DAVIDSON | Drafted reply and request for judicial notice in support of anti-SLAPP motion. | 8.50 |
| 12/11/2007 | CLIFFORD SCOTT DAVIDSON | Drafted reply brief, request for judicial notice and supporting declarations. | 7.00 |
| 12/11/2007 | BERT H. DEIXLER | Revise reply. | .75 |
| 12/11/2007 | BERT H. DEIXLER | Revise Roth declaration. | .25 |
| 12/12/2007 | CLIFFORD SCOTT DAVIDSON | Drafted reply brief and declarations. Filed request for judicial notice and supporting declarations. | 6.50 |
| 12/12/2007 | BERT H. DEIXLER | Review Ithaca court records; conference with C. Davidson. | .25 |
| 12/13/2007 | BERT H. DEIXLER | Review reply and declarations; conference with C. Davidson. | .50 |
| 12/13/2007 | CLIFFORD SCOTT DAVIDSON | Drafted reply in support of anti-SLAPP motion, declarations, and evidentiary objections. | 3.50 |
| 12/14/2007 | CLIFFORD SCOTT DAVIDSON | Finalized and filed reply in support of anti-SLAPP motion and supporting declarations. | 4.50 |
| 12/14/2007 | BERT H. DEIXLER | Review evidentiary objection; conference with C. Davidson. | .25 |
| 12/20/2007 | BERT H. DEIXLER | Review court order; prepare memorandum to Mr. Roth. | .25 |
| 12/20/2007 | BERT H. DEIXLER | Review and prepare correspondence to Mr. Roth; C. Davidson regarding supplemental declaration. | .25 |
| 12/27/2007 | CLIFFORD SCOTT DAVIDSON | Prepared and filed Notice to Court of California Supreme Court Decision. REDACTED | .75 |
| 12/27/2007 | BERT H. DEIXLER | Prepare and review memorandum regarding Hebrew Academy case. | .25 |
| 12/28/2007 | CLIFFORD SCOTT DAVIDSON | Filed proof of service. | .25 |

## TIME AND FEE SUMMARY

| Attorney | Hours | Rate | Dollars |
|----------|-------|------|---------|
| BERT H. DEIXLER | 4.25 | 350.00 | 1,487.50 |
| ~~TANYA L. FORSHEIT~~ | ~~.25~~ | ~~350.00~~ | ~~87.50~~ |
| **TOTAL FOR PARTNER** | 4.25 ~~4.50~~ | | ~~1,575.00~~ 1,487.50 |
| CLIFFORD SCOTT DAVIDSON | 36.50 | 350.00 | 12,775.00 |

**EXHIBIT A,**
**Page 15**

PROSKAUER ROSE LLP
CORNELL UNIVERSITY
KEVIN VANGINDEREN V. CORNELL UNIVERSITY

January 15, 2008
Page 4

| | | | |
|---|---|---|---|
| JOSEPH K. WRIGHT | 16.75 | 350.00 | 5,862.50 |
| **TOTAL FOR ASSOCIATE** | **53.25** | | **18,637.50** |
| | | | |
| IVANIA MUNGUIA | .25 | 95.00 | 23.75 |
| **TOTAL FOR LEGAL ASSISTANT** | **.25** | | **23.75** |

MATTER TOTAL          57.75 ~~58.00~~          ~~20,236.25~~  20,148.75

**REDACTED**

# EXHIBIT B

**Summary of Fees Incurred By Cornell in Prosecuting Anti-SLAPP Motion**

|  | Total Hours | Total Fees Incurred |
|---|---|---|
| **October 2007** | 85.75 | $30,012.50 |
| **November 2007** | 28.25 | $9,887.50 |
| **December 2007** | 36.50 | $20,148.75 |
| **June 2008** | 15.75 | $5,512.50 |
| **Grand Total** | **166.25** | **$65,561.25** |

# EXHIBIT C

**Time Spent on Bill of Costs and Motion for Attorneys' Fees**

**Bill of Costs and Notice of Judgment**

|  | Task | Time | Cost |
|---|---|---|---|
| 4-Jun-08 | Reviewed anti-SLAPP Order. Prepared notice to Plaintiff of judgment. | 2.00 | $700.00 |
| 16-Jun-08 | Performed legal research in connection with applications for attorneys' fees and costs. | 1.50 | $525.00 |
| 17-Jun-08 | Researched effect of appeal on application for costs and attorneys' fees. Compiled invoices for bill of costs. | 1.25 | $437.50 |
| 18-Jun-08 | Drafted and filed Bill of Costs. | 5.00 | $1,750.00 |
| **Total** |  | 9.75 | $3,412.50 |

**Motion for Attorneys' Fees**

|  | Task | Time | Cost |
|---|---|---|---|
| 30-Jun-08 | Drafted Motion for Attorneys' Fees | 1.00 | $350.00 |
| 1-Jul-08 | Drafted Motion for Attorneys' Fees | 5.00 | $1,750.00 |
| **Total** |  | 6.00 | $2,100.00 |
| **Grand Total** |  | **15.75** | **$5,512.50** |

**EXHIBIT C,**
**Page 18**