```
 1  NELSON E. ROTH, SBN 67350
        ner3@cornell.edu
 2  CORNELL UNIVERSITY
    300 CCC Building
 3  Garden Avenue
    Ithaca, New York 14853-2601
 4  Telephone:    (607)255-5124
    Facsimile:    (607)255-2794
 5
    BERT H. DEIXLER, SBN 70614
 6      bdeixler@proskauer.com
    CLIFFORD S. DAVIDSON, SBN 246119
 7      cdavidson@proskauer.com
    PROSKAUER ROSE LLP
 8  2049 Century Park East, 32nd Floor
    Los Angeles, CA  90067-3206
 9  Telephone:    (310) 557-2900
    Facsimile:    (310) 557-2193
10
    Attorneys for Defendant,
11  CORNELL UNIVERSITY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KEVIN VANGINDEREN,  | Case No. 07-cv-2045 BTM(JMA) |
|---|---|
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| CORNELL UNIVERSITY, | Hon. Barry T. Moskowitz |
| Defendant. | |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On July 2, 2008, I served the foregoing documents, described as:

1. CORNELL'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES;

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CORNELL'S MOTION FOR ATTORNEYS' FEES;

3. DECLARATION OF BERT H. DEIXLER IN SUPPORT OF CORNELL'S MOTION FOR ATTORNEYS' FEES;

4. DECLARATION OF CLIFFORD S. DAVIDSON IN SUPPORT OF CORNELL'S MOTION FOR ATTORNEYS' FEES; and

5. [PROPOSED] ORDER GRANTING CORNELL'S MOTION FOR ATTORNEYS' FEES.

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

> Kevin Vanginderen
> 637 3rd Avenue, Suite E-1
> Chula Vista, CA 91910

☐ (By Fax) By transmitting a true and correct copy thereof via facsimile transmission to

☒ (By Mail) I am "readily familiar: with the Firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 2, 2008, at Los Angeles, California.

| Patricia Richard | _Patricia A. Richard_ |
|---|---|
| Type or Print Name | Signature |

8085/21177-001
Current/11373881v1