1  Kevin Vanginderen, Plaintiff Pro Per
   637 Third Ave., Suite E1
2  Chula Vista, CA   91910
   Telephone: (619) 585-7414
3

4

5

6               UNITED STATES DISTRICT COURT

7               SOUTHERN DISTRICT OF CALIFORNIA

8

9  KEVIN VANGINDEREN,           )   Case No. 07-CV-2045-BTM-JMA
                                )
10             Plaintiff,       )   Hon. Barry T. Moskowitz
                                )
11        v.                    )   PLAINTIFF'S OPPOSITION TO
   CORNELL UNIVERSITY,          )   DEFENDANT'S BILL OF COSTS
12                              )
               Defendant.       )
13                              )   Hearing Date: July 8, 2008
                                )   Time:         10:00 a.m.
14 _____)   Place:        Courtroom 15

15        Plaintiff hereby objects to the Bill of Costs filed by Defendant Cornell University on June

16 18, 2008. A Notice of Appeal was filed in the above captioned matter on June 13, 2008, with

17 jurisdiction transferred to the Ninth Circuit Court of Appeals. The Defendant's listed expenses

18 within the Bill of Costs were entirely discretionary and/or wasteful. The decision to remove this

19 matter to the Federal Court from the San Diego Superior Court was solely a strategic decision on

20 the part of the Defendant and unnecessary to litigate the underlying matter. All expenses

21 incurred as a result should not be borne by the Plaintiff. All process and messenger service

22 expenses incurred by the Defendant were inflated with overnight Federal Express deliveries of a

23 myriad unnecessary documents rather than with the preferred and sufficient United States Postal

24 Service delivery. The Defendant's overzealous behavior in regard to this matter (See Exhibits 1

25 and 2), should not go rewarded. The Plaintiff respectfully requests the Application to the Clerk

26 to Tax costs be denied.

27 Dated: July 3, 2008

28                                      Kevin Vanginderen, Plaintiff in pro per

Case 3:07-cv-02045-BTM-JMA     Document 43     Filed 07/03/2008     Page 2 of 9

# EXHIBIT 1

# The Cornell Daily Sun

News  Sports  Opinion  Arts  Eclipse  Blogs

Forgot Password? | Register

## Blast from the past

June 13, 2008 - 2:45pm

Print: Email: Share:

Kevin Vanginderen '83 sued the Chronicle for libel when this article, first printed 25 years ago, was made available online last year.

Courtesy Cornell Chronicle

Excerpt from the March 17, 1983 issue of the "Cornell Chronicle:"

### Blotter Barton

Department of Public Safety officials have charged Kevin G. Vanginderen of 008 Winston Court Apartments with third-degree burglary in connection with 10 incidents of petit larceny and five burglaries on campus over a period of a year. Safety reported recovering some $474 worth of stolen goods from him.

Also according to the morning reports of the department for the period March 7 through 13, there were 28 thefts on campus involving a total of $1,800 in cash and valuables. These included five wallets and one purse with contents estimated at $209. Three license plates were stolen from cars parked at various locations on campus. Safety recovered a $1,000 computer terminal stolen from a room in Uris Hall. Based on an anonymous phone call, safety officials found the terminal and a desk phone in a parking lot in Ithaca.

Two students were referred to the judicial administrator for walking on the hoods of cars in the West Campus parking lot. Two automobile tires valued at a total of $240 were slashed on a car parked in front of 726 University Avenue.

Add new comment  Thumbnail  Inline  Printer-friendly version

Cornell Apparel
Buy Your Big Red, Sweatshirts Hats, Outerwear, Jerseys, Tee's
www.papunlimited.com

Kevin
Huge selection, great deals on Kevin items.
shopping.yahoo.com

Ivy League Admissions
Strategies and Trends From Former Ivy League Admissions Officers
www.IvySuccess.com

Ads by Google

### Recent Updates by Topic

Administration ap Barack Obama china City clinton common council construction democrats disaster diversity election election 2008 iraq ithaca College lawsuit politics provost Provost Departure Biddy Martin research Student Assembly sustainability Tompkins County University Assembly war on terror

Comment on this feature!

Kevin
Looking for Kevin? Find exactly what you want today.
shopping.yahoo.com

Ithaca Ny Apartments
Browse Ithaca Ny Apartments. Sort by photos, price, size & more.
www.New-Apartment-Listings.com

Ithaca Apartment Rentals
Apartments, Townhouses and Condos Cornell and IC suburban locations
www.IthacaEstatesRealty.com

Apartments Near Cornell
Free Campus Shuttle & Fitness Club Free high-speed internet & cable TV
www.gunhill.net

Ads by Google

eCornell Online
Official site of eCornell, wholly owned by Cornell University

Cornell Fan Apparel
Visit Us for New and Vintage Licensed Ivy League Fan Apparel

Ads by Google

Advertise with The Sun
Put your own ad here! Click to learn more about advertising on CornellSun.com!

See Your Text Ad Here!
Learn more about text link ad opportunities! Contact onlineadvertising@cornellsun.com!

This Space For Sale
Buy an ad on CornellSun.com today!

Eclipse: The Cornell Daily Sun
The Sun's new weekend edition! Articles about campus life and other off-beat stories.

Advertise with The Sun
Join The Sun | About CornellSun.com | About The Sun | Contact Us | Privacy Policy
Posts and Comments are the exclusive property of their owners.
All other content © 2008 The Cornell Daily Sun
All Rights Reserved.

# EXHIBIT 2



Providing

Educational Technology News To Educators Since 1997

home | winksite | mobi | about | subscribe | contact

**Conference Images**



**User login**

Username: *

Password: *

Log in
- Request new password

**Navigation**
° Recent posts

**Poll**

According to a recent survey, 61 percent of mobile users would vote via text message for President of the US. Would you?:

Yes
No

Home

## Cornell U. Prevails Over Alumnus in Suit Over Digitized Material

Cornell University scored a victory this week when a federal judge dismissed a $1-million lawsuit from an alumnus who accused the university of libeling him and disseminating private information about him online. The alumnus, Kevin Vanginderen, was angered that information about his run-ins with the law as a Cornell student were easily accessible on the Web via a Google search. The information was on the Web because the university library digitizes the Cornell Chronicle, a university newspaper, and a 1983 issue of the paper detailed Mr. Vanginderen's alleged involvement in campus thefts.

Mr. Vanginderen, now a lawyer, asked Cornell to remove references to him from the digitized version of the Cornell Chronicle. The university declined.

The judge, Barry Ted Moskowitz, of the U.S. District Court in San Diego, Calif., concluded Tuesday that because the news information about Mr. Vanginderen was mostly accurate, the university did not defame him.

The judge sidestepped the larger issue raised by the case: Are college libraries obligated to expunge embarrassing and false information about someone from their digital archives? Nelson Roth, Cornell's deputy university counsel, said because the case concerned this question, the university chose to vigorously defend itself against the lawsuit. If

Vote

**Who's online**

There are currently *0 users* and *2 guests* online.

**Syndicate**



archivists "were required to go back and fact check information readily available on the shelf, it would bring digitization to a grinding halt," he said during a phone interview. And Anne R. Kenney, Cornell's chief librarian, said the library has no plans to alter it digitization procedures as a result of the case. — Andrea L. Foster

| Read original article.

**Technology4Teachers.com - An Educational Technology News Aggregation Site**

Most articles posted here are the work of authors who voluntarily and freely share their work through syndication. I would encourage you to click on the "Read original article" link of the post to leave the comment on the origination site.

Happiness is often doing what you want to do. Longevity is, quite often, doing what's right. Life is, more often than not, balancing what gives you happiness versus that which gives you longevity

## VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF** San Diego

I have read the foregoing _____
_____ and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____
_____,
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on _____, at _____, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____        _____
Type or Print Name                                                    Signature

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF** San Diego

I am employed in the county of San Diego _____, State of California.
I am over the age of 18 and not a party to the within action; my business address is: 637 Third Avenue, Suite E-1, Chula Vista, CA 91910

On, July 3, 2008 I served the foregoing document described as A copy of the Plaintiff's Opposition to Defendant's Bill of Costs

_____ on Defendant Attorneys _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[X] by placing ☐ the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

Bert Deixler, Esq., Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206
Valerie Cross Dorn, Esq., Office of University Counsel, 300 CCC Building, Garden Ave., Ithaca, New York 14853

[X] **BY MAIL**

  [X] *I deposited such envelope in the mail at 637 Third Avenue, Chula Vista , California.
  The envelope was mailed with postage thereon fully prepaid.
  ☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
  Executed on _____, at _____, California.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.
  Executed on _____, at _____, California.

[X] (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☐ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Juan Ramirez                                            _/s/ Paul Ramirez_
Type or Print Name                                         Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal Solutions Plus                                                      Rev. 7/99