# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Vanginderen,<br><br>                    Plaintiff,<br><br>    vs.<br><br>Cornell University,<br><br>                    Defendants. | CASE NO. 07CV2045-BTM(JMA)<br><br>**ORDER TAXING COSTS** |

Upon application of defendant Cornell University, a hearing for taxation of costs was held on Tuesday, July 8, 2008. No appearance was made on behalf of plaintiff Kevin Vanginderen. Clifford S. Davidson, representing defendants, appeared telephonically. Plaintiff did file an Opposition to Defendant's Bill of Costs on July 3, 2008.

Attorney Pro Hac Vice Application fees are not taxable pursuant to LR 54.1. Federal express expenses for service of filings on plaintiff and the courtesy copies to the court are not taxable pursuant to LR 54.1.

Costs are taxed as follows:

| *Description* | *Amount(s) Requested* | *Amount(s) Taxed* |
|---|---|---|
| Fees of the clerk | $530.00 | $350.00 |
| Fees for service of summons and subpoenas | | |

| | | |
|---|---|---|
| Fees of the court reporter | | |
| Fees and disbursements for printing | | |
| Fees for witnesses | | |
| Fees for exemplification and copies | | |
| Docket fees under 28 U.S.C. § 1923 | | |
| Costs incident to taking of depositions | | |
| Costs as shown on mandate of Court of Appeals | | |
| Other costs as itemized: Service of documents, Removal from Superior Court | $519.00 | $388.00 |
| **TOTAL COSTS TAXED** in favor of defendant Cornell University | $1,049.04 | $738.00 |

Counsels' attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), F.R.Civ.P. and Local Rule 7.1, shall be served and filed within five (5) days after receipt of the Order Taxing Costs.

Dated: July 8, 2008

                                                  W. Samuel Hamrick, Jr., Clerk of Court

                                                  *S/ N. Prewitt*
                                                  Nancy S. Prewitt, CRD Supervisor

cc:    All Parties