**FILED**
JUL 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ASW DEPUTY

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To:   Clerk, U.S. Court of Appeals
      P.O. Box 193939
      San Francisco, CA 94119-3939

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

JUL 15 2008

FILED _____
DOCKETED 7-15-8
DATE    INITIAL

Re:   USCA No:   08-56020
      USDC No:   07cv2045 BTM (JMA)
      **Vanginderen v. Cornell University**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|   |                                                                 |    |                  |
|---|-----------------------------------------------------------------|----|------------------|
|   | Copy of the Notice of Appeal                                    |    | Docket Entries   |
|   | Case Information/Docket Fee Payment Notification Form           |    |                  |
|   | Order for Time Schedule (Criminal)                              |    |                  |
|   | Original Clerk's Record in           | set(s) of            |    | volume(s).       |
|   | Reporter's transcript's transcripts in | set(s) of          |    | volume(s).       |
|   | Clerk's supplemental record in       | set(s) of            |    | volume(s).       |
|   | Exhibits in       | envelope(s)                      | box(es) | folders(s)    |
|   | Judgement Order                                       | OR  | F/P Order         |
|   | CJA Form 20                                           | OR  | Minute Order      |
| ✖ | Certificate of Record                                 | OR  | Mandate Return    |
|   | Amended docket fee notification form                            |    |                  |
|   | Order Appointing Counsel for Appeal                             |    |                  |
|   |                                                                 |    |                  |
| ✖ | Please acknowledge on the enclosed copy of this transmittal     |    |                  |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date:   07/3/08              By: __**A. WOODEN**__
                             Autumn Wooden, **Deputy**