1  NELSON E. ROTH, SBN 67350
       ner3@cornell.edu
2  CORNELL UNIVERSITY
   300 CCC Building
3  Garden Avenue
   Ithaca, New York 14853-2601
4  Telephone:    (607)255-5124
   Facsimile:    (607)255-2794
5
   BERT H. DEIXLER, SBN 70614
6      bdeixler@proskauer.com
   CLIFFORD S. DAVIDSON, SBN 246119
7      cdavidson@proskauer.com
   PROSKAUER ROSE LLP
8  2049 Century Park East, 32nd Floor
   Los Angeles, CA  90067-3206
9  Telephone:    (310) 557-2900
   Facsimile:    (310) 557-2193
10

11              UNITED STATES DISTRICT COURT

12              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  KEVIN VANGINDEREN, | Case No. 07-CV-2045 BTM(JMA) |
| 14         Plaintiff, | Hon. Barry T. Moskowitz |
| 15      v. | **SUPPLEMENTAL DECLARATION OF CLIFFORD S. DAVIDSON IN SUPPORT OF CORNELL'S MOTION FOR ATTORNEYS' FEES** |
| 16  CORNELL UNIVERSITY, | |
| 17         Defendant. | [Per chambers, no oral argument unless requested by the Court] |
| 18 | |
| 19 | [Reply Memorandum of Points and Authorities filed concurrently] |
| 20 | |
| 21 | Hearing Date: August 22, 2008<br>Time:         11:00 a.m.<br>Place:        Courtroom 15 |
| 22 | |
| 23 | Action Filed: October 1, 2007 |

24
25
26
27
28

## DECLARATION OF CLIFFORD S. DAVIDSON

I, Clifford S. Davidson, declare as follows:

1. I am an associate at Proskauer Rose LLP, counsel of record for defendant Cornell University ("Cornell"). I am admitted to practice before this Court. The facts stated herein are personally known to me and I could and would testify competently thereto if called upon as a witness.

2. I spent 4 hours drafting Cornell's Reply Memorandum of Points and Authorities in Further Support of Cornell's Motion for Attorneys' fees.

3. My hourly rate in this matter is $350 per hour.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of July, 2008, in Los Angeles, California.

_____
Clifford S. Davidson