Vanginderen v. Cornell University | Doc. 55

FILED

MAY 20 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KEVIN VANGINDEREN, | Nos. 08-56020, 09-55053 |
| Plaintiff - Appellant, | D.C. No. 3:07-cv-02045-BTM-JMA |
| v. | Southern District of California, San Diego |
| CORNELL UNIVERSITY, | |
| Defendant - Appellee. | ORDER |

Appellants unopposed motion to consolidate Nos. 08-56020 and 09-55053 is granted.

If appellant in No. 09-55053 has not already so, within 14 days from the date of order, appellant shall correct the opening brief deficiency. Failure to do so may result in the automatic dismissal of the case. 9th Cir. R. 42-1

The remaining current briefing schedule in No. 09-55053 shall remain in effect.

> For the Court:
>
> MOLLY C. DWYER
> Clerk of the Court

Lking/5.11.09/Pro Mo

Dockets.Justia.com

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit Rule 27-10

Lking/5.11.09/Pro Mo